UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>WALMART INC.; and DOES 1-10, inclusive<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-09521-FLA (Ex)<br><br>**ORDER GRANTING STIPULATION TO EXTEND EXPERT DISCOVERY AND DISPOSITIVE MOTION DEADLINES [DKT. 50]** |

On February 2, 2022, Plaintiff Deckers Outdoor Corporation ("Deckers" or "Plaintiff") and Defendant Walmart Inc. ("Walmart" or "Defendant") (hereinafter collectively referred to as the "Parties"), filed a Stipulation to Extend Expert Discovery and Dispositive Motion Deadlines ("Stipulation"). Dkt. 50. The Parties request the court extend the current expert discovery deadlines by one week and to continue the deadline to hear all dispositive motions to April 1, 2022, to allow the parties additional time to explore settlement and complete expert discovery. *Id.* at 2-3.

/ / /

Having considered the Stipulation, and finding good cause therefor, the court hereby GRANTS the Parties' request and AMENDS the Scheduling Order to continue the following pretrial dates as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Initial Expert Disclosures: | February 4, 2022 | February 11, 2022 |
| Rebuttal Expert Disclosures: | February 18, 2022 | February 25, 2022 |
| Last Day to Hear Motions:<br>• Rule 56 Motions are due at least 5 weeks before the hearing<br>• Oppositions are due 2 weeks after a Rule 56 Motion is filed<br>• Replies are due 1 week after an Opposition is filed | March 18, 2022 | April 1, 2022 |

The Parties should not expect a further continuance absent a specific showing, dating back to the filing of the Complaint, of all their efforts to timely complete discovery and other litigation activity. This detailed showing must demonstrate the work still to be performed reasonably could not have been accomplished within the applicable deadline(s). General statements are insufficient to establish good cause.

IT IS SO ORDERED.

Dated: February 4, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge