1  Brent H. Blakely (SBN 157292)
   bblakely@blakelylawgroup.com
2  Jamie Fountain (SBN 316567)
   jfountain@blakelylawgroup.com
3  BLAKELY LAW GROUP
   1334 Parkview Avenue, Suite 280
4  Manhattan Beach, California 90266
   Telephone:  (310) 546-7400
5  Facsimile:  (310) 546-7401

6  *Attorneys for Plaintiff*
   *Deckers Outdoor Corporation*
7

8             UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 DECKERS OUTDOOR                ) CASE NO. 2:20-cv-09521-FLA (Ex)
   CORPORATION, a Delaware        )
12 Corporation,                   )
                                  ) **DECLARATION OF LISA BEREDA**
13              Plaintiff,        ) **IN OPPOSITION TO DEFENDANT'S**
          v.                      ) **MOTION FOR SUMMARY**
14                                ) **JUDGMENT [REDACTED]**
   WALMART INC., and DOES 1-10,   )
15 inclusive,                     )
                                  ) **Hon. Fernando L. Aenlle-Rocha**
16              Defendants.       )
                                  )
17                                )
                                  )
18                                )

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF LISA BEREDA

I, LISA BEREDA, declare as follows:

1. I am the Vice President, Deputy General Counsel for Plaintiff, Deckers Outdoor Corporation ("Deckers"). I have personal knowledge of the matters set forth herein, and if called upon as a witness could competently testify thereto.

2. In my capacity as Vice President, Deputy General Counsel for Deckers, I am responsible, in part, for the intellectual property enforcement efforts on behalf of Deckers. The statements made in this declaration are based upon my own personal knowledge and experience from working at Deckers as well as consultation of records/documents at Deckers and discussions with other employees and/or agents at Deckers.

3. Deckers has been engaged in the design, distribution, marketing, offering for sale, and sale of footwear since 1975. Deckers owns several brands of footwear including UGG®, Koolaburra®, Teva®, Sanuk®, and Hoka One One®. Deckers' UGG® brand remains one of the most recognized premium comfort-leisure footwear brands in the industry.

4. Since its founding in 1979, the UGG® brand has come to symbolize a bold free-spirited expression of style, and the UGG® brand became well-known for its Classic boot.

5. Over the past decade the UGG® brand has taken strides to reposition itself from a seasonal footwear brand to a lifestyle brand.

6. Deckers understands the value of the exposure granted by influencers and collaborates with influencers across different product lines including the UGG® brand. Additionally, there have been collaborations between the UGG® brand and fashion designers such as Jeremy Scott and Philip Lim, and luxury brands such as Y/Project, Sacai, and BAPE in recent years.

7.     Deckers also routinely enters into endorsement deals, and otherwise collaborates with celebrities in connection with its UGG® brand, including but not limited to Tom Brady, Cher, Dennis Rodman, and Hailey Bieber.

8.     Deckers is the owner of numerous design patents to the various styles of footwear it offers under its UGG® brand, including the design patent at issue in the present action ("Patent in Suit"). Attached hereto and incorporated herein as **Exhibit 1** is a true and correct copy of U.S. Patent No. D866,941 ("'941Patent") issued on November 19, 2019.

9.     The '941 Patent claims the ornamental design for a portion of a footwear upper and midsole as shown in FIGS. 1-7 of the '941 Patent, excluding portions shown in broken lines. *See* **Exhibit 1**.

10.    Rights to the Patent in Suit have been assigned by the named inventor Esther Kim, a Deckers' employee, to Deckers. *See* **Exhibit 1**.

11.    Since I took responsibility for oversight of Deckers' design patent portfolio in approximately 2015, I have been involved in the filing of numerous patents for Deckers. Deckers' process for filing a design patent includes asking the inventor if they are aware of any similar designs. Deckers' patent prosecution counsel, Greer, Burn & Crain, Ltd. ("GBC"), prepares the design patent application. GBC's application preparation incudes performing a prior art review based on their knowledge and experience. I have confirmed that this process was followed in connection with the filing of the '941 Patent.

12.    UGG® brand footwear identified by style name the UGG® Fluff Yeah Slide is an embodiment of the '941 Patent and the Fluff Yeah Trade Dress.  Attached hereto and incorporated herein as **Exhibit 2** are photographs of the UGG® Fluff Yeah Slide.

13.    The first invoice in the U.S. for the UGG® Fluff Yeah Slide was in June 2018. The UGG® Fluff Yeah Slide has been continuously offered for sale since its

introduction into the UGG® brand and is currently available for sale at retail stores and online at the UGG® official website www.ugg.com.

14.     Since the launch of the UGG® Fluff Yeah Slide, Deckers has spent approximately $▓▓▓▓▓▓▓ in promoting, advertising, and marketing specifically the Fluff Franchise, which includes the UGG® Fluff Yeah Slide. Attached hereto and incorporated herein as **Exhibit 3** is a spreadsheet (produced as ATTORNEY EYES ONLY under Bates No. DOC 002559 in its native format) that sets forth the marketing expenditure for the Fluff Franchise. This spreadsheet is a compilation of data collected by Deckers' UGG® brand marketing team in the ordinary course of business.

15.     Deckers utilizes social media channels to market the UGG® Fluff Yeah Slide, including but not limited to YouTube, Instagram, Pinterest, and Snapchat.

16.     Since the date of first sale, the UGG® Fluff Yeah Slide has enjoyed much commercial success. Since its introduction the UGG® Fluff Yeah Slide has sold over ▓▓▓▓▓▓ units generating over $▓▓▓▓▓▓▓ in revenue. Attached hereto and incorporated herein as **Exhibit 4** is a spreadsheet (produced as ATTORNEY EYES ONLY under Bates No. DOC 002601 in its native format) that sets forth the revenues earned, and the number of units sold for styles embodying the '941 Patent. This spreadsheet was compiled by Sanjay Thomas, Manager of Data Engineering and Analytics, a member of Deckers' Data team, from data entered into Deckers' Oracle system. The Oracle System is Deckers' enterprise resource planning system used for financial reporting and contains revenue and quantity data that is entered into the system in the ordinary course of business.

17.     In 2019 the dollar share of the UGG® Fluff Yeah Slide accounted for 6.4% of all women's slippers in the U.S. market, and 20.7% of women's slippers over $75 in the U.S. market. In 2020, by dollar share, it accounted for 8.9% of all women's slippers in the U.S. market, and 22.5% of all women's slippers over $75 in the U.S. market. Attached hereto and incorporated herein as **Exhibit 5** is a chart from the US-NPD POS Data (produced as ATTORNEY EYES ONLY under Bates No. DOC

**DECLARATION OF LISA BEREDA**

002956 in its native format) that sets forth UGG Slippers market share. This chart was obtained from NPD Retail Tracking Service 2019-2020 by Tim Twichell, Senior Director Global Consumer Insights, a member of Deckers' Consumer Insights team, in the ordinary course of business.

18.   Numerous celebrities can be seen wearing the UGG® Fluff Yeah Slide. Attached hereto and incorporated herein as **Exhibit 6** are printouts from Instagram and magazines featuring photographs of various celebrities and influencers wearing the UGG® Fluff Yeah Slide.

19.   Attached hereto and incorporated herein as **Exhibit 7** are printouts from various editorials wherein the UGG® Fluff Yeah Slide has been featured.

20.   Members of Deckers' UGG® brand public relations/marketing teams routinely review and gather editorial and press coverage wherein UGG® brand products are featured.  The printouts from **Exhibits 6 and 7** attached hereto were obtained from Deckers' internal computer drive, where materials collected by the UGG® brand public relations/marketing teams are kept in the ordinary course of business.

21.   Deckers' Koolaburra® by UGG brand is intended to target the value-oriented consumer in order to compliment the UGG® brand offering and a member of Deckers' Fashion Lifestyle group, which also includes the UGG® brand.

22.   The Koolaburra® by UGG Fuzz'n slipper was first sold in January 2020. Attached hereto and incorporated herein as **Exhibit 8** is a true and correct copy of a January 24, 2020 invoice indicating the first sale of the Koolaburra Fuzz'n. This invoice was obtained by Sabring Dangc, Accounts Receivable Manger, a member of Deckers Accounts Receivable Team, from Deckers' enterprise resource planning system used for collecting payments in the ordinary course of business.

23.   After only one season, the Koolaburra® Fuzz'n was updated to Koolaburra® Fuzz'n II. The Koolaburra® Fuzz'n II is a style that is sold today.

DECLARATION OF LISA BEREDA

24.     Recently, the '941 Patent has become a frequently copied design patent, and Deckers has been very diligent in asserting its rights thereto, including the filing of numerous lawsuits wherein it has enforced rights to said patent as of the date of filing of the present lawsuit.  Attached hereto and incorporated herein as **Exhibit 9** is a list of lawsuits filed by Deckers wherein it has alleged infringement of the '941 Patent as of March 2022.  The list was compiled our counsel from lawsuits and can be found on PACER.

25.     In or around April 2014, Deckers filed a complaint against Walmart-Mart Stores, Inc. (now Walmart, Inc.) for trademark infringement and patent infringement with regards to U.S. Patent Nos. D599,999 and D616,189.

26.     In or around May 2019, Deckers filed a complaint against Walmart-Mart Stores, Inc. (now Walmart, Inc.) for trademark infringement and patent infringement with regards to U.S. Patent No. D616,189.

27.     During the course of this litigation, Deckers became aware that Walmart, Inc. is selling additional products that are infringing on one or more of Deckers' intellectual property rights. These styles include, in particular, the UGG® Oh Yeah Slide the embodiment of the Oh Yeah Trade Dress and U.S. Patent No. D901,870. Attached hereto and incorporated herein as **Exhibit 10** is a true and correct copy of U.S. Patent No. D901,870 issued on November 17, 2020.

28.     The UGG® Oh Yeah Slide is part of the UGG® Fluff Franchise but is not covered by the Fluff Yeah Trade Dress or the '941 Patent.

29.     The UGG® Oh Yeah Slide is the embodiment of the Oh Yeah Trade Dress and U.S. Patent No. D901,870 which is attached hereto as Exhibit 10.

30.     The UGG® Fluff Franchise also includes the UGG® Funkette, with is covered by the Funkette Trade Dress and U.S. Patent No. D901,870. Attached hereto and incorporated herein as **Exhibit 11** is a true and correct copy of U.S. Patent No. D920,652 issued on June 1, 2021.

1    31.    Additionally, the UGG® Fluff Franchise also includes, but not limited to,

2    the UGG® Oh Fluffita, UGG® Super Fluff Slipper, and the UGG® Disco Slide. Each

3    of these styles are not covered by the Fluff Yeah Trade Dress or the '941 Patent, and

4    individual design patent applications for each have already been filed with the USPTO.

5    I declare under penalty of perjury under the laws of the United States of

6    America that the foregoing is true and correct.

7

8    Executed this _____March 11_____, 2022 in Goleta, California.

9

10    *Lisa Bereda*
      Lisa Bereda (Mar 11, 2022 13:08 PST)
11    Lisa Bereda

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

US00D866941S

(12) **United States Design Patent**
Kim

(10) Patent No.: **US D866,941 S**
(45) Date of Patent: ** **Nov. 19, 2019**

(54) **FOOTWEAR UPPER AND MIDSOLE**

(71) Applicant: **Deckers Outdoor Corporation**, Goleta, CA (US)

(72) Inventor: **Esther Kim**, Santa Barbara, CA (US)

(73) Assignee: **Deckers Outdoor Corporation**, Goleta, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/663,103**

(22) Filed: **Sep. 12, 2018**

(51) LOC (12) Cl. ............................................. **02-04**
(52) **U.S. Cl.**
USPC ............................................. **D2/969**; D2/919
(58) **Field of Classification Search**
USPC ......... D2/896–900, 916, 917, 918, 919, 946, D2/969, 972
CPC .. A43B 3/12; A43B 3/10; A43B 3/128; A43B 3/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D118,008 | S | * | 12/1939 | Berman | D2/919 |
| D130,268 | S | * | 11/1941 | Creed | D2/919 |
| D135,339 | S | * | 3/1943 | Hanson | D2/919 |
| D167,159 | S | * | 7/1952 | Ney | D2/919 |
| D374,550 | S | * | 10/1996 | Huang | D2/919 |
| D417,771 | S | * | 12/1999 | Blanco | D2/897 |
| D486,956 | S | * | 2/2004 | Williams | D2/919 |
| D558,433 | S | * | 1/2008 | Cagner | D2/919 |
| D581,143 | S | * | 11/2008 | Hubner | D2/919 |

OTHER PUBLICATIONS

Puma Drops New Monochrome Platform Sandals, Missbish, by Jana K. Hoffman, at https://missbish.com/puma-drops-new-monochrome-platform-sandals/ Apr. 2017.

* cited by examiner

*Primary Examiner* — Rashida C. Walshon
(74) *Attorney, Agent, or Firm* — Greer, Burns & Crain, Ltd.

(57) **CLAIM**
The ornamental design for a footwear upper and midsole, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a Footwear Upper and Midsole showing my new design;
FIG. **2** is a side elevational view thereof;
FIG. **3** is an opposite side elevational view thereof;
FIG. **4** is a front elevational view thereof;
FIG. **5** is a rear elevational view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.
The broken lines in FIGS. **1-7** represent portions of the footwear that form no part of the claimed design. The broken lines which define the bounds of the claimed design form no part thereof.

**1 Claim, 3 Drawing Sheets**



**U.S. Patent**    Nov. 19, 2019    Sheet 1 of 3    US D866,941 S



FIG. 1



FIG. 2



FIG. 3



FIG. 4            FIG. 5



FIG. 6



FIG. 7

# EXHIBIT 2







# EXHIBIT 3

# **Pending Application for Leave to File Under Seal**

# EXHIBIT 4

# Pending Application for Leave to File Under Seal

# EXHIBIT 5

**UGG SLIPPERS MARKET SHARE**

**US - NPD POS Data**

|  | All Slippers (Womens) | | Slippers over $75 (Womens) | |
|---|---|---|---|---|
|  | **2019** | **2020** | **2019** | **2020** |
| UGG Overall | 32.9% | 38.3% | 92.1% | 89.4% |
| Fluff Yeah Slide | 6.4% | 8.9% | 20.7% | 22.5% |

|  | All Slippers (Mens & Womens) | | Slippers over $75 (Mens & Womens) | |
|---|---|---|---|---|
|  | **2019** | **2020** | **2019** | **2020** |
| UGG Overall | 30.2% | 35.3% | 86.8% | 79.5% |
| Fluff Yeah Slide | 4.3% | 5.8% | 14.0% | 14.4% |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DOC 002956

# EXHIBIT 6



# fashion FEED

# STARS EMBRACE
## *the Ugg Life*

When the weather outside is frightful, this cozy footwear brand is so delightful!

**REESE WITHERSPOON** wearing the Coquette slippers

**EMILY RATAJKOWSKI** rocking the Classic Ultra Mini boot

**BRIE LARSON** wearing the Fluff Yeah slide

A velour sweatsuit and Uggs? Jules is taking us back to the early aughts!

**JULIANNE HOUGH** sporting the Classic Short II boot

## *More to* ♥

House slippers have had a big year — and we're living for (as well as living in!) this all-over-shearling pick. Ugg Fuzzette, $90, ugg.com

Wintry weather doesn't stand a chance against these shearling-lined boots. Ugg Adirondack III boot, $250, ugg.com

Our current obsession? This over-the-knee wedge boot. It's wool-lined, so it's super warm — and looks chic paired with skinny jeans and an oversize turtleneck sweater. Ugg Classic Femme OTK, $300, ugg.com

DOC 000225



# Us
## WEEKLY

Issue 4
January 27, 2020

**EXPLOSIVE INTERVIEW**

Megyn Kelly on 'Bombshell' Movie

## WHAT REALLY HAPPENED

SPONSORED

**SlimFast ORIGINAL**

**40** YEAR BRAND

STILL GOING STRONG

## UNDER MEGHAN'S SPELL

# WHY HARRY GAVE UP $88 BILLION FORTUNE

## INSIDE THE BATTLE FOR THE THRONE — THE *REAL REASON* HARRY ABDICATED

$5.99US   $6.99CAN

04

0 71435 64934 8



*Us* *style*

The Arrivals shearling bomber jacket with suede zipper guard, $895, *thearrivals.com*

# GET
## Cozy

Lean in to shearling! The plush, fuzzy fabric will keep you warm all season

Uniqlo sheepskin-style fleece-lined pants, $20, *uniqlo.com*

Staud leather and shearling bag with suede drawstring closure, $350, *staud.clothing*

Asos Design polyamide fluffy crop sweater, $47, *asos.com*

Very Fine South leather and shearling belt bag, from $205, *veryfinesouth.com*

**KERRY WASHINGTON** in Michael Kors Collection

Ugg sheepskin slipper sandals, $100, *ugg.com*

FROM LEFT: MEGA (2); KRISTINA BUMPHREY/STARPIX/REX

DOC 000476

# Life & Style

JUNE 1, 2020

**Dakota's Big Confession**



**STRUGGLES, THERAPY & FINDING PEACE**

## Kim's Divorce Nightmare
# TRAPPED IN KANYE'S PRISON!

### 'He Controls Her Like A Robot'

**Paranoid Kanye fears Kim wants his $1 BILLION FORTUNE – cuts her off from entire family!**

SPONSORED

DWYANE WADE

**MAN ON A MISSION!** HOW HE STAYS FIT, ACTIVE AND COOL

AVAILABLE AT MISSION.COM



*Prince Andrew & Fergie*
# GOING BROKE!



**KRIS SENT KIM A SECRET CELLPHONE!**

$4.99



DOC 00057-1



## shop NOW

"Staying home is my superpower," says Wonder Woman GAL GADOT, rocking her fuzzy UGG slides.

◀ UGG Fluff Yeah slide, $100, ugg.com

▶ Dearfoams Alexis paisley knot scuff slipper, $32, dearfoams.com

▼ Vionic Gemma mule slipper, $65, vionicshoes.com

▼ Birdies The Sparrow slide, $65, birdies.com

## HELLO, Cozy Slippers!

Go on, get comfortable.

▶ Minnie Rose cashmere slipper with fur pom-pom, $99, minnierose.com

▶ Soludos offline cozy slipper, $75, soludos.com

◀ L.L.Bean sweater fleece slipper scuff, $50, llbean.com

▶ Emu Australia Mayberry TR11 slide, $70, emuaustralia.com

DOC 000572

8:06



< **Photo** ↺

 chrissyteigen •••

                                          

**231,519 likes**

chrissyteigen  let's get this bread 

View all 672 comments

5 hours ago

DOC 000232





@chanteljeffries

DOC 000389



maeve_madden ✔ Queens, I take rest day very seriously. Sweatpants, Slippers, Selfcare. 🏋️🏋️🏋️ So proud of everyone for smashing the workouts so far this week.. Thank you for sending me your unbelievable transformations .. 💘💘 💘💘 By Choosing to be healthy and happy over restriction, you my queens are choosing self love over self judgement .. Now fix those crowns, show me that fabulous smile because every day in every way we are becoming more confident 😍

Love MM 💘💘 .
#restday #takeiteasy #selfcare #selflove #teamqueen

6,432 likes

JUNE 17

DOC 000539

Add a comment...                    Post

**SPOTTED: MEGAN FOX IN UGG® FLUFF YEAH**



Image courtesy of Getty Images
Click here to download

Actress and model **Megan Fox** was spotted in the **UGG® Fluff Yeah** in **Scallop,** while out in Los Angeles on Apr. 1, 2021.

**Winnie Harlow** and **Jasmine Sanders** were also seen in the **UGG® Fluff Yeah** in **Red Currant** and **Scallop**, two of the latest colorways, while out and about earlier this year. Model **Gigi Hadid** is also a fan of the style, having been seen out in **UGG® Fluff Yeah** in **Sulfur** back in June of 2019.



Images via Getty Images (Left and Middle) and Backgrid (Right)

DOC 001069



DOC 001648

# EXHIBIT 7

Case 2:20-cv-09521-FLA-E Document 64-4 Filed 03/12/23 Page 36 of 76 Page ID #:3415

CATBIRD

Sitting Pretty in the RiNo District

**ET**

NEWS ∨          PHOTOS          VIDEOS          WATCH ET          🔍

FASHION

# Gigi Hadid and Elsa Hosk Prove This New UGG Slipper Is So Versatile

By **ETonline Staff** 3:04 PM PDT, October 29, 2021

*Each product has been independently selected by our editorial team. We may receive commissions from some links to products on this page. Promotions are subject to availability and retailer terms.*



Gotham/GC Images



◐ CLICK TO UNMUTE

**Playing:** Remembering Sidney Poitier: Viola D...

Please'

ICYMI: UGG has made a name for itself with the iconic shearling boot, and stylish celebrities can't get enough of UGG's ultra-comfy shoes.

Supermodels prove UGG slippers are the go-to shoes they reach for when they're seeking comfort. Gigi Hadid and Elsa Hosk both wore the UGG Tazz Mule, which is available to shop on Nordstrom. The Tazz Mule isn't your regular old pair of slippers. The plush, shearling slip-on shoe features a platform sole and red stitch detail.

Hadid and Hosk styled the comfy UGG in very different ways, showing the shoe's versatility. Hadid wore the mule with sweatpants, an oversized teddy jacket and a bright orange scarf at the airport. Hosk teamed the casual slippers with wide-leg jeans, structured blazer and a tee. The supermodels exhibits that the UGG Tazz Mule can be dress up or down.

Case 2:20-cv-09521-FLA-E Document 64-4 Filed 03/12/22 Page 37 of 76 Page ID #:3416



Pierre Suu/GC Images



GET THE *LATEST* NEWS

✉ E-Mail Address

SIGN UP   agree to our **Terms of Use** and **Privacy Policy**

Case 2:20-cv-09521-FLA-E   Document 64-4   Filed 03/12/23   Page 38 of 76   Page ID
#:3417



*Gotham/GC Images*



Nordstrom

**UGG Tazz Mule**

$120 AT NORDSTROM



Buy Now

$120 AT AMAZON

Buy Now

---

If you're looking to finally give an UGG shoe a go or you're seeking new ones to add to an existing collection, head over to Amazon. The retailer is having a sale on UGGs up to more than 50% off on the brand's popular boot and slipper styles, such as the Bailey, Classic Mini and Dakota Slipper.



Keanu Reeves Recalls the Only Celebs He's Asked for Autographs



Amazon

**Scuffette II Slipper**

$90 $43

Buy Now

---

DOC 003207



Amazon

**Dakota Slipper**

~~$125~~ $89

Buy Now

Amazon

**Bailey Bow II Boot**

~~$200~~ $160

Buy Now

Amazon

**Classic Ultra Mini Ankle Boot**

~~$150~~ $125

Buy Now

Gigi Hadid and Elsa Hosk Prove This New UGG Slipper Is So Versatile | Entertainment Tonight

The Fluff Yeah slides have become another popular, celeb-approved UGG design. The cozy, plush slipper-and-sandal combination -- have been spotted all over TikTok and Instagram, and celebs are big fans of the statement-making shoes, too. Right now, select colorways of the Fluff Yeah slides are marked down for up to 40% off at Amazon.

Hailey Bieber was recently spotted in New York City wearing an oversized blazer, no pants and a foggy gray style of the famed UGG slip-ons.
While Megan Fox was seen rocking the pair in a blush pink shade with jeans, a bralette top and cropped cardigan -- proving that the comfy slip-on can be worn with dressier outfits in addition to loungewear and leggings.



*Ilya S. Savenok/Getty/GC Images*

DOC 003209



*John Sciulli/WireImage*

Gigi Hadid, Justin Bieber and Vanessa Hudgens are more stars who love the Fluff Yeah. The puffy, soft slingback is available in a range of colors from gray to neon yellow.

DOC 003210

Case 2:20-cv-09521-FLA-E   Document 64-4   Filed 03/12/23   Page 43 of 76   Page ID
#:3422





Amazon

**Fluff Yeah Slide Slipper**

$110 $60

| Buy Now |

DOC 003211

Case 2:20-cv-09521-FLA-E Document 64-4 Filed 03/12/23 Page 44 of 76 Page ID #:3423



Amazon

**Fluff Yeah Genuine Shearling Slingback Sandal**

~~$110~~ $60

Buy Now



Amazon

**Fluff Yeah Genuine Shearling Slingback Sandal**

~~$110~~ $60

Buy Now



Amazon

**Fluff Yeah Genuine Shearling Slingback Sandal**

~~$110~~ $65

Buy Now

DOC 003212

In addition to Fluff Yeah, more UGG's cozy slippers are on sale.



Amazon

**Oh Yeah Slide Slippers**

~~$100~~ $60

Buy Now



Amazon

**Oh Yeah Slippers**

~~$110~~ $65

Buy Now

Andra Day wore the Fluffita slide to an afterparty for the Oscars. She paired the cozy shoe with a stunning metallic gown.

DOC 003213



*Getty Images*



Amazon

**Fluffita Slipper**

~~$110~~ $65 AND UP

**Buy Now**

But we can't forget about the classic! So many celebs such as Emily
Ratajkowski, Kendall Jenner, Joan Smalls and Irina Shayk have all been
spotted rocking the UGG Classic Ultra Mini -- a shorter, mini version of the
classic bootie that became a footwear staple in the early 2000s.

The mini UGGs are a cooler take on the iconic UGG silhouette -- which is
undoubtedly cozy and soft on the feet. Celebs love wearing the boot while out
and about on their off-duty days. The versatile design goes with a variety of
looks such as leggings, shorts and dresses. It's the perfect shoe to easily slip
on and off for any season. The boot is pre-treated to repel lightweight water
and has a durable sole to walk in. The mini also comes in the taller, ankle
version called the Classic Mini II.

DOC 003215



Jose Perez/Bauer-Griffin/GC Images

DOC 003216



*Jared Siskin/GC Images*

DOC 003217

Case 2:20-cv-09521-FLA-E Document 64-4 Filed 03/12/22 Page 50 of 76 Page ID #:3429



*Jared Siskin/WireImage*



Amazon

**Classic Ultra Mini**

~~$140~~ $125

Buy Now

DOC 003218



Amazon

**Classic Mini II Boot**

~~$150~~ $123 AT AMAZON

<div>
<p>Buy Now</p>
</div>

Of course, UGG's Fluff Yeah slides, Classic Ultra Mini and Classic Mini II boots aren't the only styles A-list celebs are loving. Selena Gomez was previously spotted wearing the Australian brand's Classic Bailey Button II boots while on location for her film, *Only Murders in the Building*. The star -- who launched the second season of her cooking show, *Selena + Chef* -- has been wearing these cozy boots with multiple outfits, including one featuring a cuddly teddy coat and one with a puffy tote bag from her Rare Beauty line.

Case 2:20-cv-09521-FLA-E Document 64-4 Filed 03/12/23 Page 52 of 76 Page ID #:3431



*Gotham/Getty Images*



Amazon

**Bailey Button II Boot**

~~$180~~ $150

DOC 003220

$150 $150

**Buy Now**

Speaking of sticking to the classics -- Gigi Hadid regularly sports different styles from UGG. Though her most recent pair -- the UGG Women's Tazz Slipper -- pays homage to the shape of UGG's OG slipper styles, with a more modern touch, chestnut coloring and a comfortable twist.



*Pierre Suu/Getty/GC Images*

DOC 003221



Amazon

**Tazz Slipper**

$120 AT AMAZON

<div style="background:#2D9BF0;color:white;text-align:center;padding:8px">Buy Now</div>

Lizzo never shies away from sharing her favorite fashion and beauty staples. The chart-topping singer took to her Instagram to post a classic "fit pic" -- which featured the super fun UGG Fluff Sugar Platform sandal. With its sustainable make and fun color options, this is definitely the perfect transitional shoe to add to your wardrobe.



lizzobeeating
11.9M followers

View profile

View more on Instagram

508,688 likes
lizzobeeating

LAST POST OF THE DAY ENJOY BITCH

view all 2,420 comments

Add a comment...



UGG

**Fluff Sugar Platform**

$110

DOC 003223

$110



**Buy Now**

---

*SIGN UP FOR MORE CELEBRITY FASHION!*

✉ E-Mail Address

**SIGN UP**  I agree to our Terms of Use and Privacy Policy

**RELATED CONTENT:**

Holiday Gift Guide 2021: Ideas for Thoughtful Gifts and More

Chic Cozy Cardigans For Fall

Amazon's Early Black Friday Sale: Best Deals on Cozy Fashion

Jennifer Lopez's Sweatsuit Is Cozy Chic -- Get the Look!

Amazon's Early Black Friday Sale: The Best Deals on Cozy Home Decor

Cozy Furniture and Decor to Get Your Home Ready for Fall

Madewell Is Having a Sale for Cozy Season -- Take 20% Off Tees & Sweat

Celeb-Loved Barefoot Dreams Throw Blankets Are Up to 50% Off Now

Hurry to Get Zendaya's UGG Slippers for 60% Off at Nordstrom

SHOPPING   EMILY RATAJKOWSKI   JOAN SMALLS   IRINA SHAYK
VANESSA HUDGENS   MEGAN FOX   LIZZO   ANDRA DAY   GIGI HADID
ELSA HOSK

f   **SHARE**      🐦   **TWEET**

CCPA Notice                                             Taboola Feed

**Lizzo Tried the Booty-Lifting Amazon Leggings That Went Viral on TikTok | Entertainment Tonight**

**Amazon Has Millions of Prime Subscribers — But Few Know**

Capital One Shopping | Sponsored

[Install Now]

**Cadillac's Thrilling New Lineup Is Finally Here**

2021 Cadillac SUVS | Search Ads | Sponsored

**STEVE MADDEN**

STEVE MADDEN Sandals - SHOP NOW on yoox.com

$55

Yoox | Sponsored

[SHOP]

**Amanda Uprichard X REVOLVE Arial Gown in Black. - size M (also in XS, S, L)**

Amanda Uprichard X REVOLVE Arial Gown in Black. - size M (also in XS, S, L)
Amanda Uprichard X REVOLVE Arial Gown in Black. - size M (also in XS, S, L) 100…

$268

REVOLVE | Sponsored

[BUY NOW]

**The New Face Mask That's Sweeping America**

Health News Today™ | Sponsored



**SPONSORED TOPICS**

| 1. FASHION FOR | 5. DIET PLANS TO | 9. BANK OWNED |
| 2. TOP 5 WRINKLE | 6. TOP HAIR | 10. JEANS FOR |
| 3. BEST MUTUAL | 7. ONLINE WALMART | 11. FASTEST WAYS TO |
| 4. FREE DENTAL | 8. WATCH FREE | 12. BEST DRESSES |





**BROWSE ETONLINE**

News
ET Live
Video
Photos
Movies
TV
Awards
Music
Style
Giveaways
Newsletters

**CONNECT WITH ET**

Facebook
Instagram
Twitter
YouTube
RSS
ET on TV
ET LIVE Help
Submit Feedback
Advertise with Us

**SITES WE LOVE**

Paramount+
CBS News
Inside Edition
Rachael Ray Show
DABL
Dr. Phil
Star Trek
The Doctors
The Drew Barrymore Show
last.fm

**GET THE LATEST NEWS**

E-Mail Address

SIGN UP you agree to our Terms of Use and Privacy Policy

® & © 2022 CBS Studios Inc. © 2022 CBS Television Distribution and CBS Interactive Inc. All Rights Reserved.

Terms of Use Privacy Policy Cookies Policy Closed Captioning Submit a Tip Advertise with Us Do Not Sell My Personal Information

DOC 003226

### Ugg's New Fluff Yeah Slide Is Getting Us Excited for Spring



If you purchase an independently reviewed product or service through a link on our website, we may receive an affiliate commission.

Ugg is getting shoppers ready for spring with a new Fluff Yeah slide that's decked out in florals.

The brand's latest rendition, The Poppy, is inspired by California poppy fields and available in three neon colors: Strawberry Sorbet (a coral pink), Pollen (a light but vibrant yellow ) and California Poppy (a cheery orange hue). The slingback slipper features Ugg's signature cozy shearling lining throughout the shoe and is set atop a lightweight platform.





You can shop the slipper in both women's and children's sizes on Ugg's website as well as Zappos.com and Eastbay. Prices for the slipper range from $70 to $110.



**Buy: Ugg Fluff Yeah Poppy Slide**
$110
BUY IT

For kids, the Fluff Yeah Poppy slide is offered in select but similar colorways, making the perfect opportunity to have a "mommy and me" matching moment. Sizes range from toddler to grade school sizing for girls.



**Buy:**
**Ugg Fluff Yeah Poppy Toddler Slide,**
$70
BUY IT



The toddler version of the Fluff Yeah Poppy slide sits on a flat footbed, allowing the cute statement shoe to be childproof for your little one. The girl's version of the slide is set atop a slightly elevated platform, allowing tiny fashionistas to proceed in style.

The Fluff Yeah slide has become a closet staple thanks to its cozy construction and standout silhouette that can easily elevate off-duty looks. Even stars love the style. Several celebs such as "Modern Family" actress Ariel Winter, TikTok star Addison Rae and former Disney Channel star Bella Thorne have been spotted wearing the slipper on multiple occasions.



Addison Rae rocks a red pair of fluffy UGG slippers to Pilates in Los Angeles, 27 Jan 2021 Pictured: Addison Rae rocks a red pair of fluffy UGG slippers to Pilates in Los Angeles. Photo credit: MEGA/The Mega Agency.com / +1 888 505 6342 (Mega Agency TagID: MEGA734753_004.jpg) [Photo via Mega Agency]

Addison Rae rocks a red pair of fluffy UGG slippers to Pilates in Los Angeles on Jan. 21, 2021.



A closeup of Addison Rae's slippers.

As slippers continue to dominate the market, there's no doubt that the Ugg Fluff Yeah slide is here to stay. While we prepare for the next season ahead, The Fluff Yeah Poppy slide from Ugg gives us the perfect solution for staying casual yet stylish as temperatures begin to rise.

DOC 001757

**BuzzFeed**

Shopping › Clothing  ·  Posted 12 hours ago

# 28 Comfortable Pairs Of Shoes The BuzzFeed Shopping Team Swears By

Sneakers, sandals, slippers, and more shoes that already come with a stamp of approval.

 by **Abby Kass**
BuzzFeed Staff

**22. UGG slipper shoes** so cozy, you may wear them everywhere you go, which is fine because they have an open-toe design, meaning your feet will never overheat.



Maitland Quitmeyer / BuzzFeed

   

"First thing that needs to be said is that UGGs are great! They're warm, they're cozy, and you can just slide them on when you're freezing — I won't hear otherwise! They're not exactly high fashion, but they don't "need" to be when it's a straight-up polar vortex outside. So when I saw these UGG slipper slides with an elastic back, I just had to buy a pair. I don't know what it is about them I find the cutest: the slightly sporty elastic, the Michelin man–esque plush rolls on top, or the chunky bottoms that give you a little extra height. AND they have all the comfort of a slip-on slide, but without the feeling that your foot is going to fall out any second.

They have a hard sole, so you can wear them as indoor slippers, half-indoor-half-outdoor take-out-the-trash-shoes, or real regular shoes (aka what I'm going to use them for). When it's still warm-ish out, I'm going to wear with my toes poking through, but they're also going to be *so* cute with socks (team socks + sandals 'til I die!!!!!). And they're SO SOFT AND COMFY! I'm prepared to live in these all fall. Paired with leggings and a blazer? It's the perfect 'Ugh, I can barely make today happen' work outfit. I honestly want to get another pair in another of the cute colors...or the leopard print. Oh, and just FYI, I ended up sizing down in these!" —Maitland Quitmeyer

Get them from Nordstrom for $99.95 (available in whole sizes 5–10 and in black, grey, and pink).

DOC 001554

# EXHIBIT 8


# DECKERS
— B R A N D S —

# Invoice

**Brand :** KOOLABURRA
**Invoice Date :** 01/24/2020



**REMIT TO**
Deckers Outdoor Corporation,
P.O. Box 8424,
PASADENA, CA 91109-8424

**Page :** 1 of 2

**BILL TO:**

**SHIP TO:**

| ORDER NUMBER | PO NUMBER | | PAYMENT TERMS | | ACCOUNT NUMBER |
|---|---|---|---|---|---|
| SALESPERSON | STORE# | DC# | DEPT# | VENDOR# | SHIP VIA |

| Style | Color | Description | Size/Quantity | Qty | Price | Discount | Amount |
|---|---|---|---|---|---|---|---|
| 1110214 | PBS | 1110214-FUZZ'N PALE BLUSH | | | | | |

Certain products shipped pursuant to this invoice may contain real fur from Sheep, Calf or Lamb that has been dyed or otherwise artificially colored, and originates from one or more of the following countries - European Union, United States, or Australia, RN #88276.

All Deckers invoices are subject to Deckers Outdoor Corporation's Terms & Conditions of Sale. To view these terms, please check the T&C attachment.

How are we doing? Please let us know at www.Deckerslistens.com
Call (800) 916-6750 to place your orders now

For Billing Questions Please call :
(800) 713-7517 Option 2



| | | |
|---|---|---|
| Subtotal | USD | |
| Freight | USD | |
| Tax | USD | |
| **Total** | **USD** | |



# EXHIBIT 9

| Deckers Fluff Yeah Cases | |
|---|---|
| Deckers Outdoor Corporation | Bebe Stores, Inc. (2021) |
| Deckers Outdoor Corporation | Ego Shoes Limited (2020) |
| Deckers Outdoor Corporation | Five Below, Inc. (2020 ) |
| Deckers Outdoor Corporation | Kimera International (2021) |
| Deckers Outdoor Corporation | Lorlie Investment Group (2020) |
| Deckers Outdoor Corporation | Public Desire (2020) |
| Deckers Outdoor Corporation | Walmart (2020) |
| Deckers Outdoor Corporation | Fashion Nova Inc. (2020) |
| Deckers Outdoor Corporation | Gap (2021) |
| Deckers Outdoor Corporation | Legend Footwear Inc. (2020) |
| Deckers Outdoor Corporation | Lola & Soto Business Group (2020) |
| Deckers Outdoor Corporation | Lucy Avenue (2020) |
| Deckers Outdoor Corporation | Shoetopia, Inc. (2020) |
| Deckers Outdoor Corporation | Steve Madden (2020) |
| Deckers Outdoor Corporation | Fashion Marketing & Merchandising (2020) |

DOC 002603

# EXHIBIT 10

US00D901870S

(12) **United States Design Patent**      (10) Patent No.:          **US D901,870 S**
      Kim                                  (45) Date of Patent:    ** **Nov. 17, 2020**

(54) **FOOTWEAR UPPER AND MIDSOLE**

(71) Applicant: **Deckers Outdoor Corporation**, Goleta, CA (US)

(72) Inventor: **Esther Kim**, Santa Barbara, CA (US)

(73) Assignee: **Deckers Outdoor Corporation**, Goleta, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/699,054**

(22) Filed: **Jul. 23, 2019**

(51) LOC (12) Cl. ............................................... **02-04**
(52) U.S. Cl.
      USPC ........................................... **D2/969**; D2/919
(58) Field of Classification Search
      USPC ......... D2/896–900, 916, 917, 918, 919, 946, D2/969, 972
      CPC .. A43B 3/12; A43B 3/10; A43B 3/128; A43B 3/00
      See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D143,813 S  *  2/1946  Eisenberg ..................... D2/918
D143,814 S  *  2/1946  Eisenberg ..................... D2/918
D171,656 S  *  3/1954  Maling ......................... D2/916
D174,938 S  *  6/1955  Bonyhandy .................... D2/921
D513,838 S  *  1/2006  Birkenstock ................... D2/916
D792,684 S  *  7/2017  Gurt ............................. D2/916

OTHER PUBLICATIONS

"Fuzz yeah slippers" Google image search. www.google.com. Sep. 21, 2020. pp. 2 (Year: 2020).*

UGG Australia catalog, Winter 2002 collection, "Fluff Slide" p. 29, Nov. 2002.
Are Rihanna Puma Fur Slides Worth It? They Aren't Shower Shoes But They Sure Are Comfy, Bustle.com, by Amy Sciarretto, https://www.bustle.com/articles/161253-are-rihanna-puma-fur-slides-worth-it-they-arent-shower-shoes-but-they-sure-are-comfy, May 17, 2016.
Co-pending Design U.S. Appl. No. 29/690,180, filed May 6, 2019.
Co-pending Design U.S. Appl. No. 29/663,103, filed Sep. 12, 2018.

* cited by examiner

*Primary Examiner* — Rashida C. Walshon
(74) *Attorney, Agent, or Firm* — Greer, Burns & Crain, Ltd.

(57) **CLAIM**

The ornamental design for a footwear upper and midsole, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a footwear upper and midsole showing my new design;
FIG. **2** is a side elevational view thereof;
FIG. **3** is an opposite side elevational view thereof;
FIG. **4** is a front elevational view thereof;
FIG. **5** is a rear elevational view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.
The broken lines in FIGS. **1-7** represent portions of the footwear that form no part of the claimed design. The broken lines which define the bounds of the claimed design form no part thereof.

**1 Claim, 3 Drawing Sheets**





FIG. 1



FIG. 2

**U.S. Patent**         Nov. 17, 2020         Sheet 2 of 3         US D901,870 S



FIG. 3



FIG. 4                        FIG. 5



FIG. 6



FIG. 7

# EXHIBIT 11

US00D920652S

(12) **United States Design Patent**
Frain Terras

(10) Patent No.:    **US D920,652 S**
(45) Date of Patent:    ** **Jun. 1, 2021**

(54) **FOOTWEAR UPPER AND MIDSOLE**

(71) Applicant: **Deckers Outdoor Corporation**, Goleta, CA (US)

(72) Inventor: **Helene Anne Frain Terras**, Santa Barbara, CA (US)

(73) Assignee: **Deckers Outdoor Corporation**, Goleta, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/714,233**

(22) Filed: **Nov. 21, 2019**

(51) LOC (13) Cl. ............................................... **02-04**

(52) **U.S. Cl.**
USPC ............................................ **D2/969**; D2/932

(58) **Field of Classification Search**
USPC ...... 36/7.2, 7.7, 7.5, 8.1, 11.5, 9 R, 9 A, 10, 36/11, 7.3, 7.6, 4, 26; D2/896–901, 909, D2/913, 916–922, 923–927, 929, 930, D2/932, 939, 943–945, 946, 947–960, D2/965, 969, 971, 978
CPC ..... A43B 23/00; A43B 23/02; A43B 23/0205; A43B 23/021; A43B 23/0215; A43B 3/04; A43B 3/08; A43B 3/10; A43B 3/101; A43B 3/102; A43B 3/106; A43B 3/107; A43B 3/108; A43B 3/12; A43B 3/14; A43B 3/18; A43B 3/20; A43B 13/00; A43B 13/02; A43B 13/04; A43B 13/12; A43B 3/24; A43B 3/242; A43B 3/244; A43B 3/246; A43B 3/248

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,810,319 A * 5/1974 Famolare, Jr. ........... A43B 1/14 36/11.5
D251,636 S * 4/1979 Chapman ...................... D2/921

D354,846 S * 1/1995 Minkin ........................ D2/916
D377,860 S * 2/1997 Renault ....................... D2/916
D415,877 S * 11/1999 Wright ........................ D2/916
(Continued)

FOREIGN PATENT DOCUMENTS

CN 304615841 * 5/2018

OTHER PUBLICATIONS

Amazon.com UGG Unisex Cozy Slipper, announced Aug. 16, 2017 [online], [site visited Apr. 9, 2021]. Available from internet, URL: https://www.amazon.com/UGG-Girls-Slipper-Chestnut-Little/dp/B01N5VL2RB/ref=pd_rhf_sc_p_img_3?_encoding=UTF8&psc=1&refRID=553AHGAH79VSN4KSPE05 (Year: 2017).*

(Continued)

*Primary Examiner* — Elizabeth J Oswecki
*Assistant Examiner* — Yelizaveta Y Masalimova
(74) *Attorney, Agent, or Firm* — Greer, Burns & Crain, Ltd.

(57) **CLAIM**

The ornamental design for a footwear upper and midsole, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a footwear upper and midsole showing my new design;
FIG. **2** is a side elevational view thereof;
FIG. **3** is an opposite side elevational view thereof;
FIG. **4** is a front elevational view thereof;
FIG. **5** is a rear elevational view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.
The dot-dot-dash broken lines depict the bounds of the claim. The even dashed broken lines on the insole portion of the footwear depict stitching and form no part of the claimed design. The remaining even dashed broken lines showing the bottom of the shoe sole form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



## US D920,652 S

Page 2

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D425,289 S | * | 5/2000 | Sheppard, Jr. | D2/909 |
| D528,749 S | * | 9/2006 | Harper | D2/919 |
| D560,059 S | * | 1/2008 | Belley | D2/969 |
| D598,183 S | * | 8/2009 | Bank | D2/921 |
| D614,381 S | | 4/2010 | MacIntyre | |
| D626,728 S | * | 11/2010 | Tzenos | D2/896 |
| D627,544 S | * | 11/2010 | Carol | D2/919 |
| D648,512 S | * | 11/2011 | Schlageter | A43B 3/10 |
| | | | | D2/923 |
| D686,806 S | * | 7/2013 | Belcher | D2/909 |
| D792,693 S | * | 7/2017 | MacIntyre | D2/969 |
| D804,155 S | * | 12/2017 | Tzenos | D2/923 |
| D850,763 S | * | 6/2019 | Golan | D2/923 |
| D866,941 S | | 11/2019 | Kim | |
| D874,797 S | * | 2/2020 | Fongher | D2/923 |
| D901,869 S | * | 11/2020 | Kim | D2/969 |
| D901,870 S | * | 11/2020 | Kim | D2/969 |
| D905,413 S | * | 12/2020 | Del Biondi | D2/972 |
| 2011/0023335 A1 | * | 2/2011 | Carol | A43B 3/10 |
| | | | | 36/9 R |

OTHER PUBLICATIONS

Morgan C. Schimminger, "We're making the case for platform sandals this summer" (Ava Urban Outfitters sandal) announced May 30, 2019 [online], [site visited Apr. 9, 2021]. Available from internet, URL: https://www.thefashionspot.com/style-trends/835705-best-platform-sandals-for-summer/#/slide/6 (Year: 2019).*
UGG Australia catalog, Fall/Winter 1999, "Cluggette", "Roo", "Mate" pp. 16-17, Nov. 1999.
UGG Australia catalog, Fall/Winter 2004, "Coquette" p. 13, Nov. 2004.
UGG Australia catalog, Winter 2002 collection, "Fluff Scuff" p. 29, Nov. 2002.
Are Rihanna Puma Fur Slides Worth It? They Aren't Shower Shoes But They Sure Are Comfy, Bustle.com, by Amy Sciarretto, https://www.bustle.com/articles/161253-are-rihanna-puma-fur-slides-worth-it-they-arent-shower-shoes-but-they-sure-are-comfy, May 17, 2016.
Puma Drops New Monochrome Platform Sandals, Missbish, by Jana K. Hoffman, at https://missbish.com/puma-drops-new-monochrome-platform-sandals/ Apr. 2017.
Co-pending design U.S. Appl. No. 29/690,180, filed May 6, 2019.
Co-pending design U.S. Appl. No. 29/699,054, filed Jul. 23, 2019.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4          FIG. 5



FIG. 6



FIG. 7