Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Jamie Fountain (SBN 316567)
jfountain@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401
**Attorneys for Plaintiff**
**Deckers Outdoor Corporation**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DECKERS OUTDOOR CORPORATION,
a Delaware Corporation,

              Plaintiff,

       v.

WALMART, INC., a Delaware
Corporation; and DOES 1-10, inclusive,

Defendants,

             Defendants.

Case No. 2:20-cv-09521-FLA-E

**DECLARATION OF MATTHEW G. EZELL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**Hon. Fernando L. Aenlle-Rocha**

## DECLARATION OF MATTHEW G. EZELL

I, Matthew G. Ezell, declare as follows:

1.  I have been retained by counsel for Plaintiff Deckers Outdoor Corporation ("Deckers" or "Plaintiff") to design and cause to be conducted a survey to measure the secondary meaning of the Fluff Yeah Trade Dress in the above captioned civil action (the "Action"). I submit this declaration in support of Plaintiff's opposition to Defendant Walmart Inc.'s ("Defendant" or "Walmart") motion for summary judgement.

2.  On February 11, 2022, I submitted an expert report in this action ("Report"). A true and correct copy of my report is attached hereto as **Exhibit 1**.

3.  I make this declaration based on my personal knowledge; my background, experience, and education; and the publications, reports, studies, documents, interviews, and other materials and information listed in my Report. If called to testify at trial, I would testify competently regarding the opinions and conclusions I have formed in this case.

## PROFESSIONAL AND EDUCATIONAL BACKGROUND

4.  I have been retained on behalf of clients in the consumer product, industrial product, and service sectors of the economy to provide marketing consulting and research services.

5.  I have worked on litigation and non-litigation trademark and trade dress matters for approximately twenty-one years. During the past eleven years, I have participated in the design and execution of a variety of surveys relating to intellectual property matters, including trademark, false advertising, and other related matters. Additionally, I am familiar with the tests for trustworthiness of properly conducted surveys or polls and the accepted principles of survey research, detailed in the *Manual for Complex Litigation*, *Fourth* and *Reference Manual on Scientific Evidence*, *Third*.

6.  During the past six years, I have been retained in a number of litigation-related consultancies involving intellectual property matters, including matters before

1  federal and state courts and the Trademark Trial and Appeal Board of the U.S. Patent

2  and Trademark Office.

3     7. I am a member of the American Association of Public Opinion Research

4  (AAPOR) and the International Trademark Association (INTA). From 2016 to 2019 I

5  served on, and from 2021 to present, I serve on INTA's The Trademark Reporter

6  (TMR) committee.

7  ## BRIEF SUMMARY OF MY EXPERT OPINIONS

8     8. The secondary meaning survey conducted in this matter employed a

9  scientific experimental design consisting of two survey cells: (1) a test cell designed to

10  measure the secondary meaning, if any, of the appearance of the Fluff Yeah slipper;

11  and (2) a control cell designed to measure the extent of potential mismeasurement error

12  or "noise" in the test cell survey results.

13     9. Based on my education, background, professional experience, my review of

14  intellectual property legal treatises and case opinions, and based upon my review and

15  analysis of the survey results, I have formed the following opinions:

16         a.    The results of the survey support a finding that Deckers has

17         achieved secondary meaning in the appearance of the Fluff Yeah Slide.

18         b.    The survey results evidence that 39% of the relevant universe

19         of consumers associate the appearance of the Fluff Yeah slipper with

20         UGG or a single anonymous source. That is, consumers of slippers

21         recognize the Fluff Yeah slipper as distinctive and an indicator of the

22         source UGG. This level of association is on par with that relied on by

23         other courts.

24  //

25  //

26  //

27  //

28  //

10. I certify under penalty of perjury under the laws of the United States of America that the foregoing statements, as well as each of the statements in the exhibit attached to this declaration, are true and correct.

Executed this March ___7th___, 2022 in Huntington Beach, California.

_____
Matthew G. Ezell

DECLARATION OF MATTHEW G. EZELL

# EXHIBIT 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation, | ) ) ) | CASE NO. 20-cv-09521-FLA (Ex) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| WAL-MART STORES, INC., a Delaware Corporation; and DOES 1-10 Inclusive, | ) ) ) | |
| Defendants. | ) | |

**EXPERT REPORT OF MATTHEW G. EZELL**

**Introduction**

1.      I am the principal and founder of Ezell Group LLC, a marketing research brand

located in Huntington Beach, California. My professional experience is summarized below in

paragraphs 20 through 26.

2.      At the request of Blakeley Law Group, counsel for Deckers Outdoor Corporation

("Deckers" or "Plaintiff"), I designed and caused to be conducted a survey to measure the

secondary meaning, if any, of the Fluff Yeah Trade Dress. Specifically, I was engaged to design a

survey to measure the degree, if any, to which consumers of slippers associate the appearance

of the Fluff Yeah slipper with Plaintiff's brand UGG.

3.      The secondary meaning survey conducted in this matter employed a scientific

experimental design consisting of two survey cells: (1) a test cell designed to measure the

secondary meaning, if any, of the appearance of the Fluff Yeah slipper; and (2) a control cell

designed to measure the extent of potential mismeasurement error or "noise" in the test cell

survey results.

4.      In total, 400 interviews were completed in the survey, with 200 in the test cell and 200 in the control cell.

5.      The questions and procedures in both cells were identical with the exception of the image shown to respondents.  The control cell image was also an open-toed slipper shown in red, but removed the combination of elements that comprise the claimed Fluff Yeah Trade Dress (e.g., removed the platform sole, furry footbed and furry perimeter sides, elastic heel strap extending from one side of the vamp to the other).  See test cell and control cell images below.



| Test Cell Image | Control Cell Image |

6.      It is my opinion that the results of the survey support a finding that Deckers has achieved secondary meaning in the appearance of the Fluff Yeah slipper. The survey results evidence that, on a net basis after adjusting the survey data for mismeasurement error in the control cell, 39% of the relevant universe – females 18 years of age and over who have either purchased a pair of slippers costing approximately $50 or more in the past 6 months, or are likely to purchase a pair of slippers costing approximately $50 or more in the next 6 months – associate the appearance of the Fluff Yeah slipper with UGG or a single anonymous source. That

is, consumers of slippers recognize the Fluff Yeah slipper as distinctive and an indicator of the source UGG.

**Survey Background**

7.      Attached as **<u>Appendix A</u>** are the results of the survey that addressed the issue of secondary meaning. Appendix A contains copies of the survey screeners and questionnaires, coded response tables, a listing of the survey responses, survey screenshots, and other survey-related materials.

8.      The sample selection, questions, questionnaire design, and interviewing procedures employed in this survey were designed in accordance with the generally accepted standards and procedures in the field of surveys. The survey was also designed to meet the criteria for survey trustworthiness detailed in the Federal Judicial Center's *Manual for Complex Litigation, Fourth*[1] and *Reference Manual on Scientific Evidence, Third.*

9.      I was responsible for the design of the survey as well as for the procedures to be followed in conducting the interviews. Data gathering was carried out under my direction by Dynata, a leading provider of survey panels consisting of millions of individuals and business professionals. Data gathering for this survey was conducted between January 18 and January 28, 2022. See attached **<u>Appendix B</u>** for the survey data file.

---

[1] For the proffered poll or survey, "...Relevant factors include whether: the population was properly chosen and defined; the sample chosen was representative of that population; the data gathered were accurately reported; and the data were analyzed in accordance with accepted statistical principles...In addition, in assessing the validity of a survey, the judge should take into account the following factors: whether the questions asked were clear and not leading; whether the survey was conducted by qualified persons following proper interview procedures; and whether the process was conducted so as to ensure objectivity...."  See Federal Judicial Center, *Manual for Complex Litigation, Fourth*, Section 11.493, at 102-104 (2004).

10.     The survey conducted in this matter was administered under a double-blind protocol. That is, both the survey respondents and the staff of Dynata were kept uninformed or "blind" as to the purpose or sponsor of the survey.

## Sampling and Methodology

11.     In accordance with standard practice, this survey employed an internet panel created and maintained by Dynata.

12.     The relevant universe for this survey consisted of females 18 years of age and older who had either purchased a pair of slippers costing approximately $50 or more in the past 6 months, or are likely to purchase a pair of slippers costing approximately $50 or more in the next 6 months.[2]

13.     As noted earlier, the secondary meaning survey conducted in this matter employed a scientific experimental design consisting of two survey cells: (1) a test cell designed to measure the secondary meaning, if any, of the appearance of the Fluff Yeah slipper; and (2) a control cell designed to measure the extent of potential mismeasurement error in the test cell survey results.

## Survey Procedures and Questions

14.     Initially, potential respondents received an invitation to fill out the screening portion of the interview to determine whether they met the universe definition. Subsequently,

---

[2] Additionally, the survey universe was also restricted to respondents who: (1) resided in the United States; (2) agreed to take the survey by themselves, without consulting any other persons or sources; (3) did not, nor did anyone else in their household, work for a marketing research brand or a brand that makes, sells, or distributes any footwear; (4) could clearly see the slipper shown in the survey; and (5) successfully passed various quality control checks in the screener (e.g., CAPTCHA).

those respondents who met the universe definition were invited to complete the main survey.

See Appendix A, pages 26-30 for the full screener/questionnaire.

15.    The introduction to the main survey questions was as follows:

In this survey, you will be shown a women's slipper and asked some questions.

Please understand that we are only interested in your opinions.

If you don't know the answer to a question, that is an acceptable answer.  Please do not guess.

Next, respondents were shown the image of the slipper and told:

Please look at this slipper.

Please understand that any brand name(s) that may normally appear have been removed.

Subsequently, respondents were asked Q1:

Q1    Do you associate the overall appearance of this slipper with any particular brand or brands?

Respondents who reported that they associated the slipper with any particular brand or brands

were asked Q2:

Q2    What brand or brands?

Respondents who reported an association in Q1, but could not identify the brand or brands in

Q2 were asked:

Q3    Do you associate the overall appearance of this slipper with one brand or more than one brand?[3]

---

[3] To guard against order bias, the order of "one brand" and "more than one brand" was randomized for each respondent. That is, approximately half the respondents saw "one brand" as the first alternative, and the remaining saw "more than one brand" as the first alternative.

Finally, respondents were shown a screen that said:

Thank you for your time and participation.

**Survey Results**

16.    In the test cell, 44.5% of the survey respondents reported that they associated the Fluff Yeah slipper with the named source UGG. An additional 0.5% reported that they associated the Fluff Yeah slipper with an unknown single source.  In total, 45% of respondents in the test cell associated the Fluff Yeah slipper with UGG or a single anonymous source. See Appendix A, pages 2-13 for a sequential listing of responses by response category.

| | | | |
|---|---|---|---|
| **TABLE 1** | | | |
| TEST CELL | | | |
| Q1 | Do you associate the overall appearance of this slipper with any particular brand or brands? | | |
| Q2 | What brand or brands? | | |
| Q3 | Do you associate the overall appearance of this slipper with <u>one brand</u> or <u>more than one brand</u>? | | |
| Response Category | | Number | Percent |
| 1. | Association with UGG/one brand | 90 | 45.0 |
| | UGG | 89 | 44.5 |
| | Unknown name – One brand | 1 | 0.5 |
| 2. | Association with other brand(s)* | 27 | 13.5 |
| | Other named brand(s)* | 21 | 10.5 |
| | Unknown names – More than one brand | 3 | 1.5 |
| | Don't know or no opinion | 3 | 1.5 |
| 3. | No association with any brand or brands | 83 | 41.5 |
| Total | | 200 | 100.0 |

*Note: No brand in this category accounted for more than 2.5% of the Total.

17.     In the control cell, 2.0% of the survey respondents reported that they associated
the control slipper with the named source UGG. An additional 4.0% reported that they
associated the control slipper with an unknown single source.  In total, 6.0% of respondents in
the control cell associated the control slipper with UGG or a single anonymous source. See
Appendix A, pages 15-21 for a sequential listing of responses by response category.

| | | Number | Percent |
|---|---|---|---|
| **TABLE 2** | | | |
| CONTROL CELL | | | |
| Q1   Do you associate the overall appearance of this slipper with any particular brand or brands? | | | |
| Q2   What brand or brands? | | | |
| Q3   Do you associate the overall appearance of this slipper with <u>one brand</u> or <u>more than one brand</u>? | | | |
| Response Category | | Number | Percent |
| 1.     Association with UGG/one brand | | 12 | 6.0 |
| UGG | | 4 | 2.0 |
| Unknown name – One brand | | 8 | 4.0 |
| 2.     Association with other brand(s) | | 38 | 19.0 |
| Other named brand(s)* | | 30 | 15.0 |
| Unknown names – More than one brand | | 3 | 1.5 |
| Don't know or no opinion | | 5 | 2.5 |
| 3.     No association with any brand or brands | | 150 | 75.0 |
| Total | | 200 | 100.0 |

*Note: No brand in this category accounted for more than 3.0% of the Total.

18.     The results of the secondary meaning survey evidence that, on a net basis after

adjusting for mismeasurement error based upon the control cell, 39 percent (45.0 – 6.0 =

39.0%) of the relevant universe associates the overall appearance of the Fluff Yeah slipper with

UGG or a single anonymous source. See Appendix A, page 22.

| TABLE 3 TEST AND CONTROL CELL | | | |
|---|---|---|---|
| Response Category | Test Cell Percent | Control Cell Percent | Net Percent |
| 1. Association with UGG/one brand | 45.0 | 6.0 | 39.0 |

**Conclusion**

19.     It is my considered opinion, based upon my education, background, professional

experience, my review of intellectual property legal treatises and case opinions, and based

upon my review and analysis of the survey results, that the results of the survey support a

finding that UGG has achieved secondary meaning in the appearance of the Fluff Yeah slipper.

The survey results evidence that, on a net basis, approximately 39% of the relevant universe

associate the appearance of the Fluff Yeah slipper with UGG or a single anonymous source. That

is, consumers of slippers recognize the Fluff Yeah slipper as distinctive and an indicator of the

source UGG. This level of association is on par with that relied on by other courts.[4]

---

[4] *See, e.g., In re Carl Walther GmbH*, No. 77096523, 2010 TTAB LEXIS 410, at *9-10 (T.T.A.B. Oct. 26, 2010)
("33% of survey participants correctly identified applicant. . . We do not find these survey results, alone, to
be conclusive in establishing that the PPK handgun design has acquired distinctiveness; rather, the survey
is one piece of persuasive evidence that is considered in conjunction with the entire record before us."); *McNeil-
PPC, Inc. v. Granutec, Inc.*, 919 F. Supp. 198, 202 (E.D.N.C. 1995) (Finding secondary meaning based on survey
results showing a 38 percent recognition level among category purchasers); *McCarthy, Trademarks*, § 32:190,
citing *Tri-Star Pictures, Inc. v. Unger*, 14 F. Supp. 2d 339, 349 (S.D.N.Y. 1998) ("[O]ut of 200 people interviewed
in . . . [Plaintiffs'] telephone survey, 42% of all respondents had heard of or seen a motion picture with the words
'River Kwai' in the title . . . Seventy-four percent of those respondents identified that motion picture as Bridge . . . .

**Qualifications**

20.     I have been retained on behalf of clients in the consumer product, industrial product, and service sectors of the economy to provide marketing consulting and research services.

21.     I have worked on litigation and non-litigation trademark and trade dress matters for approximately twenty-one years. During the past eleven years, I have participated in the design and execution of a variety of surveys relating to intellectual property matters, including trademark, false advertising, and other related matters. Additionally, I am familiar with the tests for trustworthiness of properly conducted surveys or polls and the accepted principles of survey research, detailed in the *Manual for Complex Litigation, Fourth* and *Reference Manual on Scientific Evidence, Third*.

22.     During the past six years, I have been retained in a number of litigation-related consultancies involving intellectual property matters, including matters before federal and state courts and the Trademark Trial and Appeal Board of the U.S. Patent and Trademark Office.

23.     I am a member of the American Association of Public Opinion Research (AAPOR) and the International Trademark Association (INTA). From 2016 to 2019 I served on, and from 2021 to present, I serve on INTA's The Trademark Reporter (TMR) committee

---

[Plaintiffs'] mall survey of 100 people disclosed that 51% of all respondents had heard of or seen a motion picture with the words 'River Kwai' in the title . . . Again, approximately 73% of those respondents gave a description of Bridge . . ."). Note: based upon all survey respondents, the secondary-meaning percentage in the telephone study would be 31 percent and in the mall survey would be 37 percent; *Monsieur Henri Wines, Ltd. v. Duran*, 204 U.S.P.Q. 601, 605 (T.T.A.B. 1979) ("The study found that 1,309, or 37%, of the 3,522 respondents who went through the entire interview associated 'YAGO' brand with the bull and matador design.").

24.    Attached hereto as **Appendix C** is a copy of publications that I have authored or

co-authored in the last ten years.

25.    Attached hereto as **Appendix D** is a list of all trial and deposition testimony I

have given in the last four years.

26.    Attached hereto as **Appendix E** is a copy of my curriculum vitae, describing my

qualifications and professional background.

**Materials Considered**

27.    In addition to materials mentioned in this report, I considered the following

materials in designing and conducting the survey in this matter: Complaint filed by Deckers on

October 16, 2020; and portions of Deckers' DTC Database showing the age distribution of

consumers of the Womens Fluff Yeah Slide in 2020.

**Compensation**

28.    My fees for this engagement consist solely of billable time and expenses.

Standard time is billed at the rate of $600.00 per hour and deposition and trial time are billed at

the rate of $750.00 per hour. Associate time is billed at the rate of $300.00 per hour.

29.    I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct. Executed this 4th day of February, 2022, in Huntington

Beach, California.

_____
                Matthew G. Ezell

# Appendix A

**FLUFF YEAH SECONDARY MEANING SURVEY**

**TABLE OF CONTENTS**

Test Cell Exhibit, Data, and Responses

    Survey Exhibit – Test Cell ..................................................... 1

    Table 1 – Test Cell Response Distribution Q1-Q3 ................... 2

        Test Cell Survey Responses by Category ........................ 3

Control Cell Exhibit, Data, and Responses

    Survey Exhibit – Control Cell ............................................. 14

    Table 2 – Control Cell Response Distribution Q1 – Q3 ......... 15

        Control Cell Survey Responses by Category .................. 16

Composite Analysis – Net Association

    Table 3 – Net Association with UGG/one brand ................. 22

Respondent Demographics and Participation Data

    Table 4 – Age Distribution of Respondents ....................... 23

    Table 5 – Geographic Distribution of Respondents ............ 24

    Table 6 – Participation and Termination .......................... 25

Additional Survey Materials

    Screener/Questionnaire – Test Cell and Control Cell ......... 26

    Survey Screenshots – Test Cell ........................................ 31

    Survey Screenshots – Control Cell ................................... 41

**SURVEY EXHIBIT – TEST CELL**



| TABLE 1 | | |
|---|---|---|
| TEST CELL | | |

**Q1** Do you associate the overall appearance of this slipper with any particular brand or brands?

**Q2** What brand or brands?

**Q3** Do you associate the overall appearance of this slipper with <u>one brand</u> or <u>more than one brand</u>?

| Response Category | | Number | Percent |
|---|---|---|---|
| 1. | Association with UGG/one brand | 90 | 45.0 |
| | UGG | 89 | 44.5 |
| | Unknown name - One brand | 1 | 0.5 |
| 2. | Association with other brand(s) | 27 | 13.5 |
| | Other named brand(s)* | 21 | 10.5 |
| | Unknown names – More than one brand | 3 | 1.5 |
| | Don't know or no opinion | 3 | 1.5 |
| 3. | No association with any brand or brands | 83 | 41.5 |
| Total | | 200 | 100.0 |

*Note: No brand in this category accounted for more than 2.5% of the Total.

**TEST CELL SURVEY RESPONSES BY CATEGORY**

Q1    Do you associate the overall appearance of this slipper with any particular brand or brands?

Q2    What brand or brands?

Category 1:    Association with UGG/one brand

| RESPID | | RESPONSE |
|--------|----|----------|
| 1001 | Q1 | Yes. |
| | Q2 | UGG. |
| 1002 | Q1 | Yes. |
| | Q2 | UGGs. |
| 1004 | Q1 | Yes. |
| | Q2 | UGG. |
| 1008 | Q1 | Yes. |
| | Q2 | UGG. |
| 1014 | Q1 | Yes. |
| | Q2 | UGGs. |
| 1016 | Q1 | Yes. |
| | Q2 | UGG. |
| 1017 | Q1 | Yes. |
| | Q2 | UGG. |
| 1019 | Q1 | Yes. |
| | Q2 | UGG. |
| 1022 | Q1 | Yes. |
| | Q2 | UGG. |
| 1023 | Q1 | Yes. |
| | Q2 | UGGs. |
| 1024 | Q1 | Yes. |
| | Q2 | UGG. |

Q1    Do you associate the overall appearance of this slipper with any particular brand or brands?

Q2    What brand or brands?

Category 1:    Association with UGG/one brand

| **RESPID** | **RESPONSE** | |
|---|---|---|
| 1025 | Q1 | Yes. |
|      | Q2 | UGG. |
| 1028 | Q1 | Yes. |
|      | Q2 | UGG. |
| 1029 | Q1 | Yes. |
|      | Q2 | UGG. |
| 1035 | Q1 | Yes. |
|      | Q2 | UGG. |
| 1038 | Q1 | Yes. |
|      | Q2 | UGGs. |
| 1042 | Q1 | Yes. |
|      | Q2 | UGG. |
| 1044 | Q1 | Yes. |
|      | Q2 | UGG. |
| 1048 | Q1 | Yes. |
|      | Q2 | UGG. |
| 1051 | Q1 | Yes. |
|      | Q2 | UGG. |
| 1053 | Q1 | Yes. |
|      | Q2 | UGG. |
| 1055 | Q1 | Yes. |
|      | Q2 | UGG. |
| 1058 | Q1 | Yes. |
|      | Q2 | UGG. |

Q1      Do you associate the overall appearance of this slipper with any particular brand or
        brands?
Q2      What brand or brands?

---

Category 1:    Association with UGG/one brand

**RESPID**          **RESPONSE**
  1059        Q1      Yes.
              Q2      UGG.

  1060        Q1      Yes.
              Q2      UGGs.

  1061        Q1      Yes.
              Q2      UGG.

  1062        Q1      Yes.
              Q2      UGG.

  1065        Q1      Yes.
              Q2      UGGs.

  1068        Q1      Yes.
              Q2      UGG.

  1069        Q1      Yes.
              Q2      UGG.

  1070        Q1      Yes.
              Q2      UGG.

  1071        Q1      Yes.
              Q2      UGGs.

  1072        Q1      Yes.
              Q2      UGG.

  1074        Q1      Yes.
              Q2      UGG.

  1076        Q1      Yes.
              Q2      UGG.

Q1    Do you associate the overall appearance of this slipper with any particular brand or
       brands?
Q2    What brand or brands?

Category 1:    Association with UGG/one brand

**RESPID**        **RESPONSE**
  1081        Q1    Yes.
              Q2    UGG.

  1082        Q1    Yes.
              Q2    UGG.

  1084        Q1    Yes.
              Q2    UGG.

  1086        Q1    Yes.
              Q2    UGG.

  1088        Q1    Yes.
              Q2    UGG.

  1091        Q1    Yes.
              Q2    UGGs.

  1093        Q1    Yes.
              Q2    UGG.

  1094        Q1    Yes.
              Q2    UGG.

  1096        Q1    Yes.
              Q2    UGGs.

  1097        Q1    Yes.
              Q2    UGG.

  1101        Q1    Yes.
              Q2    UGG.

  1102        Q1    Yes.
              Q2    UGG.

Q1     Do you associate the overall appearance of this slipper with any particular brand or
brands?
Q2     What brand or brands?

Category 1:    Association with UGG/one brand

**RESPID**     **RESPONSE**

1107     Q1    Yes.
          Q2    UGGs.

1109     Q1    Yes.
          Q2    UGG.

1111     Q1    Yes.
          Q2    UGG.

1116     Q1    Yes.
          Q2    UGGs.

1119     Q1    Yes.
          Q2    UGG.

1121     Q1    Yes.
          Q2    UGGs.

1122     Q1    Yes.
          Q2    UGG.

1123     Q1    Yes.
          Q2    UGG.

1124     Q1    Yes.
          Q2    UGGs.

1127     Q1    Yes.
          Q2    UGG.

1128     Q1    Yes.
          Q2    UGG.

1129     Q1    Yes.
          Q2    UGG.

          TEST CELL

Q1     Do you associate the overall appearance of this slipper with any particular brand or
       brands?
Q2     What brand or brands?

Category 1:     Association with UGG/one brand

| RESPID | RESPONSE | |
|--------|----------|---|
| 1130 | Q1 | Yes. |
|      | Q2 | UGGs. |
| 1131 | Q1 | Yes. |
|      | Q2 | UGG. |
| 1133 | Q1 | Yes. |
|      | Q2 | UGGs. |
| 1135 | Q1 | Yes. |
|      | Q2 | UGG. |
| 1140 | Q1 | Yes. |
|      | Q2 | UGG. |
| 1143 | Q1 | Yes. |
|      | Q2 | UGG. |
| 1144 | Q1 | Yes. |
|      | Q2 | UGG. |
| 1146 | Q1 | Yes. |
|      | Q2 | UGG. |
| 1149 | Q1 | Yes. |
|      | Q2 | UGG. |
| 1150 | Q1 | Yes. |
|      | Q2 | UGG. |
| 1153 | Q1 | Yes. |
|      | Q2 | UGG. |
| 1159 | Q1 | Yes. |
|      | Q2 | UGG. |

Q1    Do you associate the overall appearance of this slipper with any particular brand or brands?

Q2    What brand or brands?

Category 1:    Association with UGG/one brand

**RESPID**    **RESPONSE**

1162    Q1    Yes.
        Q2    UGG.

1165    Q1    Yes.
        Q2    UGG.

1167    Q1    Yes.
        Q2    UGG.

1170    Q1    Yes.
        Q2    UGGs.

1174    Q1    Yes.
        Q2    UGG.

1176    Q1    Yes.
        Q2    UGG.

1178    Q1    Yes.
        Q2    UGGs.

1181    Q1    Yes.
        Q2    UGG.

1182    Q1    Yes.
        Q2    UGG.

1183    Q1    Yes.
        Q2    UGG.

1187    Q1    Yes.
        Q2    UGG.

1189    Q1    Yes.
        Q2    UGG.

Q1     Do you associate the overall appearance of this slipper with any particular brand or brands?

Q2     What brand or brands?

Category 1:    Association with UGG/one brand

**RESPID**      **RESPONSE**

1190     Q1    Yes.
            Q2    UGGs.

1191     Q1    Yes.
            Q2    UGG.

1193     Q1    Yes.
            Q2    UGG.

1195     Q1    Yes.
            Q2    UGGs.

1197     Q1    Yes.
            Q2    UGG.

1200     Q1    Yes.
            Q2    UGG.

1152     Q1    Yes.
            Q2    Don't know
            Q3    One brand

Q1    Do you associate the overall appearance of this slipper with any particular brand or brands?

Q2    What brand or brands?

Category 2:    Association with other brand(s)

| RESPID | | RESPONSE |
|---|---|---|
| 1005 | Q1 | Yes. |
| | Q2 | Dearfoams. |
| 1043 | Q1 | Yes. |
| | Q2 | Zara. |
| 1052 | Q1 | Yes. |
| | Q2 | Gucci. |
| 1063 | Q1 | Yes. |
| | Q2 | YEEZY, high-end products. |
| 1073 | Q1 | Yes. |
| | Q2 | Gucci. |
| 1085 | Q1 | Yes. |
| | Q2 | Lugs. |
| 1087 | Q1 | Yes. |
| | Q2 | Adidas. |
| 1090 | Q1 | Yes. |
| | Q2 | Adidas. |
| 1103 | Q1 | Yes. |
| | Q2 | Gucci. |
| 1114 | Q1 | Yes. |
| | Q2 | Guess. |
| 1125 | Q1 | Yes. |
| | Q2 | Gucci . |
| 1141 | Q1 | Yes. |
| | Q2 | Gucci slides or YEEZY. |

TEST CELL

Q1     Do you associate the overall appearance of this slipper with any particular brand or
       brands?
Q2     What brand or brands?

Category 2:     Association with other brand(s)

| RESPID | RESPONSE | |
|--------|----|----|
| 1155 | Q1 | Yes. |
| | Q2 | Nike. |
| 1160 | Q1 | Yes. |
| | Q2 | Victoria's Secret. |
| 1168 | Q1 | Yes. |
| | Q2 | Locks and Mocks. |
| 1169 | Q1 | Yes. |
| | Q2 | FabKids. |
| 1173 | Q1 | Yes. |
| | Q2 | Clarks. |
| 1186 | Q1 | Yes. |
| | Q2 | Nike. |
| 1188 | Q1 | Yes. |
| | Q2 | Nike. |
| 1194 | Q1 | Yes. |
| | Q2 | Tommy Hilfiger. |
| 1198 | Q1 | Yes. |
| | Q2 | USA. |
| 1037 | Q1 | Yes. |
| | Q2 | Don't know |
| | Q3 | More than one brand |
| 1132 | Q1 | Yes. |
| | Q2 | Don't know |
| | Q3 | More than one brand |

TEST CELL

Q1      Do you associate the overall appearance of this slipper with any particular brand or brands?

Q2      What brand or brands?

---

Category 2:      Association with other brand(s)

| RESPID | RESPONSE | |
|---|---|---|
| 1166 | Q1 | Yes. |
| | Q2 | Don't know |
| | Q3 | More than one brand |
| | | |
| 1013 | Q1 | Yes. |
| | Q2 | Don't know |
| | Q3 | Don't know or no opinion |
| | | |
| 1105 | Q1 | Yes. |
| | Q2 | Don't know |
| | Q3 | Don't know or no opinion |
| | | |
| 1196 | Q1 | Yes. |
| | Q2 | Don't know |
| | Q3 | Don't know or no opinion |

**SURVEY EXHIBIT – CONTROL CELL**



| Response Category | | Number | Percent |
|---|---|---|---|
| **TABLE 2** | | | |
| CONTROL CELL | | | |
| Q1 | Do you associate the overall appearance of this slipper with any particular brand or brands? | | |
| Q2 | What brand or brands? | | |
| Q3 | Do you associate the overall appearance of this slipper with <u>one brand</u> or <u>more than one brand</u>? | | |
| 1. | Association with UGG/one brand | 12 | 6.0 |
| | UGG | 4 | 2.0 |
| | Unknown name – One brand | 8 | 4.0 |
| 2. | Association with other brand(s) | 38 | 19.0 |
| | Other named brand(s)* | 30 | 15.0 |
| | Unknown names – More than one brand | 3 | 1.5 |
| | Don't know or no opinion | 5 | 2.5 |
| 3. | No association with any brand or brands | 150 | 75.0 |
| Total | | 200 | 100.0 |

*Note: No brand in this category accounted for more than 3.0% of the Total

**TABLE 2 SURVEY RESPONSES BY CATEGORY**

Q1    Do you associate the overall appearance of this slipper with any particular brand or brands?
Q2    What brand or brands?

Category 1:    Association with UGG/one brand

**RESPID**        **RESPONSE**

2029        Q1    Yes.
            Q2    UGG.

2083        Q1    Yes.
            Q2    UGG.

2193        Q1    Yes.
            Q2    UGGs.

2197        Q1    Yes.
            Q2    UGGs.

2002        Q1    Yes.
            Q2    Don't know
            Q3    One brand

2010        Q1    Yes.
            Q2    Don't know
            Q3    One brand

2046        Q1    Yes.
            Q2    Don't know
            Q3    One brand

2048        Q1    Yes.
            Q2    Don't know
            Q3    One brand

2067        Q1    Yes.
            Q2    Don't know
            Q3    One brand

2121        Q1    Yes.
            Q2    Don't know
            Q3    One brand

CONTROL CELL

Q1     Do you associate the overall appearance of this slipper with any particular brand or brands?

Q2     What brand or brands?

Category 1:    Association with UGG/one brand

| **RESPID** | **RESPONSE** | |
|---|---|---|
| 2143 | Q1 | Yes. |
| | Q2 | Don't know |
| | Q3 | One brand |
| | | |
| 2144 | Q1 | Yes. |
| | Q2 | Don't know |
| | Q3 | One brand |

CONTROL CELL

Q1    Do you associate the overall appearance of this slipper with any particular brand or
      brands?
Q2    What brand or brands?

Category 2:    Association with other brand(s)

**RESPID**    **RESPONSE**

2016    Q1    Yes.
        Q2    Puma.

2028    Q1    Yes.
        Q2    Kohl's.

2030    Q1    Yes.
        Q2    Lane Bryant or Dearfoams.

2040    Q1    Yes.
        Q2    Adidas or Nike.

2042    Q1    Yes.
        Q2    Nike.

2056    Q1    Yes.
        Q2    Gucci.

2058    Q1    Yes.
        Q2    Amazon.

2069    Q1    Yes.
        Q2    Shein.

2071    Q1    Yes.
        Q2    Balenciagas.

2076    Q1    Yes.
        Q2    Skechers.

2079    Q1    Yes.
        Q2    Crocs.

2081    Q1    Yes.
        Q2    Gucci.

CONTROL CELL

Q1   Do you associate the overall appearance of this slipper with any particular brand or brands?

Q2   What brand or brands?

Category 2:   Association with other brand(s)

| RESPID | RESPONSE | |
|---|---|---|
| 2082 | Q1 | Yes. |
| | Q2 | Isotoner. |
| 2086 | Q1 | Yes. |
| | Q2 | Walmart. |
| 2109 | Q1 | Yes. |
| | Q2 | Target. |
| 2112 | Q1 | Yes. |
| | Q2 | Nike. |
| 2124 | Q1 | Yes. |
| | Q2 | Nike. |
| 2129 | Q1 | Yes. |
| | Q2 | Off. |
| 2148 | Q1 | Yes. |
| | Q2 | FILA, Donna Karan. |
| 2151 | Q1 | Yes. |
| | Q2 | Cuddles. |
| 2157 | Q1 | Yes. |
| | Q2 | Family Dollar store . |
| 2162 | Q1 | Yes. |
| | Q2 | Aerosole. |
| 2166 | Q1 | Yes. |
| | Q2 | Puma. |
| 2168 | Q1 | Yes. |
| | Q2 | Lulu. |

CONTROL CELL

Q1    Do you associate the overall appearance of this slipper with any particular brand or brands?

Q2    What brand or brands?

Category 2:    Association with other brand(s)

**RESPID**    **RESPONSE**

2169    Q1    Yes.
     Q2    Crazy lady.

2172    Q1    Yes.
     Q2    Nike.

2177    Q1    Yes.
     Q2    Dearfoams.

2187    Q1    Yes.
     Q2    Nike.

2190    Q1    Yes.
     Q2    Hanes.

2191    Q1    Yes.
     Q2    Vionic.

2005    Q1    Yes.
     Q2    Don't know
     Q3    Don't know or no opinion

2156    Q1    Yes.
     Q2    Don't know
     Q3    Don't know or no opinion

2194    Q1    Yes.
     Q2    Don't know
     Q3    Don't know or no opinion

2024    Q1    Yes.
     Q2    Don't know
     Q3    More than one brand

2053    Q1    Yes.
     Q2    Don't know
     Q3    More than one brand

CONTROL CELL

Q1    Do you associate the overall appearance of this slipper with any particular brand or brands?

Q2    What brand or brands?

---

Category 2:    Association with other brand(s)

**RESPID**        **RESPONSE**
2117        Q1    Yes.
            Q2    Don't know
            Q3    More than one brand

2122        Q1    Yes.
            Q2    Don't know
            Q3    More than one brand

2192        Q1    Yes.
            Q2    Don't know
            Q3    More than one brand

| TABLE 3 | | | |
| COMPOSITE ANALYSIS – TEST AND CONTROL CELL | | | |
| Response Category | Test Cell Percent | Control Cell Percent | Net Percent |
|---|---|---|---|
| 1. Association with UGG/one brand | 45.0 | 6.0 | 39.0 |

| TABLE 4 AGE DISTRIBUTION OF RESPONDENTS | | | | |
|---|---|---|---|---|
| | Test cell | | Control cell | |
| Age Group | Number | Percent | Number | Percent |
| 18-24 | 42 | 21.0 | 35 | 17.5 |
| 25-34 | 55 | 27.5 | 62 | 31.0 |
| 35-44 | 38 | 19.0 | 43 | 21.5 |
| 45-54 | 34 | 17.0 | 34 | 17.0 |
| 55 or over | 31 | 15.5 | 26 | 13.0 |
| Total | 200 | 100.0 | 200 | 100.0 |

| TABLE 5 | | | | |
| GEOGRAPHIC DISTRIBUTION OF RESPONDENTS | | | | |
| | Test cell | | Control cell | |
| Census Region | Number | Percent | Number | Percent |
|---|---|---|---|---|
| Northeast | 34 | 17.0 | 34 | 17.0 |
| Midwest | 42 | 21.0 | 41 | 20.5 |
| South | 77 | 38.5 | 76 | 38.0 |
| West | 47 | 23.5 | 49 | 24.5 |
| Total | 200 | 100.0 | 200 | 100.0 |

RESPONDENT DEMOGRAPHICS

**TABLE 7**
**PARTICIPATION AND TERMINATION**

| | | | |
|---|---|---|---|
| **A** | **Total Participants** | | **10,276** |
| **B** | **Completed Interviews** | | **400** |
| **C** | **Terminates (not qualified)** | | **9,586** |
| | S1 | Age does not match panel age or panel age unavailable | 1,904 |
| | S1 | Quota for age group already met | 2,106 |
| | S2 | Not female or gender does not match panel gender | 38 |
| | S3 | Reside outside United States | 11 |
| | S3 | Quota for region already met | 239 |
| | S4/S5 | Have not purchased/not likely to purchase slippers | 2,055 |
| | S6/S7 | Neither purchased nor likely to purchase $50+/pair slippers | 2,896 |
| | S8 | Browser restriction | 16 |
| | S9 | Did not agree to take survey by self | 1 |
| | QC | Failed CAPTCHA | 1 |
| | S10 | Employment restriction | 64 |
| | QC | Bad open-end responses (e.g., mashing keys) | 14 |
| | QC | Digital Fingerprint (e.g., duplicate respondent attempt) | 241 |
| | S13 | Could not clearly see the slipper | 0 |
| **D** | **Incompletes** | | **290** |
| | Screening Incompletes | | 289 |
| | Qualified Incompletes | | 1 |
| | Participation Rate = (B)/(A) | | 3.89% |

**SCREENER /QUESTIONNAIRE**

---

**Intro**

Thank you for participating in this survey.  Please understand that your personal information will be kept confidential and the results of this survey will not be used to try to sell you anything.

---

**S1**     Please enter your age: _____

**If response does not match panel data, terminate.  If under 18 or blank, terminate.  Keep tally of ineligible respondents here and throughout survey.**

**Age quotas: 18-24 19%, 25-34 29%, 35-44 20%, 45-54 18%, 55+ 14%**

---

**S2**    Please select your gender:
1.  Male  **Terminate.**
2.  Female  **Continue.**

**If response does not match panel data, terminate.**

---

**S3**    Please select the state in which you live.

**Show dropdown of 50 states plus D.C.  Show "I do not live in the United States" at top and terminate if selected. Assign "Region" variable based upon response.**

1.  Northeast (Connecticut, Maine, Massachusetts, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island, Vermont)

2.  Midwest (Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South Dakota, Wisconsin)

3.  South (Alabama, Arkansas, Delaware, District of Columbia, Florida, Georgia, Kentucky, Louisiana, Maryland, Mississippi, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, Virginia, West Virginia)

4.  West (Alaska, Arizona, California, Colorado, Hawaii, Idaho, Nevada, New Mexico Montana, Oregon, Utah, Washington, Wyoming)

**Regional quotas: Northeast 17%, Midwest 21%, South 38%, West 24%**

---

**S4**    In the past 6 months, have you purchased any of the following for yourself?
**Randomize list.**

|  | 1. Yes | 2. No | 3. Don't know |
|---|---|---|---|
| a.   A pair of slippers | ○ | ○ | ○ |
| b.   A gaming laptop | ○ | ○ | ○ |
| c.   A laser level | ○ | ○ | ○ |
| d.   A sewing machine | ○ | ○ | ○ |
| e.   A pair of prescription sunglasses | ○ | ○ | ○ |

**If yes to all, terminate.**

---

**SCREENER /QUESTIONNAIRE**

| | | | 1. Yes | 2. No | 3. Don't know |
|---|---|---|---|---|---|
| **S5** | In the <u>next 6 months</u>, are you likely to purchase any of the following for yourself?<br>**Use same order as S4.** | | | | |
| | a. | A pair of slippers........................................................ | ○ | ○ | ○ |
| | b. | A gaming laptop........................................................... | ○ | ○ | ○ |
| | c. | A laser level................................................................ | ○ | ○ | ○ |
| | d. | A sewing machine......................................................... | ○ | ○ | ○ |
| | e. | A pair of prescription sunglasses................................ | ○ | ○ | ○ |

**If yes to all, terminate.  If yes to S4a <u>or</u> S5a, continue.**

---

**Ask if S4a=yes.**

**S7** You indicated you have purchased a pair of slippers for yourself in the <u>past 6 months</u>. Approximately how much did the slippers cost per pair?

**S6**

**Rotate order of choices: 1-2-3-4 or 3-2-1-4.  Allow multiple selections. If 1-3 all selected, terminate.**

1. Less than $20 per pair
2. $20-$49 per pair
3. $50 or more per pair
4. Don't recall **Exclusive**

---

**Ask if S5a=yes.**

**S7** You indicated you are likely to purchase a pair of slippers for yourself in the <u>next 6 months</u>.  Approximately how much do you expect to spend per pair?

**Rotate order of choices: 1-2-3-4 or 3-2-1-4.**

1. Less than $20
2. $20-$49
3. $50 or more
4. Not sure

---

**If S6 <u>or</u> S7=3, continue. Otherwise, terminate.**

**SCREENER /QUESTIONNAIRE**

| | |
|---|---|
| **S8** | Including today, which of the following web browsers have you used in the past 30 days?  Select all that apply. |
| | **Randomize list, anchor item 8.** |
| | 1.  Chrome |
| | 2.  Safari |
| | 3.  Firefox |
| | 4.  Edge |
| | 5.  Internet Explorer |
| | 6.  Opera |
| | 7.  Yorp |
| | 8.  None of the above |
| | **If 1-6 <u>all</u> selected, terminate.  If 7, 8, or none selected, terminate.  Otherwise, continue.** |

| | |
|---|---|
| **S9** | Do you agree to take the rest of this survey by yourself, without consulting with any other persons or sources (including the internet)? |
| | 1.  I agree |
| | 2.  I do not agree |
| | **If 1, continue. Otherwise, terminate.** |

**CAPTCHA**

Please click the box below to verify that you are human.



**S10**   Do you, or does anyone in your household, work for any of the following?
**Randomize list.**

| | | 1. Yes | 2. No | 3. Don't know |
|---|---|:---:|:---:|:---:|
| a. | A marketing research brand or advertising agency | ○ | ○ | ○ |
| b. | A brand that makes, sells, or distributes any footwear | ○ | ○ | ○ |
| c. | A brand that makes, sell, or distributes any tools or hardware | ○ | ○ | ○ |
| d. | A brand that makes, sells, or distributes any sewing machines | ○ | ○ | ○ |
| e. | A brand that makes, sells, or distributes any eyewear | ○ | ○ | ○ |

**If Yes to a or b, terminate.  Otherwise, continue.**

**SCREENER /QUESTIONNAIRE**

| | |
|---|---|
| **S11** | In this survey, you will be shown a women's slipper and asked some questions.<br><br>Please understand that we are only interested in your opinions.<br><br>If you don't know the answer to a question, that is an acceptable answer.  Please do not guess. |
| **S12** | **Show image.  (Image 1 shown for cell 1 and Image 2 for cell 2).**<br>Please look at this slipper.<br><br>Please understand that any brand name(s) that may normally appear have been removed. |
| **S13** | Could you clearly see the slipper?<br>1.  Yes<br>2.  No<br>**If 1, continue. Otherwise, terminate.** |

**SCREENER /QUESTIONNAIRE**

| | |
|---|---|
| | **Show image.** |
| **Q1** | Do you associate the overall appearance of this slipper with any particular brand or brands? |
| | a.  Yes |
| | b.  No |
| | c.  Don't know or no opinion |
| **If Yes, continue.  Otherwise go to End.** | |

| | |
|---|---|
| | **Show image.** |
| **Q2** | What brand or brands? |
| | **(text box)** |
| | ☐ Don't know |
| **If response entered, go to End.  Otherwise, continue.** | |

| | |
|---|---|
| | **Show image.** |
| **Randomly assign respondents to either Q3a or Q3b.** | |
| **Q3a** | Do you associate the overall appearance of this slipper with <u>one brand</u> or <u>more than one brand</u>? |
| | a.  One brand |
| | b.  More than one brand |
| | c.  Don't know or no opinion |
| | |
| | **Show image.** |
| **Q3b** | Do you associate the overall appearance of this slipper with <u>more than one brand</u> or <u>one brand</u>? |
| | a.  More than one brand |
| | b.  One brand |
| | c.  Don't know or no opinion |

| | |
|---|---|
| **End** | Thank you for your time and participation. |

**SURVEY SCREENSHOTS – TEST CELL**



**SURVEY SCREENSHOTS – TEST CELL**



**SURVEY SCREENSHOTS – TEST CELL**



**SURVEY SCREENSHOTS – TEST CELL**



**SURVEY SCREENSHOTS – TEST CELL**



**SURVEY SCREENSHOTS – TEST CELL**



## SURVEY SCREENSHOTS – TEST CELL



**SURVEY SCREENSHOTS – TEST CELL**



**SURVEY SCREENSHOTS – TEST CELL**



**SURVEY SCREENSHOTS – TEST CELL**



**SURVEY SCREENSHOTS – CONTROL CELL**



**SURVEY SCREENSHOTS – CONTROL CELL**



**SURVEY SCREENSHOTS – CONTROL CELL**



**SURVEY SCREENSHOTS – CONTROL CELL**



**SURVEY SCREENSHOTS – CONTROL CELL**



**SURVEY SCREENSHOTS – CONTROL CELL**



**SURVEY SCREENSHOTS – CONTROL CELL**



**SURVEY SCREENSHOTS – CONTROL CELL**



**SURVEY SCREENSHOTS – CONTROL CELL**



**SURVEY SCREENSHOTS – CONTROL CELL**



# Appendix C

Publications Since 2012
Authored or Co-Authored
By Matthew G. Ezell

ARTICLES

"Intellectual Property Surveys: 2019" is electronically published on the INTA website.

"Intellectual Property Surveys: 2018" is electronically published on the INTA website.

"Intellectual Property Surveys: Annual Cumulative Update 1998–2018" is electronically published on the INTA website.

"Intellectual Property Surveys: 2017" is electronically published on the INTA website.

"Intellectual Property Surveys: Annual Cumulative Update 1998–2017" is electronically published on the INTA website.

"Intellectual Property Surveys: 2016" is electronically published on the INTA website.

"Intellectual Property Surveys: Mid 2014 – 2015" is electronically published on the INTA website.

"Intellectual Property Surveys: 2013 – Mid 2014" is electronically published on the INTA website.

Note: The above articles published by the INTA may be found by in the members-only section of the INTA website.  Specifically, you may navigate to www.inta.org and click Practice Tools under the Resources heading.  You may then scroll down the page and click on the Case Excerpts on Survey Evidence in U.S. Litigation link.


CHAPTERS

*Survey Evidence in U.S. Dilution Cases*, *in* International Trademark Dilution 545-574 (Daniel R. Bereskin 2018).

# Appendix D

TRIAL AND DEPOSITION TESTIMONY
OF MATTHEW G. EZELL SINCE 2017
(Boldface indicates party who retained me)

Trial Testimony

2020    **The Vineyard House, LLC** v. Constellation Brands U.S. Operations, Inc.
U.S. District Court, Northern District of California

2019    **Coresite Denver, LLC** v. DGEB Management, LLC, et al.
District Court, City And County Of Denver, State Of Colorado

2017    **San Diego Comic Convention** v. Dan Farr Productions et al.
U.S. District Court, Southern District of California


Deposition Testimony

2021    Orgain, Inc. v. **Northern Innovations Holding Corp. d/b/a Purely
Inspired**, et al.
U.S. District Court, Central District of California

CFI Group USA, Inc. v. **Verint Americas, Inc.**,
American Customer Satisfaction Index, LLC v. **Foresee Results, Inc.**,
U.S. District Court, Eastern District of Michigan

2020    **Vanderbilt University** v. Scholastic, Inc., et al.
U.S. District Court, Middle District of Tennessee

2019    Steven Madden, Ltd. v. **Jasmin Larian, LLC d/b/a Cult Gaia**
U.S. District Court, Southern District of New York

Diageo North American, Inc. v. **W.J. Deutsch & Sons Ltd. d/b/a
Deutsch Family Wine & Spirits, and Bardstown Barrel Selections LLC**
U.S. District Court, Southern District of New York

**The Reinalt-Thomas Corporation** d/b/a Discount Tire v. Mavis Tire
Supply LLC,
U.S. District Court, Northern District of Georgia

**Quidel Corporation** v. Siemens Medical Solutions USA, Inc., et al.
U.S. District Court, Southern District of California

Deposition Testimony

2017      Luxe Hospitality Company, LLC v. **SBE Entertainment Group, LLC**
                U.S. District Court, Central District of California

# Appendix E

CURRICULUM VITAE

Matthew G. Ezell

matt@mattezell.co

(714) 874-4809

---

**PROFESSIONAL EXPERIENCE**

Ezell Group LLC, 2020 – Present

Design and conduct surveys among consumers and business professionals in matters involving trademark and trade dress issues

Design surveys to comply with preferences of Federal Courts or the Trademark Trial and Appeal Board

Provide expert testimony services at deposition and trial

Ford Bubala & Associates

Principal, 2015 – 2020

Senior Research Associate, 2010 – 2015

Research Associate, 1997 – 2002, 2007 – 2010

---

**EDUCATION**

Graduate Certificate in Survey Research

University of Connecticut – 2016

Master of Arts Linguistics (M.A.)

California State University Long Beach – 2010

Bachelor of Arts (B.A.)

California State University Fullerton – 2002

---

**PRESENTATIONS/SPEAKING ENGAGEMENTS ON SURVEYS AND SURVEY EVIDENCE**

USC Gould School of Law Intellectual Property Institute, *A Survey of Surveys: Tips and Traps for Trademark Survey Evidence* – 2020

Orange County Bar Association – 2019

USC Gould School of Law – 2018, 2016

INTA Table Topic Moderator, *What Factors to Consider in the Design and Implementation of Trademark Surveys* – INTA Annual Meeting, 2018

New York Intellectual Property Law Association (NYIPLA) – 2017

Orange County Intellectual Property Law Association (OCIPLA) – 2017

Strafford Webinar *Surveys in Trademark Litigation* – 2017

---

**PROFESSIONAL AFFILIATIONS**

International Trademark Association (INTA)

INTA Publications Committee, 2019 – present

INTA The Trademark Reporter Committee, 2016 – 2019

---

**PRIOR EXPERIENCE**

Fullerton College, Lecturer, Japanese language, 2014

Irvine Valley College, Lecturer, Japanese language, 2011 – 2012

Hanno Municipal Board of Education, Saitama, Japan, English teacher 2002 – 2005