Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Jamie Fountain (SBN 316567)
jfountain@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401
**Attorneys for Plaintiff
Deckers Outdoor Corporation**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation, <br><br> Plaintiff, <br> v. <br> WALMART, INC., a Delaware Corporation; and DOES 1-10, inclusive, <br><br> Defendants, <br><br> Defendants. | Case No. 2:20-cv-09521-FLA-E <br><br> **DECLARATION OF ERICH JOACHIMSTHALER, PH.D IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [REDACTED]** <br><br> **Hon. Fernando L. Aenlle-Rocha** |

# DECLARATION OF ERICH JOACHIMSTHALER, PH.D

I, Erich Joachimsthaler, PH.D, declare as follows:

1. I have been retained by counsel for Plaintiff Deckers Outdoor Corporation ("Deckers" or "Plaintiff") to testify as an expert on branding and marketing issues in the above captioned civil action (the "Action"). I submit this declaration in support of Plaintiff's opposition to Defendant Walmart Inc.'s ("Defendant" or "Walmart") motion for summary judgement.

2. On February 11, 2022, I submitted an expert report in this action ("Report"). A true and correct copy of my report is attached hereto as **Exhibit 1**.

3. I make this declaration based on my personal knowledge, my background, experience, and education; and the publications, reports, studies, documents, interviews, and other materials and information listed in my Report. If called to testify at trial, I would testify competently regarding the opinions and conclusions I have formed in this case.

## PROFESSIONAL AND EDUCATIONAL BACKGROUND

4. I am the founder and Chief Executive Officer of Vivaldi Group ("Vivaldi"), a strategic consulting firm with a focus on branding, marketing, and innovation. Vivaldi is headquartered in New York City, with offices in Buenos Aires, Dusseldorf, Hamburg, London, Munich, and Singapore. I have been a professional in the brand and marketing field for more than 25 years and have provided expert advice to a diverse set of clients in a broad range of industries, sectors, and categories. My complete CV including my resume, publications, prior testimony, and academic credentials is attached to my Report.

5. Through my 25-year-long tenure, I have been involved in building strong brands for clients in North America, South America, Europe, and Asia. I have assessed the value of brands and their potential for development in hundreds of situations, and I have led academic research on brand management. Under my direction, Vivaldi has analyzed and helped build marketing strategies for some of the world's most well-

known companies, including American Express, Allianz, BMW, Hyundai, LEGO, Procter & Gamble, Swarovski, Unilever, UBS, and Volkswagen. We have also worked extensively in the apparel category, including for brands such as Abercrombie & Fitch, Birkenstock, Walmart, and Victoria's Secret, among others.

6. I have published about 200 articles and blogs and three books on business strategy, marketing strategy, and building strong brands. My first book, Brand Leadership: The Next Revolution in How to Build Strong Brands, which I co-authored with David A. Aaker, was published by The Free Press in January 2000 and has been a top seller on the subject over the years. It was republished by Pocket Books in 2010. My next book, Hidden in Plain Sight: How to Find and Execute Your Next Growth Strategy, was published by the Harvard Business Press in May 2007, and was awarded the Berry Book Prize for Best Book in Marketing by the American Marketing Association in 2008. My latest book, The Interaction Field: The Revolutionary Way to Create Business Value, was published by PublicAffairs / Hachette Group in September 2020, and discusses the impact of technology on business models. I have also published extensively in academic journals such as the Harvard Business Review, Journal of Marketing Research, Journal of Marketing, Journal of Consumer Research, and Sloan Management Review, covering a range of marketing topics (including brand building, strategic brand growth, marketing science and quantitative research) and survey methodology topics.

7. I have held faculty positions at the Darden Graduate School of Business Administration at the University of Virginia, the University of Southern California, and the University of Houston. I occasionally serve as an Adjunct Professor at IESE (Instituto de Estudios Superiores de la Empresa) in Barcelona, New York, London, and Munich, which I have done every year since 1995. According to the Financial Times, in 2020, IESE was the No. 1 business school in the world for executive education. Additionally, I have been a member of the American Marketing Association for the last 25 years.

8. In 1979, I received my Economics Degree from the University of Applied Sciences, Giessen-Friedberg, and in 1980, I received the Vor-Diplom (Bachelor's equivalent) in Economics with a minor in Computer Science from the University of Frankfurt, Germany. I completed my Ph.D. in Business Administration, with emphasis on mathematical statistics and marketing, from the University of Kansas in 1985, where I also received a Master of Science degree, with emphasis in statistics and marketing in 1981. I wrote my doctoral thesis on statistical and methodological issues of survey research data by advancing a new set of estimators for multivariate statistical analyses that I proved to be superior to existing estimators via Monte Carlo simulations. In 1988, I completed a Post-Doctoral fellowship at the Harvard Business School.

## BRIEF SUMMARY OF MY EXPERT OPINIONS

9. Based on the materials I have reviewed, the frameworks and models I have applied, my extensive expertise in the fields of branding and marketing, and my in-depth analyses, I have formed the following opinions:

    a. The footwear industry is an extremely competitive one, in which innovation is key to any brand's success. An example of product innovation is the Fluff Yeah slide/slipper. To differentiate itself, UGG plays in the premium category of the industry, manufacturing and retailing design-driven footwear that range from slippers to sneakers to cold-weather boots. The two companies, Deckers and Walmart create value to consumers along the footwear value chain differently. These differences set the stage for significant harm to the UGG brand and Deckers.

    b. At Deckers, UGG is a well-established, powerful, and authentic brand, with tangible brand assets, including its name, logo and design, that are memorable, meaningful, and unique. They serve as salient brand identifiers in the minds of consumers when encountered in the

marketplace. The Fluff Yeah slide/slipper design is one such strong tangible brand identifier. UGG manages these assets proactively (there is history, investments, and they have an integrated brand management system). UGG also has intangible brand assets — including imagery, emotions, and benefits associated with its authenticity as a brand — that evoke its brand in the minds of consumers and that create significant value for Decker's UGG.

c. The journey of discovery (shopping) that consumers undertake when purchasing a shoe is such that the key elements of the brand, including its symbolic attributes, play an important role at each juncture or consumer touchpoint, particularly because of the sheer volume of products that compete for their attention. Consumers pursue different paths toward a purchase — some put in very little effort whilst others exert significantly more — in researching available alternatives, evaluating their footwear options, before eventually making purchase decisions. At every juncture of their decision-making process, visually similar products can activate psychological biases that damage consumers' associations with the UGG brand.

d. Walmart's Accused Products show a high degree of similarity in design to UGG's Fluff Yeah slides. Because of this, and the nature of this industry, how Walmart creates value compared to Deckers, the nature and strength of the UGG brand and the role of Fluff Yeah Slides within the brand hierarchy of UGG, and the psychological biases of consumer decision-making in discovering, shopping and purchasing footwear, Walmart's Accused Products, have likely harmed and will continue to harm, not only sales of UGG's Fluff Yeah, but in fact the entirety of UGG's brand and Deckers' business.

10. I certify under penalty of perjury under the laws of the United States of America that the foregoing statements, as well as each of the statements in the exhibit attached to this declaration, are true and correct.

Executed this Thursday, March 10, 2022 in New York, New York.

_____
Erich Joachimsthaler, PH.D

# EXHIBIT 1

# Pending Application for Leave to File Under Seal