Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Jamie Fountain (SBN 316567)
jfountain@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>            Plaintiff,<br>   v.<br>WALMART INC., and DOES 1-10, inclusive,<br><br>            Defendants. | CASE NO. 2:20-cv-09521-FLA (Ex)<br><br>**DECLARATION OF ESTHER KIM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Hon. Fernando L. Aenlle-Rocha** |

# DECLARATION OF ESTHER KIM

I, Esther Kim, declare as follows:

1. I am a Senior Designer at Plaintiff, Deckers Outdoor Corporation ("Deckers"), and the named inventor of the U.S. Patent No. D866,941 ("'941Patent") issued on November 19, 2019. I have personal knowledge of the matters set forth herein, and if called upon as a witness could competently testify thereto.

2. In my capacity as a Senior Designer for Deckers, I am responsible, in part, for creating and designing new footwear designs for Deckers' UGG® brand. The statements made in this declaration are based upon my own personal knowledge and experience from working at Deckers as well as consultation of records/documents at Deckers and discussions with other employees and/or agents at Deckers.

3. Deckers' UGG® brand is invested in creating fun, bold, innovative new designs. This is reflected in the brands design process in which the design team typically begins designing products approximately 18 months before the end-product reaches retail shelves. This allows enough time, attention, and detail to perfect the designs and ensure a quality end-product.

4. Prior to my design of the '941 Patent, which is embodied by the UGG® Fluff Yeah Slide, the prevalent UGG® brand design ethos evoked a classic, bold, heritage design often associated with the Classic boot. At this time, the UGG® brand was seeking ways to expand on its customer base and appeal to a younger demographic.

5. The UGG® footwear design team was tasked with creating new designs that would help transition the UGG® brand from a seasonal footwear brand to a lifestyle brand that appealed to a younger consumer base. My design of the '941 Patent was integral to the UGG® brand repositioning.

6. My design began with sketching out ideas inspired by observations of "fluffy" and/or "fuzzy" apparel and products that were in the market. Specifically, I

was inspired by the Gucci Princetown mule in the way that it utilized fluff to make a fashion statement:



Gucci Princetown mule

7.   As a footwear designer I am aware of the various footwear products being offered for sale in the marketplace. I was not aware of anything that looked like the UGG® Fluff Yeah Slide on the market and it felt like the perfect space for UGG® to create a proactive bold design utilizing UGG®'s classic sheepskin/fluffy look.

8.   My design of the '941 Patent was born out of my desire to create a fashionable fun design that brought joy to those who wore it; and which would leverage the classic UGG® brand elements of heritage and sheepskin/fluffy, and the design philosophy of being "extra" and "bold" which has been a fixture of UGG® products.

9.   The year after the UGG® Fluff Yeah Slide launched, it became incredibly popular with younger consumers, many of whom bought from UGG® for the first time when they purchased the UGG® Fluff Yeah Slide.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3/11 _____, 2022 in Goleta, California.


Esther Kim (Mar 11, 2022 10:45 PST)
Esther Kim