# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION<br><br>                   Plaintiff,<br>vs.<br><br>WALMART INC.; and DOES 1-10, inclusive,<br><br>                   Defendants. | Case No. 2:20-cv-09521 FLA-E<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT**<br><br><br><br>Hon. Fernando L. Aenlle-Rocha |

      The parties participated in an all-day mediation session before the Mediator (Diane Faber) on January 11, 2022, but were unsuccessful in resolving any of the disputes that are pending before the Court in this action.

      Defendant's Motion for Summary Judgment [ECF No. 54] has been fully briefed and is now pending determination by the Court on the parties' written submissions [ECF No. 70]. The parties are amenable to exploring the resumption of settlement discussions following the Court's ruling on the pending motion for summary judgment.

Respectfully submitted,

Dated: April 15, 2022

By: */s/Brent H. Blakely*
Brent H. Blakely
Jamie Fountain
*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

By; */s/ John R. Lane*
Robert Garson
John R. Lane
*Attorneys for Defendant*
*Walmart, Inc.*
GS2Law
20803 Biscayne Blvd., #405
Aventura, FL 33180
rg@gs2law.com
jrl@gs2law.com

**The Law Offices of Benjamin Taylor**
Benjamin Taylor (SBN 240636)
1880 Century Park East, Suite 714,
Los Angeles, CA 90067

## ATTESTATION RE: ELECTRONIC SIGNATURES

The filer of this document attests that all other Signatories to this document, on whose behalf this filing is submitted, concur as to the content and have authorized their signature and filing of the document.

DATED: April 15, 2022

By: */s/ John R. Lane*