Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Jamie Fountain (SBN 316567)
jfountain@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DECKERS OUTDOOR CORPORATION, a Delaware Corporation,

        Plaintiff,

v.

WALMART INC., and DOES 1-10, inclusive,

        Defendants

Case No. 2:20-cv-09521-FLA (Ex)

**JOINT EXHIBIT LIST**

**Hon. Fernando L. Aenlle-Rocha**

The parties hereby jointly submit the following Exhibit List in accordance with Local Rule 16-6. Exhibits designated with an asterisk next to the number may be offered if the need arises. The parties reserve the right to add or remove exhibits as the needs of the case may require.

1

| Ex. # | Description[1] | Witness Establishing Foundation | Date Identified | Date Admitted |
|---|---|---|---|---|
| **PLAINTIFF'S PROPOSED EXHIBITS (Nos. 1-99)** | | | | |
| 1. | D866,941 Patent ('941 Patent) | FRE 902/ Deckers | | |
| 2. | Computer Automated Designs ("CAD") (DOC002575-002576) | Deckers | | |
| 3. | Hand drawing of Fluff Yeah Slide design (DOC002600) | Deckers | | |
| 4. | Excel Spreadsheet - Fluff Yeah Slide spec sheet (DOC002568) | Deckers | | |
| 5. | Excel Spreadsheet - Fluff Yeah Slide spec sheet (DOC002569) | Deckers | | |
| 6. | Sample – UGG® Fluff Yeah Slide | Deckers | | |
| 7. | Excel Spreadsheet - Sales Chart (DOC002601) | Deckers | | |
| 8. | UGG® brand Slippers Market Share Report from US-NPD POS Data (DOC002956) | Deckers | | |
| 9. | Excel Spreadsheet - UGG® brand Marketing Spend for Fluff Franchise (DOC00259) | Deckers | | |

---

[1] An asterisk (*) has been placed next to the exhibits which a party may offer only if the need arises.

| | | | | |
|---|---|---|---|---|
| 10. | Excel Spreadsheet – UGG® brand Marketing Spend (DOC002570) | Deckers | | |
| 11. | Excel Spreadsheet – UGG® wholesaler and merchants (DOC002566) | Deckers | | |
| 12. | UGG® Fluff yeah Slide featured in The Zoe Report (thezoereport.com) (DOC003227-003231) | FRE 902(6)/Deckers | | |
| 13. | UGG® Fluff yeah Slide featured in ET (etonline.com) (DOC003204-003226) | FRE 902(6)/Deckers | | |
| 14. | UGG® Fluff yeah Slide featured in BuzzFeed (buzzfeed.com) (DOC001554) | FRE 902(6)/Deckers | | |
| 15. | UGG® Fluff yeah Slide featured in InStyle (instyle.com) (DOC001555) | FRE 902(6)/Deckers | | |
| 16. | UGG® Fluff yeah Slide featured in Vogue (DOC001758) | FRE 902(6)/Deckers | | |
| 17. | UGG® Fluff yeah Slide featured in Life & Style (DOC000003-DOC000004) | FRE 902(6)/Deckers | | |
| 18. | UGG® Fluff yeah Slide featured in Popsugar (DOC000012) | FRE 902(6)/Deckers | | |

| | | | | |
|---|---|---|---|---|
| 19. | UGG® Fluff yeah Slide featured in Refinery 29 (DOC000019) | FRE 902(6)/Deckers | | |
| 20. | UGG® Fluff yeah Slide featured in Page Six (DOC000019) | FRE 902(6)/Deckers | | |
| 21. | UGG® Fluff yeah Slide featured in PopSugar (DOC000041) | FRE 902(6)/Deckers | | |
| 22. | UGG® Fluff yeah Slide featured in Instyle (DOC000048) | FRE 902(6)/Deckers | | |
| 23. | UGG® Fluff yeah Slide featured in Elle (DOC000070) | FRE 902(6)/Deckers | | |
| 24. | UGG® Fluff yeah Slide featured in Variety (DOC000257) | FRE 902(6)/Deckers | | |
| 25. | UGG® Fluff yeah Slide featured in Forbes (DOC000308) | FRE 902(6)/Deckers | | |
| 26. | UGG® Fluff yeah Slide featured in US Weekly (DOC000475-DOC000476) | FRE 902(6)/Deckers | | |
| 27. | UGG® Fluff yeah Slide featured in Life&Style (DOC000475-DOC000476) | FRE 902(6)/Deckers | | |
| 28. | UGG® Fluff yeah Slide featured in Who What Wear (DOC000704) | FRE 902(6)/Deckers | | |

| | | | | |
|---|---|---|---|---|
| 29. | UGG® Fluff yeah Slide featured in The Seattle Times (DOC001270) | FRE 902(6)/Deckers | | |
| 30. | UGG® Fluff Yeah Slide on UGG.com (DOC000713) | Deckers | | |
| 31. | Celebrities wearing UGG® Fluff Yeah Slides (DOC001775) | FRE 902(6)/Deckers | | |
| 32. | Celebrities wearing UGG® Fluff Yeah Slides (DOC001774) | FRE 902(6)/Deckers | | |
| 33. | Celebrities wearing UGG® Fluff Yeah Slides (DOC003013) | FRE 902(6)/Deckers | | |
| 34. | Celebrities wearing UGG® Fluff Yeah Slides (DOC003020) | FRE 902(6)/Deckers | | |
| 35. | Celebrities wearing UGG® Fluff Yeah Slides (DOC000234) | FRE 902(6)/Deckers | | |
| 36. | Celebrities wearing UGG® Fluff Yeah Slides (DOC000023) | FRE 902(6)/Deckers | | |
| 37. | Celebrities wearing UGG® Fluff Yeah Slides (DOC000032) | FRE 902(6)/Deckers | | |
| 38. | Celebrities wearing UGG® Fluff Yeah Slides (DOC000059) | FRE 902(6)/Deckers | | |
| 39. | Celebrities wearing UGG® Fluff Yeah Slides (DOC000388) | FRE 902(6)/Deckers | | |

| | | | | |
|---|---|---|---|---|
| 40. | Celebrities wearing UGG® Fluff Yeah Slides (DOC000418) | FRE 902(6)/Deckers | | |
| 41. | Celebrities wearing UGG® Fluff Yeah Slides (DOC000539) | FRE 902(6)/Deckers | | |
| 42. | Celebrities wearing UGG® Fluff Yeah Slides (DOC000559) | FRE 902(6)/Deckers | | |
| 43. | Celebrities wearing UGG® Fluff Yeah Slides (DOC000678) | FRE 902(6)/Deckers | | |
| 44. | Celebrities wearing UGG® Fluff Yeah Slides (DOC001002) | FRE 902(6)/Deckers | | |
| 45. | Celebrities wearing UGG® Fluff Yeah Slides (DOC001165) | FRE 902(6)/Deckers | | |
| 46. | Excel Spreadsheet – UGG® Fluff Yeah Customer Reviews (DOC002560) | Deckers | | |
| 47. | Excel Spreadsheet – UGG® Fluff Yeah Customer Reviews (DOC002563) | Deckers | | |
| 48. | Customer Reviews of UGG® Fluff Yeah Slides on zappos.com (DOC002906-2928) | Deckers | | |
| 49. | 02/11/2022 Expert Report of Caroline de Baere and Exhibits attached thereto | Caroline de Baere | | |

6

| | | | | |
|---|---|---|---|---|
| 50. | 02/11/2022 Expert Report of Erich Joachimsthaler, PH.D. and Exhibits attached thereto | Erich Joachimsthaler, PH.D | | |
| 51. | 02/11/2022 Expert Report of John Plumpe and Exhibits attached thereto | John Plumpe | | |
| 52. | 02/11/2022 Expert Report of Matthew Ezell and Exhibits attached thereto | Matthew Ezell | | |
| 53. | E-mail Chain (WM-DECKERS0000003-06) | Walmart | | |
| 54. | E-mail Chain (WM-DECKERS0000056-59) | Walmart | | |
| 55. | E-mail Chain (WM-DECKERS0000096-98) | Walmart | | |
| 56. | E-mail Chain (WM-DECKERS0000125-131) | Walmart | | |
| 57. | E-mail Chain (WM-DECKERS0000218-220) | Walmart | | |
| 58. | E-mail Chain (WM-DECKERS0000260-263) | Walmart | | |
| 59. | E-mail Chain (WM-DECKERS0000324-325) | Walmart | | |
| 60. | E-mail Chain (WM-DECKERS0000336-340) | Walmart | | |
| 61. | Photo of Kendall + Kylie Shani Slipper on walmart.com (DOC002798-2807) | Walmart | | |
| 62. | Photo of Kendall + Kylie Shani Slipper on | Walmart | | |

| | | | | |
|---|---|---|---|---|
| | | walmart.com (DOC002808-2818) | | |
| | 63. | Photo of Kendall + Kylie Shani Slipper on walmart.com (DOC002819-2829) | Walmart | |
| | 64. | Photo of Kendall + Kylie Shani Slipper on walmart.com (DOC002830-2839) | Walmart | |
| | 65. | Sample-Kendall + Kylie Shani Slipper purchased on September 24, 2020 and accompanying shoe box/packaging | Walmart | |
| | 66. | Sample-Kendall + Kylie Shani Slipper purchased on October 14, 2021 and accompanying shoe box/packaging | Walmart | |
| | 67. | Photo of Kendall + Kylie Shani Slipper on Poshmark.com (DOC002754) | Deckers | |
| | 68. | Photo of Kendall + Kylie Shani Slipper on Mercari.com (DOC002755-2757) | Deckers | |
| | 69. | Photo of Kendall + Kylie Shani Slipper on Mercari.com (DOC002758-2760) | Deckers | |
| | 70. | Customer Reviews of Kendall + Kylie Shani | Walmart | |

| | | | | |
|---|---|---|---|---|
| | | Slipper on walmart.com (DOC002850-2898) | | |
| | 71. | Photo of UGG® Fluff Yeah Slide on Walmart.com (DOC002899-2904) | Walmart | |
| | 72. | Plaintiff's First Set of Request for Production | Deckers/Walmart | |
| | 73. | Plaintiff's First Set of Interrogatories | Deckers/Walmart | |
| | 74. | Defendant Walmart's Responses to Request for Production, Set One | Walmart | |
| | 75. | Defendant Walmart's Supplemental Responses to Request for Production, Set One | Walmart | |
| | 76. | Defendant Walmart's Responses to Interrogatories, Set One | Walmart | |
| | 77. | Defendant Walmart's Supplemental Responses to Interrogatories, Set One | Walmart | |
| | 78. | * Deposition Notice of Defendant Walmart, Inc. ("Walmart") | | |
| | 79. | Plaintiff Deckers Outdoor Corporation ("Deckers") Complaint for Damages and Equitable Relief | Deckers | |
| | 80. | *Transcript of Deposition of Nevada Efird Dated 1/7/2022 | | |

9

| | | | | |
|---|---|---|---|---|
| 81. | Complaint filed in *Deckers Outdoor Corporation v. Wal-Mart Stores, Inc.*, C.D. Cal. Case No. 2:14-cv-02577 | Deckers | | |
| 82. | Complaint filed in *Deckers Outdoor Corporation v. Wal-Mart Stores, Inc.; et al.*, C.D. Cal. Case No. 2:19-cv-04414 | Deckers | | |
| 83. | Complaint filed in *Chrome Hearts LLC v. Wal-Mart Stores, Inc.*, C.D. Cal. Case No. 2:15-cv-02933 | Walmart | | |
| 84. | Walmart's Supplemental Discovery Responses to Interrogatories in *Chrome Hearts LLC v. Wal-Mart Stores, Inc.*, C.D. Cal. Case No. 2:15-cv-02933 | Walmart | | |
| 85. | Transcript of Deposition of Kinna Thomas, Walmart's 30(b)(6), taken in *Chrome Hearts LLC v. Wal-Mart Stores, Inc.*, C.D. Cal. Case No. 2:15-cv-02933 on March 22, 2016 | Walmart | | |
| 86. | Defendant's Initial Disclosures, July 16, 2021 | Walmart | | |
| 87. | Holden Report and Exhibits Dated February 10, 2022 | Holden | | |
| 88. | David Neal's Initial Report dated February 11, 2022 | Neal | | |
| 89. | Holden Rebuttal Report and Exhibits dated February 24, 2022 | Holden | | |
| 90. | *Transcript of Deposition of Lenny Holden Dated 2/24/2022 | | | |

| # | Description | | | |
|---|---|---|---|---|
| 91. | Printout of PACER Search (DOC 002761-DOC 002764) | Deckers | | |
| 92. | Printout of Walmart's YouTube Channel | Walmart | | |
| 93. | Printout of Walmart's Pinterest Profile | Walmart | | |
| 94. | Printout of Walmart's Instagram | Walmart | | |
| 95. | Printout of UGG® Brand Instagram | Deckers | | |
| 96. | Printout of UGG® Brand Pinterest Profile | Deckers | | |
| 97. | Printout of UGG® Brand YouTube Channel | Deckers | | |
| 98. | Blog Post "Help Google Search know the best date for your webpage" from Google's Search Central | Deckers | | |
| 99. | "Why Do Search Results Not Have Dates?" by Leo A. Notenboom (askleo.com_ | Deckers | | |
| **DEFENDANT'S PROPOSED EXHIBITS (Nos. 100-199)** | | | | |
| 100. | *Lisa Bereda Deposition Testimony - Video | | | |
| 101. | USPTO Final Office Action in Application No 87310138 [ECF No. 54-4] | FRE 902 / Deckers/Holden / Neal | | |
| 102. | *Transcript of Deposition of Liza Bereda Dated 1/6/2022 | | | |
| 103. | Patent D118,008 | FRE 902 / Holden | | |
| 104. | Patent D130,268 | FRE 902 / Holden | | |
| 105. | Patent D135,339 | FRE 902 / Holden | | |

| | | | | |
|---|---|---|---|---|
| 106. | Patent D167,159 | FRE 902 / Holden | | |
| 107. | Patent D374,550 | FRE 902 / Holden | | |
| 108. | Patent D417,771 | FRE 902 / Holden | | |
| 109. | Patent D486,956 | FRE 902 / Holden | | |
| 110. | Patent D558,433 | FRE 902 / Holden | | |
| 111. | Patent D581,143 | FRE 902 / Holden | | |
| 112. | Puma sandal Cited | FRE 902 / Holden | | |
| 113. | Schedule DOC 002570 (marketing) | Deckers | | |
| 114. | *Schedule - DOC 002562 (trade dress styles) | Deckers | | |
| 115. | Schedule DOC 002561 (patents) | Deckers | | |
| 116. | Schedule DOC 002564 (sales) | Deckers | | |
| 117. | Schedule DOC 002566 (vendors) | Deckers | | |
| 118. | DOC 002569 (design) | Deckers | | |
| 119. | Fluff Yeah Angle View | Deckers/ Holden | | |
| 120. | Fluff Yeah Genuine Shearling Slide Sandal | Deckers/ Holden | | |
| 121. | Fluff Yeah 3 band image | Deckers/ Holden | | |
| 122. | Fluff Yeah 3 band image | Deckers/ Holden | | |
| 123. | Fluff Yeah single vamp | Deckers/ Holden | | |
| 124. | Fluff Yeah Variant flat slide | Deckers/ Holden | | |

| | | |
|---|---|---|
| 125. | Fluff Clog | Deckers/ Holden |
| 126. | Fluff Yeah Variant single vamp | Deckers/ Holden |
| 127. | Fluff Yeah single vamp Nordstroms | Deckers/ Holden |
| 128. | Sheepskin Elite | Holden |
| 129. | Patent D603,152S | FRE 902(6) /Holden |
| 130. | Patent D122,468 | FRE 902(6) /Holden |
| 131. | Patent D627,544S | FRE 902(6) /Holden |
| 132. | Crocs Fluffy Slipper | Holden |
| 133. | She Values Slipper | FRE 902(6) /Holden |
| 134. | Patent D332,687 | FRE 902(6) /Holden |
| 135. | Rhianna Fenty | FRE 902(6) /Holden |
| 136. | Patent D517,788S | FRE 902(6) /Holden |
| 137. | Best Slippers Article January 29, 2018 | FRE 902(6) / Holden |
| 138. | Doc 001757 | FRE 902(6) / Deckers |
| 139. | Doc 001814 Deckers consumer study | Deckers |
| 140. | Doc 001918 Key Style | Deckers |
| 141. | Doc 001971 Marketing Objectives | Deckers |
| 142. | Doc 001972 Success Benchmarks | Deckers |
| 143. | Doc 001889 Puff Yeah | Deckers |
| 144. | Doc 002504 Fluff You | Deckers |

| | | | | |
|---|---|---|---|---|
| 145. | Doc 002551-2558 Leisure Wedge Design | Deckers | | |
| 146. | Doc 002600 Sketch | Deckers | | |
| 147. | Notice of References Cited Application 29/663,103 | Deckers | | |
| 148. | MissBish Article - New Puma Monochrome Platform Sandals | FRE 902 / Holden | | |
| 149. | DOC 1786-1874 Deckers DTC Consumer Profile | Deckers | | |
| 150. | DOC 002603 Deckers Litigation list | Deckers | | |
| 151. | DOC 002956 Deckers Market Share | Deckers | | |
| 152. | Schedule DOC 001405 | Deckers | | |
| 153. | GLS Search Results (Exhibit 3 Holden) | Holden | | |
| 154. | GLS Search Results (Ex 3-1 Holden) | Holden | | |
| 155. | Comparison of Prior Art to '941 Patent (Ex 4 Holden) | Holden | | |
| 156. | Comparison of KK to '941 Patent (Ex 5 Holden) | Holden | | |
| 157. | Lack of Trade Dress (Ex 6 Holden) | Holden | | |
| 158. | WM- Deckers 0000028 Walmart Merchandise Agreement | Walmart | | |

| | | | | |
|---|---|---|---|---|
| 159. | Holden Report and Exhibits Dated February 10, 2022 | Holden | | |
| 160. | David Neal Report and Exhibits Dated February 11, 2022 | Neal | | |
| 161. | Holden Declaration 1 (with Exhibits) Dated February 21, 2022 [ECF Nos. 54-6 to 54-13] | Holden | | |
| 162. | Holden Declaration 2 (with Exhibits) Dated March 18, 2022 [ECF Nos. 65-3 to 65-7] | Holden | | |
| 163. | Holden Rebuttal Report Dated February 24, 2022 | Holden | | |
| 164. | David Neal Rebuttal Report Dated February 25, 2022 | Neal | | |
| 165. | Koolaburra Trademark US Reg 2415053 | FRE 902 / Holden | | |
| 166. | David Neal Declaration Dated February 18, 2022 [ECF No. 54-5] | Neal | | |
| 167. | (GLS March 15, 2022 Letter) Exhibit A to Lane Reply Declaration Dated March 18, 2022 [ECF No. 65-9] | Holden | | |
| 168. | Physical Samples of UGG Products | Deckers | | |
| 169. | Physical Samples of Walmart Products | Walmart | | |

| | | | | |
|---|---|---|---|---|
| 170. | Physical Samples of Third Party Products | Holden/Walmart/Deckers | | |
| 171. | Deckers' Initial Disclosures Dated May 18, 2021 | Deckers | | |
| 172. | Deckers' Response to Requests For Admission Dated August 9, 2021 | Deckers | | |
| 173. | Deckers' Response to Walmart's First Set of Requests for Production Dated August 9, 2021 | Deckers | | |
| 174. | Deckers' Response to Walmart's First Set of Interrogatories Dated August 9, 2021 | Deckers | | |
| **PLAINTIFF'S PROPOSED EXHIBITS (Nos. 200-299)** | | | | |
| 200. | Invoice Koolaburra® dated January 24, 2020 | Deckers | | |
| 201. | Lawsuits Filed by Deckers as of March 2022 (DOC 002603) | Deckers | | |
| 202. | U.S. Patent D901,870, issued on November 17, 2020 | Deckers | | |
| 203. | U.S. Patent D920,652, issued on June 1, 2021 | Deckers | | |
| 204. | Complaint filed in *Vans, Inc. et al, v. Walmart, Inc., et al*, 8:21-cv-01876 (C.D.Cal.) | Deckers/Walmart | | |
| 205. | Order Granting Injunction filed in *Vans, Inc. et al, v.* | Deckers/Walmart | | |

| | | | |
|---|---|---|---|
| *Walmart, Inc., et al*, 8:21-cv-01876 (C.D.Cal.) | | | |

Respectfully submitted,

Dated: April 15, 2022

By: /s/ Jamie Fountain
_____
Brent H. Blakely
Jamie Fountain
***Attorneys for Plaintiff***
***Deckers Outdoor Corporation***

By; /s/ John Lane
_____
Robert Garson
John R. Lane
***Attorneys for Defendant***
***Walmart, Inc.***
GS2Law
20803 Biscayne Blvd., #405
Aventura, FL 33180
rg@gs2law.com
jrl@gs2law.com

**The Law Offices of Benjamin Taylor**
Benjamin Taylor (SBN 240636)
1880 Century Park East, Suite 714,
Los Angeles, CA 90067

**ATTESTATION RE: ELECTRONIC SIGNATURES**

  The filer of this document attests that all other Signatories to this document, on whose behalf this filing is submitted, concur as to the content and have authorized their signature and filing of the document.

DATED: April 15, 2022           By: /s/ Jamie Fountain
                         Jamie Fountain