Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Jamie Fountain (SBN 316567)
jfountain@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone:  (310) 546-7400
Facsimile:  (310) 546-7401

***Attorneys for Plaintiff***
***Deckers Outdoor Corporation***

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>                    Plaintiff,<br>          v.<br><br>WALMART INC., and DOES 1-10, inclusive,<br><br>                    Defendants | Case No. 2:20-cv-09521-FLA (Ex)<br><br>**PLAINTIFF'S WITNESS LIST**<br><br>**Hon. Fernando L. Aenlle-Rocha** |

        Pursuant to Local Rule 16-5 and the Scheduling Order issued in this case (ECF No. 29), Plaintiff hereby submits the below Witness List. Pursuant to L.R. 16-5, the Plaintiff has designated witnesses whom may be called only if need arises with an asterisk (*) next to their names.

        This list is premised on Plaintiff's current understanding of the claims to be litigated at trial, the defenses thereto, the witnesses' present circumstances, and the current trial date set in this matter. All witnesses are to be called live unless otherwise indicated.

The below witnesses are not identified in any particular order.  In addition to the identified witnesses, Plaintiff reserve the right to call any witness designated by the parties and any additional witnesses necessary for purposes of impeachment. Plaintiff further reserve the right to supplement or modify this list due to changes in the order or nature of issues to be tried, the results of additional discovery, rulings by the Court on pre-trial motions, any changes in the trial schedule, and otherwise as may be necessary or appropriate.  Plaintiff additionally reserve the right to modify the trial testimony estimates depending upon the events that occur at trial.

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Lisa Bereda, Vice President, Deputy General Counsel, for Deckers Outdoor Corporation | Ms. Bereda will testify on the following topics: the UGG® brand and products; Deckers' ownership and prosecution of U.S. Design Pat. No. D866,941 ("the '941 Patent"); Deckers' ownership and use of the Fluff Yeah Trade Dress; Deckers' sale and commercial success of UGG footwear embodying the '941 Patent and Fluff Yeah Trade Dress; Deckers' discovery of Defendant's infringement; UGG® Fluff Yeah Slide products marketed under the Fluff Yeah Trade Dress which also serves as the embodiment of the design of the '941 Patent; Patent marking of footwear embodying the '941 Patent | 3 hours | 1.5 hours | |

| | | | | | |
|---|---|---|---|---|---|
| | | for which damages are sought; and, to the extent relevant to damages, lost profits caused by Defendant.<br><br>Ms. Bereda's testimony is unique from other witness testimony because she is the only fact witness to provide testimony on topics above. | | | |
| | Esther Kim, Senior Designer for Deckers Outdoor Corporation | Ms. Kim will testify on the design, inception, and creation of the the '941 Patent and Fluff Yeah Trade Dress; development of UGG® footwear embodying the '941 Patent and Fluff Yeah Trade Dress.<br><br>Ms. Kim's testimony is unique from other witness testimony because she is designer of the '941 Patent and the only fact witness to provide testimony on topics above. | 2 hours | 1 hour | |
| | *Thomas Garcia, Chief Administrative Officer for Deckers Outdoor Corporation | Mr. Garcia will testify on the the following: Walmart's history of infringing on UGG® footwear designs; Prior lawsuit filed by Deckers against Walmart.<br><br>Mr. Garcia's testimony is unique from other witness testimony because he has personal knowledge on the topics above. He would only be called to the extent Ms. Bereda does not have personal knowledge on these topics. | | | |

| | | | |
|---|---|---|---|
| Erich Joachimsthaler, PH.D. | Dr. Joachimsthaler will testify on the following: the strength of the UGG® brand; the harm caused to the UGG® brand by Defendant.<br><br>Dr. Joachimsthaler's testimony is unique from other witness testimony because he has personal knowledge on the topics above. He would only be called to the extent Ms. Bereda does not have personal knowledge on these topics. | 1 hour | ½ hour |
| (*)[1] Caroline de Baere | Ms. de Baere will testify on the following: Validity of the Fluff Yeah Trade Dress; Defendant's infringement of the Fluff Yeah Trade Dress and '941 Patent; the harm done to Plaintiff's brand as a result of Defendant's actions.<br><br>Ms. de Baëre's testimony is unique from other witness testimony because she is the only expert witness retained by Deckers to provide testimony on the above topics. | 2 hours | 1 hour |

---

[1] Plaintiff reserves the right to have Ms. de Baere testify as to the following topics if this Court allows Defendant to make arguments regarding obviousness/patent validity/prior art at trial: validity/Obviousness of the '941 Patent for which validity remains at issue at trial; Prior Art that the Court has deemed admissible with respect to the '941 Patent which validity remains at issue at trial; Other secondary considerations with respect to the obviousness analysis concerning the '941 Patent for which validity remains at issue at trial

| | | | | |
|---|---|---|---|---|
| Matthew Ezell | Mr. Ezell will testify on the following topics: secondary meaning achieved by the UGG® Fluff Yeah Trade Dress; and analysis of the secondary meaning survey results.<br><br>Mr. Ezell's testimony is unique from other witness testimony because he is the only expert witness retained by Deckers to provide testimony on the above topics. | 1 hour | ¾ hour | |
| John Plumpe | Mr. Plumpe will testify on the following topics: Calculation of Defendants' profits from the sale of products accused of infringing the ' 941 Patent and Fluff Yeah Trade Dress ("Accused Products"); Costs related to Defendants' purchase/sale of Accused Products.<br><br>Mr. Plumpe's testimony is unique from other witness testimony because he is the only expert witness retained by Deckers to provide testimony on the above topics. | 1 hour | ½ hour | |

*Indicates that witness will be called only if the need arises.

//

//

//

//

1    DATED:        April 15, 2022          BLAKELY LAW GROUP

2                                    By:    /s/ Jamie Fountain
                                          _____
3                                          Brent H. Blakely
                                          Jamie Fountain
4                                          **Attorneys for Plaintiff**
                                          **Deckers Outdoor Corporation**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28