# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

DECKERS OUTDOOR CORPORATION, a
Delaware Corporation,

                              Plaintiff,

         -vs-

WALMART STORES, INC., a Delaware
Corporation; and DOES 1-10, inclusive,

                              Defendants.

Civ. Act. No. 2:20-cv-09521

## EXPERT REPORT OF ERICH JOACHIMSTHALER, PH.D.

Submitted on Behalf of Plaintiff

Deckers Outdoor Corp.

Feb 11, 2022

*Contains Material Designated "Highly Confidential, Attorneys' Eyes Only"*

*Under the Protective Order*

## TABLE OF CONTENTS

I.     **INTRODUCTION** .......................................................... **3**
II.    **QUALIFICATIONS AND BACKGROUND** ....................... **3**
III.   **SUMMARY OF OPINIONS** ........................................... **7**
IV.   **INDUSTRY ANALYSIS** ............................................... **9**
       *i.*     *Overview of the Footwear Industry*
       *ii.*    *UGG's Size and Place in the Industry*
       *iii.*   *UGG's Value Proposition and Value Chain Analysis*
       *iv.*   *Walmart's Size and Place in the Industry*
       *v.*    *Walmart's Value Proposition and Value Chain Analysis*
       *vi.*   *Section Conclusion*

V.     **BRAND ANALYSIS** ................................................... **22**
       *i.*     *Brand Analysis of UGG*
       *ii.*    *Brand Identity System*
       *iii.*   *UGG as an Authentic Brand*
       *iv.*   *UGG as an Iconic Brand*
       *v.*    *Brand Hierarchy of Deckers/UGG/Fluff*
       *vi.*   *Section Conclusion*

VI.   **HARM CAUSED TO THE UGG BRAND BY WALMART** .................... **68**
       *i.*     *How Consumers Can Be Fallible*
       *ii.*    *Retrieval*
       *iii.*   *Recognition and Recall*
       *iv.*   *Contextual Cueing*
       *v.*    *Cognitive Laziness, Effort Reduction, and Inferences*
       *vi.*   *Categorization*
       *vii.*   *How the Actions of Walmart Can Harm the UGG Brand*
       *viii.*   *Harm due to Positioning*
       *ix.*   *Harm of the Authenticity Associations*
       *x.*    *Harm to Social Identity*
       *xi.*   *Harm to the Nature of the UGG Brand*

VII.   **CONCLUSIONS** ....................................................... **93**
VIII.   **EXHIBITS** ............................................................ **95**

## I.    INTRODUCTION

1.    I, Erich Joachimsthaler, Ph.D., have been asked by Deckers Outdoor Corp.

("Deckers") to examine and render my expert and professional opinions on the following issues:

   a)  The nature, quality, and strength of the UGG brand in the footwear industry;

   b)  The way consumers make decisions regarding purchasing footwear in the

       premium category; and

   c)  Whether and how Walmart, and its Accused Products, have harmed UGG's Fluff

       Yeah and UGG's brand.


## II.    QUALIFICATIONS AND BACKGROUND

2.    I am the founder and Chief Executive Officer of Vivaldi Group ("Vivaldi"), a

strategic consulting firm with a focus on branding, marketing, and innovation. Vivaldi is

headquartered in New York City, with offices in Buenos Aires, Dusseldorf, Hamburg, Lima,

London, Munich, Singapore, and Zurich.

3.    I have been a professional in the branding and marketing field for more than 25

years and have provided expert advice to a diverse set of clients in a broad range of industries.

My complete CV including my resume, publications, prior testimony, and academic credentials

is attached as Exhibit 1.

4.    I have been involved in building strong brands for clients in North America,

South America, Europe, and Asia. I have assessed the value of brands and their potential for

development in hundreds of situations, and I have led academic research on brand management.

Under my direction, Vivaldi has analyzed and helped build marketing strategies for some of the

world's most well-known companies, including American Express, Allianz, BMW, Coca-Cola,

Hyundai, LEGO, Procter & Gamble, Swarovski, Unilever, UBS, and Volkswagen. We have also worked extensively in the fashion, apparel, and footwear categories, including for companies and brands such as Abercrombie & Fitch, Adidas, Birkenstock, Burberry, Converse (Nike), Estee Lauder, Fat Face, Hugo Boss, Levi Strauss, O'Neill, Quiksilver, Swarovski, Uniqlo, and others.

5.      I have published approximately 200 articles and blog posts, as well as three books on business strategy, marketing, innovation and growth strategy, and building strong brands. My first book, *Brand Leadership: The Next Revolution in How to Build Strong Brands*, which I co-authored with David A. Aaker, was published by The Free Press in January 2000 and has been a top seller on the subject over the years. It was republished by Pocket Books in 2010.

6.      My second book, *Hidden in Plain Sight: How to Find and Execute Your Next Growth Strategy*, was published by the Harvard Business Press in May 2007. It was awarded the Berry Book Prize for Best Book in Marketing by the American Marketing Association in 2008. My latest book, *The Interaction Field: The Revolutionary Way to Create Business Value*, was published by PublicAffairs / Hachette Group in September 2020, and discusses the impact of technology on new business models that create value (such as direct to consumer models, marketplace models, and platform ecosystems).

7.      I have also published extensively in academic journals such as the *Harvard Business Review, Journal of Marketing Research, Journal of Marketing, Journal of Consumer Research, California Management Review,* and *Sloan Management Review,* covering a range of marketing topics (including brand building, strategic brand growth, marketing science and quantitative research) and survey methodology topics.

8.      I have held faculty positions at the Darden Graduate School of Business Administration at the University of Virginia, the University of Southern California, and the

4

University of Houston, and Instituto de Estudios Superiores de la Empresa (IESE) in Barcelona,

Spain.  I still regularly serve as an Adjunct Professor at IESE, which the *Financial Times* named

as the No. 1 business school in the world for executive education in 2020.[1] Additionally, I have

been a member of the American Marketing Association for the last 25 years.

9.      In 1979, I received my Economics Degree from the University of Applied

Sciences, Giessen-Friedberg, and in 1980, I received the Vor-Diplom (Bachelor's equivalent) in

Economics with a minor in Computer Science from the University of Frankfurt, Germany. I

completed my Ph.D. in Business Administration, with emphasis on mathematical statistics and

marketing, from the University of Kansas in 1985, where I also received a Master of Science

degree, with emphasis in statistics and marketing in 1981. I wrote my doctoral thesis on

statistical and methodological issues of survey research data by advancing a new set of

estimators for multivariate statistical analyses that I proved to be superior to existing estimators

via Monte Carlo simulations. In 1988, I completed a post-Doctoral fellowship at Harvard

Business School.

10.     I am being compensated by Deckers at my normal and customary hourly rate of

$1,000 per hour. My compensation does not depend on the outcome of this litigation, or the

opinions presented in this report. My consulting firm is also being compensated for the time

spent by its research staff at their normal and customary hourly rates.

11.     I have reviewed and relied on several sources, such as publications, reports, and

studies, as I customarily do in my academic research and consulting practice. I utilized the

following materials and methods to analyze the questions I have been asked to opine on, and to

form my conclusions:

---

[1] https://www.iese.edu/stories/mba-financial-times-ranks-fourth-world/

a)  A comprehensive review of materials, such as market research reports and industry publications, including but not limited to branding studies, reports, and competitive analyses, on digital sources including but not limited to Google Scholar. I also consulted journal articles, books, and academic literature, including my own and my colleagues' work related to brands and branding. These materials are cited in this report and listed in Exhibit 2.

b)  Documents provided by Counsel, including corporate reports, brand strategy documents, research reports, marketing and advertising materials, internal communications, and litigation-related filings and pleadings, which are cited herein and listed in Exhibit 3.

c)  Interview with UGG employee Esther Kim, senior footwear designer at Deckers Brands; Lisa Bereda, Vice President, Deputy General Counsel at Deckers Brands.

12.    To arrive at my opinions on the issues in this case, I have applied the standard methods of scientific inquiry in my field.[2] I analyzed the materials using the well-known frameworks, models, and methods that I have worked with since the late 1980s. These tools are generally accepted by branding and marketing professionals and are standard practice and operating procedures in my ordinary consulting work. I have built my expertise in applying these frameworks and methods as a university professor in several MBA and executive programs, as well as in my research. I have employed multiple approaches based on proven conceptual models of branding and brand equity, used in both academia and in business. Employing various approaches is consistent with the standards of scientific inquiry in the social and behavioral

---

[2] Fred Kerlinger, *Foundations of Behavioral Research,* 2nd ed. (New York, NY: Holt, Rinehart and Winston, 1973), 2-15.

sciences.[3] This process entails triangulating data from various sources to confirm or disconfirm

working generalizations or hypotheses. Triangulation refers to the combination of several

research methods or sources of data in the study of the same phenomenon.[4] In assessing the

issues of confusion and harm to UGG in this case, I have incorporated, where applicable, three

major approaches: 1) industry or category analyses, 2) brand analyses and 3) customer journey,

or purchase pathway, analyses.[5] In each of the approaches, several research sources — including

empirical research, articles from academic journals, and press releases — have been drawn upon

where necessary and incorporated into the analyses before forming any conclusions. The

scientific process of applying these frameworks and models is to evaluate the material that is

available, use the methods and methodologies to make expert judgments about components of

the frameworks and models from my field, and then arrive at the appropriate conclusions.


### III.    SUMMARY OF OPINIONS

13.    Based on the materials I have reviewed, the frameworks and methodologies I

have applied, my extensive expertise in the fields of branding and marketing, and my in-depth

analyses, I have formed the following opinions:

a)    The footwear industry is an extremely competitive one, in which innovation

is key to any brand's success. An example of product innovation is the Fluff Yeah

---

[3] Fred Kerlinger and Howard Lee, *Foundations of Behavioral Research,* 4th Ed. (Belmont, CA: Wadsworth/ Thomson Learning, 2000).
[4] Paulette Rothbauer, "Triangulation," in *The SAGE Encyclopedia of Qualitative Research Methods,* ed. Lisa Given (New York, NY: Sage Publications, 2008), 892-894.
[5] Through my career in academics, I performed industry, consumer, and brand analysis. A key source of industry analysis is Michael E. Porter, *Competitive Strategy: Techniques for Analyzing Industries and Competitors* (New York, NY: Free Press, 1980); Key sources of consumer analysis are Michael Solomon, *Consumer Behavior*, 10th Ed. (Upper Saddle River, NJ: Prentice Hall, 2012) and Wayne D. Hoyer, Deborah J. MacInnis and Rik Pieters, *Consumer Behavior,* 6th Ed. (Boston, MA: Cengage Learning, 2012); Key sources of brand analysis are David Aaker and Erich Joachimsthaler, *Brand Leadership* (New York, NY: Free Press, 2009) and Kevin Lane Keller, *Strategic Brand Management: Measuring and Managing Brand Equity*, 4th Ed. (Harlow: Pearson, 2013).

slide/slipper. To differentiate itself, UGG plays in the premium category of the industry, manufacturing and retailing design-driven footwear that range from slippers to sneakers to cold-weather boots. The two companies, Deckers and Walmart create value to consumers along the footwear value chain differently. These differences set the stage for significant harm to the UGG brand and Deckers.

b)      At Deckers, UGG is a well-established, powerful, and authentic brand, with tangible brand assets, including its name, logo and design, that are memorable, meaningful, and unique. They serve as salient brand identifiers in the minds of consumers when encountered in the marketplace. The Fluff Yeah slide/slipper design is one such strong tangible brand identifier. UGG manages these assets proactively (there is history, investments, and they have an integrated brand management system). UGG also has intangible brand assets — including imagery, emotions, and benefits associated with its authenticity as a brand — that evoke its brand in the minds of consumers and that create significant value for Decker's UGG.

c)      The journey of discovery (shopping) that consumers undertake when purchasing a shoe is such that the key elements of the brand, including its symbolic attributes, play an important role at each juncture or consumer touchpoint, particularly because of the sheer volume of products that compete for their attention. Consumers pursue different paths toward a purchase — some put in very little effort whilst others exert significantly more — in researching available alternatives, evaluating their footwear options, before eventually making purchase decisions. At every juncture of their decision-making process, visually similar products can activate psychological biases that damage consumers' associations with the UGG brand.

8

d)      Walmart's Accused Products show a high degree of similarity in design to

UGG's Fluff Yeah slides. Because of this, and the nature of this industry, how Walmart

creates value compared to Deckers, the nature and strength of the UGG brand and the

role of Fluff Yeah Slides within the brand hierarchy of UGG, and the psychological

biases of consumer decision-making in discovering, shopping and purchasing

footwear, Walmart's Accused Products, have likely harmed and will continue to harm,

not only sales of UGG's Fluff Yeah, but in fact the entirety of UGG's brand and

Deckers' business.


## IV.      INDUSTRY ANALYSIS

*Overview of the Footwear Industry and UGG's Role in It*

14.      I will first describe my analyses and major conclusions concerning the footwear

industry, and specifically the category of lifestyle and fashion footwear within the industry. I

performed multiple analyses to develop a thorough understanding of the nature and dynamics of

competition in the category, key factors concerning supply and demand, the speed and constancy

at which product offerings and styles evolve, and the role of fashion trends in shaping consumer

perceptions and expectations. Throughout my analyses, I have applied the frameworks, models

and analytical tools of industry analysis from the perspective of business strategy, marketing,

branding, and consumer behavior.[6] This context is necessary to set the foundation for my

---

[6] In addition to Porter's *Competitive Strategy* and Hoyer, MacInnis and Pieters' *Consumer* Behavior as mentioned in footnote 5, see also: Phillip Kotler and Kevin Lane Keller, *Marketing Management*, 14th Ed. (Pearson Education, Hoboken, NJ, 2012) and Kevin Lane Keller and Vanita Swaminathan*, Strategic Brand Management,* 5th Ed. (Pearson Education, Hoboken, NJ, 2020)

subsequent sections analyzing the UGG brand, as well as the potential confusion and potential

harm cause to it by Walmart's Accused Products.

15.      The footwear industry is one of three industries — the other two being apparel

and accessories — that make up the fashion sector. The global footwear market is a large

industry, worth an estimated $365.5 billion in 2020, with good growth projections (the forecast is

to reach about $530.3 billion by 2027).[7] A market leader, Nike, sees footwear revenue of close to

$30 billion annually ($28.0 billion for its fiscal year ended May 31, 2021, to be exact).[8] By

comparison, Deckers, which is the parent company of UGG, is a $2.5 billion company.[9] By

2023, U.S. footwear revenues are forecasted to be 16% higher than pre-pandemic 2019 levels.[10]

Women's footwear is the largest segment of the global footwear market, accounting for 54% of

the market's total value.[11] Throughout the pandemic, various categories within the overall

footwear sector experienced swings in performance, but by 2023, categories that will outperform

the overall market include performance, outdoor, comfort and casual; key styles in the fashion

category are also expected to make a full recovery to pre-pandemic levels.[12] This is important to

note as Deckers plays in all of those categories: UGG, the group's main revenue driver, is a

premium footwear, apparel, and accessories brand; HOKA is a premium line of year-round

performance footwear and apparel; Teva is popular amongst the adventurous youth for its sport

sandals and outdoor heritage; and Sanuk — rather like UGG in the sense that it originated in

---

[7] https://www.statista.com/statistics/976367/footwear-market-size-worldwide/
[8] https://www.sec.gov/ix?doc=/Archives/edgar/data/0000320187/000032018721000028/nke-
20210531.htm#ibe46f16d2db0431aa4fa39b5b30b6f15_76
[9] https://www.sec.gov/ix?doc=/Archives/edgar/data/0000910521/000091052121000017/deck-20210331.htm
[10] https://www.npd.com/news/press-releases/2021/us-footwear-sales-revenues-to-rise-16-percent-by-2023-says-npd/
[11] https://www.marketresearch.com/MarketLine-v3883/Global-Footwear-Profile-Value-Chain-11554743/
[12] https://www.npd.com/news/press-releases/2021/us-footwear-sales-revenues-to-rise-16-percent-by-2023-says-npd/

Southern California surf culture — has since grown into a lifestyle brand playing in the relaxed casual shoe and sandal categories.[13]

16.    There are a few measures by which we can analyze the size and influence of Deckers. The first is its impact on the financial markets: As a publicly-listed company, Deckers, is a component of the Dow Jones U.S. Footwear Index, alongside other firms such as Nike Inc., Skechers U.S.A. Inc., and Wolverine World Wide Inc. This makes Deckers a significant player in the sector because its performance affects the price and returns of its stock, which in turn have effects on this index, and implications for Wall Street in general.

17.    Second, because UGG is Deckers' most important and strategic brand (in its fiscal year 2021, UGG brand sales totaled $1.7 billion, or 68% of Deckers' group revenue), it is useful to compare and contrast UGG's sales figures to those of its broad field of competitors, which, in Deckers' own words, "include athletic and footwear companies, branded apparel and accessories companies, home goods and sporting goods companies, and specialty retailers with their own private labels. In addition, these competitors include both established companies, as well as newer entrants into the market."[14] According to The NPD Group's list of Top 10 footwear brands (by dollar share of the market) as at February 2021, these include Nike, Skechers, Adidas, Jordan, Gucci, Clarks, Steve Madden, Vans, and Converse for women; for men, the list also includes Crocs and Timberland.[15] Jordan and Converse, both owned by Nike Inc., turned over $4.7 billion and $2.2 billion, respectively, in 2021.[16] Vans saw 2021 revenue of $3.5 billion, and Timberland, $1.5 billion.[17] Skechers and Crocs (which were yet to file their 2021 earnings at the

---

[13] https://www.sec.gov/ix?doc=/Archives/edgar/data/0000910521/000091052121000017/deck-20210331.htm
[14] Ibid.
[15] Feb '21 Deckers Monthly Fashion Footwear Snapshot.pdf
[16] https://www.sec.gov/ix?doc=/Archives/edgar/data/0000320187/000032018721000028/nke-20210531.htm#ibe46f16d2db0431aa4fa39b5b30b6f15_76
[17] https://www.sec.gov/ix?doc=/Archives/edgar/data/0000103379/000010337921000006/vfc-20210403.htm#i2ccf4c6ed8bd4763ae9df071fb16adf4_40

time of writing of this report) saw 2020 sales of $4.6 billion and $1.4 billion respectively.[18,19]
Deckers says UGG enjoys "high consumer brand loyalty due to consistent delivery of quality and luxuriously comfortable footwear, apparel, and accessories."[20] These consumers comprise women, men, and children in its key markets of the United States, Europe, Asia-Pacific, Canada and Latin America.

18.    Third, UGG plays in what Deckers itself calls the "premium" category, which, in the fashion pyramid, is sometimes called "bridge", and sits above "mass-market" in terms of both quality and price.[21,22] "Premium" is a sub-category within luxury fashion (the common classification of segments in it comprises, in ascending order, premium, high-end, *prêt-à-porter* or ready-to-wear, and *haute couture*).[23] It is a category characterized by: good accessibility (numerous selling points); predominantly mass communication; standards in quality of craftsmanship; numerous distribution channels/high level of indirect distribution with medium production quantity; commonly high level of product innovations due to frequent new trends; large-scale suitable product design (mass market) with medium product range; medium to lower section of high price range; good product quality; and frequently high speed of development.[24] Put another way, it offers high-quality products and services at a more affordable price to the majority of middle-class consumers. The premium category appeals to consumers who have a desire and intention to pay a premium price for goods that have a high degree of quality,

---

[18] https://www.sec.gov/ix?doc=/Archives/edgar/data/0001065837/000156459021009442/skx-10k_20201231.htm#ITEM_8_FINANCIAL_STATEMENTS_SUPPLEMENTAR
[19] https://www.sec.gov/ix?doc=/Archives/edgar/data/0001334036/000133403621000035/crox-20201231.htm#i88ff86fb9439436f8153c7992ae45ca3_79
[20] Ibid.
[21] https://fashinza.com/textile/fashion-industry/the-fashion-pyramid-of-brands/
[22] https://fashionretail.blog/2019/03/11/the-fashion-pyramid-of-brands/
[23] Sonja Christina Sperber, *The Luxury Market in the Fashion Industry: A Conceptual Segmentation,* 2016, IGI Global (https://www.igi-global.com/chapter/the-luxury-market-in-the-fashion-industry/151733)
[24] Sperber, p. 170

aestheticism, and attractiveness (Silverstein et al.'s phenomenon of "trading-up").[25] In trading

up, people are inclined to spend more on the product categories (and selected brands thereof)

they are interested in; at the same time, consumers are also trading down in order to have the

funds to trade up — a practice called "rocketing".[26] In order to answer the question that

customers ask themselves ("Is it worth the price premium over one of lesser quality?" or "Does it

delivery authenticity and value?"), companies ask themselves: "How can I invest more in

product quality and design?" and "How do I leverage the emotional power of my brand?". In this

competitive arena, companies win or lose on the basis of creativity, innovation and brand

strength. Nowadays, fashion (be it apparel or footwear) companies no longer sell products for

people to cover themselves with — but rather sell a lifestyle, a way of being. Clothes and

accessories have become tools for consumers to express their identity, and I will explain in

Section V how UGG helps consumers do this.

19. ███████████████████████████

████████████████████████████████████████ [27]

All of these companies and brands need to not only be nimble, but also have courage of

conviction in their business strategy, in order to capitalize on changing trends and consumer

demands, in turn drive sales, and in turn, stay in the minds of consumers. The new releases of

fashion collections used to be for the eyes of editors, buyers and journalists only; however,

digital technology has catapulted this once-enclosed world into an open access arena where the

latest trends are immediately broadcast through social media to anyone with an Internet

---

[25] Michael Silverstein, Neil Fiske, and John Butman, *Trading up: Why consumers want new luxury goods—And how companies create them*. (2008) New York: Penguin/Portfolio.
[26] Michael Silverstein and Neil Fiske, *The New Luxury: Trading Up and Trading Down,* The Boston Consulting Group, 2002. https://web-assets.bcg.com/img-src/BCG_New_Luxury_Trading_Up_Trading_Down_Dec2002_ENG_tcm9-162076.pdf
[27] AW18_ILR_Presentations_FINAL.pdf

connection. There used to be a wait of at least six months between runway shows and retail availability, and there used to be two main collections a year for which apparel and footwear designers and brands showed new collections: Spring/Summer, and Autumn/Winter. However, in today's era of rampant consumption and instant gratification, there can be up to six collections a year, the extra four being Pre-Spring, Pre-Fall, Resort (or Cruise), and Holiday, and it is difficult to imagine that today's consumers could still wait for what a traditional fashion calendar offers. This has also resulted in the "See Now Buy Now" business model, which puts fashion items on retail shelves practically immediately after runway shows. I remember when luxury label Burberry put, at London Fashion Week in September 2016, the entire range of its 83 men's and women's looks — or a total of 250 individual pieces — up for sale right after its runway show. It was a move considered by many fashion industry experts as the opening of a new era, one in which customers not only want convenience, quality, and price, they also want speed, variety, flexibility, and transparency; Burberry was looking to solve some of those problems by reducing the lag time between discovery and purchase.[28]

20. Despite operating in this competitive environment, UGG does not follow this industry calendar to a T. Instead of producing six collections a year, UGG produces only two: Spring/Summer, and Fall/Winter (with Holiday folded into the latter). Instead of participating in a "See Now Buy Now" model, its design team ███████████████████████████████ ████████ — before they hit retail shelves, Esther Kim, senior footwear designer at Deckers Brands, told me.[29] This schedule is to fit production requirements (manufacturing time), making it difficult to shift to more seasons, so UGG doesn't do it. This is proof positive that UGG is

---

[28] Erich Joachimsthaler, *The Interaction Field:* The Revolutionary New Way to Create Shared Value for Businesses, Customers, and Society, 2020 (PublicAffairs), p. 169
[29] Interview with Esther Kim, senior footwear designer at Deckers Brands, Feb 2, 2022

dedicated to a business strategy of not selling what's hot now, only to have the trend peter out later; instead, it is to focus on real innovation around transforming itself from a seller of a seasonal, functional item, into a year-round, all-weather, fashion and lifestyle business. Historically, the highest percentage of UGG brand net sales have occurred in the fall and winter months.[30] In fact, in the months of November and December for the three consecutive years of 2018, 2019, and 2020, UGG ranked as the #1-selling U.S. women's footwear brand, according to data from The NPD Group, a retail industry tracking service.[31] In contrast, for the warmer months of April, May, and June in both 2018 and 2019, UGG ranked outside of the top 20 best-selling footwear brands. However, in April 2020, May 2020, and June 2020, UGG ranked 6th, 7th and 12th, respectively — which is testament to the brand's ability to not only diversity its product and style offerings, but also introduce/launch the right/relevant items to consumers at exactly the right time. During the fiscal year ended March 31, 2019 — which encompasses the months during which the Fluff Yeah first came to market (June 18, 2018) — the UGG brand's wholesale net sales increased "due to a higher volume of pairs sold," driven by growth in non-classic women's styles, a category under which the Fluff Yeah falls.[32] In Autumn/Winter 2019, UGG was the #1 brand in the slipper category, selling ███████████████████████████ ████.[33] ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████[34]

---

[30] https://www.sec.gov/ix?doc=/Archives/edgar/data/0000910521/000091052121000017/deck-20210331.htm#ie3667e1f233c4dab8702b6f3cedc17da_37
[31] Monthly Fashion Footwear Snapshot - Nov '20.pdf
[32] https://www.sec.gov/Archives/edgar/data/0000910521/000091052119000011/deck331201910-kdocument.htm
[33] UGG AW21 ILR Womens_Category.pptx
[34] Ibid.

21.



22.     Put simply: The launch of the Fluff Yeah slide was in line with UGG's competitive strategy of 1) using design in a deliberate and considered way, 2) to capitalize on the momentum of industry trends, 3) at just the right time (i.e., 2020 sales of the furry slipper soared as consumers were seeking out luxurious comfort in the work-from-home environment that the COVID-19 pandemic created). In devising new ways to use sheepskin on products that can be worn in warmer climes, UGG ensures its products stay relevant to consumers year-round (i.e., not just to keep functionally warm and cozy in the cold, but also for some aesthetically-driven fun in the summer). UGG's ability to stand out from its competitors in this way constitute its value to consumers. To further illustrate this point, it now behooves me to assess UGG's value proposition to consumers, by conducting a value chain analysis, which will further underscore why and how UGG is able to convince the consumer to pay the extra dollar for its brand's products.

---

[35] UGG DTC Updated Quant Report_4 26 21 FINAL.pdf, p. 4
[36] Ibid., p. 7
[37] US DTC Exec Dashboard June FY20.pdf

*Value Chain Analysis of UGG*

23.     Developed by Michael E. Porter of Harvard Business School and used around the world for more than 30 years, the value chain is useful strategic framework and tool with which we can break down a company into its strategically relevant activities, and identify the sources of competitive advantage (i.e. the specific activities that result in higher prices or lower costs).[38] A company's value chain is typically part of a larger value system that includes companies either upstream (e.g., suppliers) or downstream (e.g., distributors or retailers), or both; it includes both primary activities (directly related to production and value creation) and support activities (which mainly support the primary activities in the value chain). The footwear industry includes the upstream activities of the gathering of data/intelligence of industry trends, design, sourcing of raw materials, and transforming them into goods (manufacturing), as well as the downstream activities of distribution, marketing, and retailing (where the finished goods reach their final users/consumers).[39] At each and every stage of this chain, there is value that can be created. For example: In the design stage, besides aesthetic considerations, shoes can be designed to use fewer components; when sourcing, companies can select raw materials that offer large sustainability benefits without negatively impacting product performance. Figure 1 shows a simplified and illustrative value chain of brands and companies in the footwear industry, such as UGG and Deckers respectively.

---

[38] See Michael E. Porter, *The Competitive Advantage: Creating and Sustaining Superior Performance*. NY: Free Press, 1985. (Republished with a new introduction, 1998.)

[39] Marconi M, Marilungo E, Papetti A, Germani M. *Traceability as a means to investigate supply chain sustainability: the real case of a leather shoe supply chain.* Int. J. Prod. Res. 2017;55(22):6638–6652.

**Figure 1: Footwear Industry Value Chain**



24.    As discussed above, design is a very key component of UGG's upstream activities, and is an important area in which it adds value to the end product, and the end consumer. Meanwhile, UGG's downstream activities also contribute value to the chain, be it through marketing (whereby the benefits you offer to consumers, and how you communicate those benefits, to persuade them to purchase from you instead of your competitors) or through retail (where and how you make the product available to the end consumer). It is important to note that UGG is both a wholesaler and a retailer: ████████████████████ ███████████████████████████████████████████ █████████████████████████████████████████ █████████████████████████████████████████ ██████████████████████████████████.[40]

25.    Via this analysis, we can see that UGG clearly adds value in both its upstream and downstream activities, as both a wholesaler and a retailer. It also adds value by managing and controlling contract manufacturers, global logistics and supply chain operations. In the end, all these incremental values accumulate into that premium dollar that buyers are willing to pay for an UGG product.

_Business Strategy and Value Chain Analysis of Walmart_

---

[40] UGG DTC Updated Quant Report_4 26 21 FINAL.pdf, pp. 14-15

26.     Compare and contrast UGG with the business strategy and associated value chain of Walmart. Walmart is a $559.2 billion, big-box retailer with ubiquity and mass-market appeal: It has 4,742 stores across all 50 states of the United States, and more than twice as many internationally. Whereas selling to the mass market is to UGG "a brand's most dreaded no man's land [of] indifference," to Walmart, high volume and low differentiation is exactly how Sam Walton envisioned and realized his empire. [41]

27.     From his first store in 1962 in Rogers, Arkansas, Walton's strategy was built on "an unshakeable foundation: the lowest prices anytime, anywhere."[42] By 1990, Walmart was the nation's No. 1 retailer, having over nearly 30 years redefined convenience and one-stop shopping for so many suburban Americans. Even today, its message to consumers is: "We Mean It When We Say It: Every Day Low Prices — Anytime, Anywhere."[43] Walmart's ability to deliver everyday low prices can hardly be separated from its reputation for undercutting its competitors, which is in fact a business practice so notorious that the term "the Walmart Effect" was coined to describe how the retail giant has such power that it affects everyone's daily lives, whether they shop at or do business with Walmart. It also refers to the economic impact felt by local businesses when a large company like Walmart opens a location in their area, and usually manifests itself by forcing smaller retail firms out of business and reducing wages for competitors' employees.[44] In fact, Walmart works together with suppliers to identify ways to reduce costs and still realize a reasonable profit. This was confirmed during Counsel's deposition of Walmart's Divisional Merchandise Manager (and former Merchant Director of women's

---

[41] https://www.bloomberg.com/news/features/2022-02-03/how-uggs-hoka-and-tevas-helped-build-deckers-2-5-billion-ugly-shoe-empire
[42] https://corporate.walmart.com/about/history
[43] https://corporate.walmart.com/newsroom/2020/03/26/we-mean-it-when-we-say-it-every-day-low-prices-anytime-anywhere
[44] https://www.investopedia.com/terms/w/walmart-effect.asp

footwear from August 2018 to August 2021) Charlene Nevada Efird, who said Walmart trained her on the gap negotiating method, which she described as "ultimately… about creating shared value from Walmart and the suppliers".[45]

28.    Since 2007, Walmart's slogan has been "Save Money. Live Better." To be sure, Walmart's value proposition to its target market is not merely about the lowest prices; it is also about convenience (90% of the U.S. population lives within 10 miles of a Walmart store), as well as selection (they sell everything from soup to nuts, guns and bullets, and even FedEx shipping services).[46],[47] You go to Walmart not because you want something specific, but because you want *everything*. Maybe you're at a Walmart, filling up your cart with cans of tomato sauce, some bedlinen, or even camping equipment, when you stop by the footwear department, and notice a pair or furry slippers: You think, "They sure are unique-looking, yet also familiar. I recall having seen them on a celebrity in some magazine. I'll get a pair. Oh, they're $24.99 each? I'll get them in all three colors. I'll probably tell my best friend to come buy a few, too."

29.    In Walmart's business model, lower prices mean more customers, more customers means more goods sold; the cycle continues as more goods sold means lower costs, which means even lower prices, so on and so forth, as illustrated in Figure 2 below. Emails between Walmart and Pajar, the manufacturer of the Accused Products, prove that Walmart was bargaining with Pajar to lower costs, citing larger distribution on Walmart's website in addition to its brick-and-mortar stores, and an "understanding that this is a building block to a potential larger partnership opportunity".[48]

---

[45] Deposition of Charlene Nevada Efird, January 7, 2022, p. 30
[46] https://marketplace.walmart.com/9-things-about-walmart-customers/
[47] https://www.businessinsider.com/walmart-fortifies-its-position-as-a-one-stop-shop-2018-3
[48] WM-DECKERS0000222.pdf

**Figure 2: Walmart's Business Model**



30.     In conclusion, Deckers is a mid-size player in the footwear industry, which is intensely competitive. It owns and manages a portfolio of brands, of which UGG is its strongest.[49] UGG plays in the premium category, which is subject to its own subset of even more competitive pressures, but it manages to focus on and invest in a long-term strategy of (1) staying relevant to a broad range of consumers, (2) for all seasons of the year, and (3) in diverse product categories ranging from footwear to apparel to home accessories. Its value is contained in giving consumers what they want, and measured by the extra dollars consumers will spend to get it. On the other end of the spectrum, Walmart is a massive retailer that uses its bargaining power to perpetuate commonality and ubiquity, by leveraging its "everyday low prices" strategy to beat out its competitors. Whilst Walmart is also relevant to a broad swath of consumers, for all seasons of the year, and in extremely diverse product categories, its value is contained in giving consumers what they want, when they want, and for very, very few dollars.

---

[49] In filings with the SEC, Deckers refers to itself as a company engaged in "designing, marketing, and distributing innovative footwear, apparel, and accessories developed for both everyday casual lifestyle use and high-performance activities".

## V.    BRAND ANALYSIS

*What is a brand?*

31.    In this section, I will first define what a brand is and why it is a powerful asset for any company in any industry. I will then analyze the brand strategy of UGG, with specific emphasis on their use of sheepskin as a signature material in their footwear and other product categories to build brand equity. This brand strategy is defined by what we call the Brand Identity System, which analyzes what the brand stands for and aspires to create.[50] Understanding the UGG brand is important because it clarifies the source of particular strengths and equities of the brand. It also shows the role of the UGG brand in adding value to its business, and it clarifies the nature and type of harm that another footwear retailer like Walmart can create.

32.    I have used generally accepted frameworks, models and principles of brands drawn from the foundational academic theories of marketing and branding, many of which have been developed by industry-leading practitioners and academics such as Kevin Lane Keller, David Aaker and myself over the course of several decades.[51] Over the last 30 years, other academics and I have helped advance the understanding of branding as it applies in today's commercial context.

33.    At the most basic level, a brand is a distinguishing name and/or symbol intended to identify goods or services.[52,53] I understand this to mean that brands serve to identify the source or maker of a product and allow customers to assign responsibility to the manufacturer of

---

[50] Aaker, David A. & Erich Joachimsthaler, E. (2000). Chapter 2, Brand Identity - The Cornerstone of Brand Strategy. In *Brand Leadership* (pp. 33-64). New York: Free Press.

[51] *e.g.* Aaker, David A. & Erich Joachimsthaler, *Brand Leadership*, New York: The Free Press, 2000; Aaker, David A., *Building Strong Brands*, New York, NY: The Free Press, 1996; Keller, Kevin L., *Strategic Brand Management: Building, Measuring, and Managing Brand Equity*, New York: Pearson, 4th Ed., 2013; Kotler, Phillip & Kevin L. Keller, *Marketing Management*. New Jersey: Prentice Hall, Twelfth Edition, 2006, pp.198-190; *etc.*

[52] Aaker, David A., *Managing Brand Equity*, New York: The Free Press, 1991, pp. 187-196.

[53] Aaker, David A. & Erich Joachimsthaler, *Brand Leadership*, New York: The Free Press, 2000.

the brand. This definition is consistent with the historical perspective of branding, where a brand's role was to ensure consistent product quality with the role of the brand to identify these qualities. After all, the word "brand" originates from the Old Norse word "brandr," which means to burn, since branding or burning was (and is) the method by which farmers mark their livestock to identify who owns them.[54]

34.    Today, brands are much more complex and have to accomplish much more than support quality perceptions: They instill feelings and emotions, convey attributes and associations, evoke memories and experiences, and create meaning for consumers or customers. This is how UGG understands what is a brand too. In its 2022 UGG Brand Book, UGG said: "UGG has always been an emotional brand because of how it makes you feel", and this refers to the fact that the brand's products utilize "materials hand-picked to be soft, luxurious, and tactile."[55]

35.    A brand can be conceptualized as consisting of two key components: the tangible and the intangible. When David A. Aaker defines a brand as "a distinguishing name and/or symbol intended to identify goods or services," he refers to the tangible components of a brand.[56] The tangible components, or physical manifestation, of a brand include a name, a logo, an image, or a package design. For consumers, what gives *meaning* to the brand beyond its name or logo are the intangible components, or, as advertising guru David Ogilvy sees it: A brand "is a consumer's idea of a product."[57] He is referring to everything that is stored in a consumer's memory and linked to a name of a product, service, or company.

---

[54] Lane Keller, Kevin. *Strategic Brand Management*, Prentice Hall, Second Edition, Upper Saddle River, New Jersey, 2003, p. 3.
[55] 2022 Ugg Brand Book.pdf, p. 19.
[56] Aaker, David A. *Managing Brand Equity*, The Free Press, New York, 1991, p. 7.
[57] Ogilvy, David, *Confessions of an Adman,* Southbank Publishing, New Edition, 2004.

36.    So, what makes a brand? As illustrated below in Figure 3, there are specific brand attributes that can be directly linked to the product or service itself. Over time, assuming the brand prospers, the outer circle should grow larger, not only to expand on original attributes associated with the brand, but also to adopt new ones — all the while also growing its offering of products or services. Brand strategy is about defining the set of characteristics or dimensions of the brand in both circles; to that end, growing both of these circles is a natural and important objective of all branding efforts. When provided with the right set of characteristics or dimensions, the brand and the trademarks embodying that brand can create a distinctive brand image in consumers' mind that reflects the brand's identity (much like a person has an identity). The brand then can become a powerful symbol of goodwill among consumers.[58]

### Figure 3: What Makes a Brand?



---

[58] Aaker, David A. *Managing Brand Equity*, The Free Press, New York, 1991, p. 7.

37.     Metaphorically speaking, a brand can be viewed much like a box in someone's head. As people receive information about a brand, be it positive or negative, they file it away in this box, virtually labeling it with the name of the brand.[59] After repeated exposure to or experience with the brand, the customer will have a number of cues, memories, information, and perceptions about the brand stored in this box. This is why Walter Landor, a pioneer of branding and consumer research techniques used to this day, echoed Ogilvy, saying: "Products are made in the factory, but brands are created in the mind."[60]

38.     A strong brand undoubtedly creates economic and financial value to a business. In fact, a company's brand is in many cases its most important asset. This value was recognized by marketers as far back as 1900, when John Stuart, chairman of Quaker stated "If this business were split up, I would give you the land and bricks and mortar, and I would take the brands and trademarks, and I would fare better than you."[61] Over the years, evidence supporting Stuart's assertion has mounted from many sources (academia, media, ruling bodies, and businesses), leading to the now well-accepted idea that brands can create and retain significant economic value.

39.     The value of brands and branding is amplified in a marketing environment that is increasingly digital, and increasingly crowded. This means companies in the footwear industry, along with its apparel and accessories counterparts, compete in what is becoming more and more "the attention economy," where brands' interactions with consumers are more fleeting than ever, commonly lasting just seconds at a time.[62,63] In the attention economy, major headlines and

---

[59] Aaker, David A. *Building Strong Brands*, The Free Press, New York, 1996.
[60] https://landor.com/the-essentials-of-branding
[61] Jan Lindemann, "The Financial Value of Brands" in *Brands and Branding* (*Economist Book Series,*) ed. Rita Clifton (New York, NY: Bloomberg Press, 2009), p. 26.
[62] https://econreview.berkeley.edu/paying-attention-the-attention-economy/
[63] https://www.ey.com/en_gl/tmt/how-brands-can-attract-and-keep-customers-in-micro-moments

tangible brand elements such as names, logos, styles, or images are more important than ever to capture consumers' attention, whether for a view, a like, or some other small engagement (all of which are understood by marketers to be predictors of purchase).[64] Other factors influence the success as well. A strong, cohesive omnichannel strategy — one in which a brand is broadly available across all major brick-and-mortar outlets, online via ecommerce sites, search engines, or social media — that is ideally centered around a trusted and clear brand has been recognized as one of the key criteria for success in the current retail landscape, as the consumer purchase journey rapidly evolves.[65]

40.     In the context of the footwear industry, strong brands provide a means of mirroring culture, fostering relevance, and creating differentiation; in turn, these all help drive consumer demand. As discussed earlier, in a hypercompetitive industry like premium-category apparel and footwear, building a strong brand can be essential to developing and sustaining differentiation. Companies who take building strong brands seriously achieve relevant differentiation, which leads to creating competitive advantages in several aspects: products and service (e.g., signature design and unique in-store and digital customer experiences), communication (e.g., appealing, unique and memorable messaging), and partnership relations (e.g., how they attract and support brand partners, including celebrities). Brands help because they consist of visual and verbal cues that are vital to leverage brand equity in the fleeting moments of interaction with customers and potential customers. It is imperative that a brand can clearly evoke the correct source of these cues: If they are ambiguous or unclear, it is likely a consumer could misunderstand what the brand stands for, or makes false attributions to it, or otherwise confuse its identity with that of another brand. It goes without saying, then, that strong

---

[64] https://www.searchenginewatch.com/2020/11/20/how-social-media-influence-71-consumer-buying-decisions/
[65] BigCommerce. *2018 Omnichannel Buying Report*, Report, 2018

brands are more likely to retain relevance and create affinity with consumers.[66,67] Because people

tend to like things that they are familiar with, brands that are salient and top-of-mind in a

crowded category remain more pertinent to the consumer when they are going through the

decision-making process (during which they would have to consider a purchase, make a

purchase, or decide whether to stay loyal to a brand or company).

      41.     From the consumer's viewpoint, brands serve to identify the source or maker of a

product, service, or experience, and allow them to assign responsibility.[68] It helps ensure a

certain level of quality and other specific associations connected with the brand, satisfying

consumers' expectations on an ongoing basis. As such, brands simplify decisions and lower

search costs, since consumers do not have to engage in extensive research, thought, or

information-processing prior to purchase. In this way, a brand is also an important timesaving

device, in the sense that it provides a shortcut during the decision-making process of potential

consumers.[69]

      42.     It can also be said that brands help reduce the perceived risk inherent in

purchasing decisions — by promising the consumer the same experience they have had with it

before.[70] In this case, when it comes to what to wear on their feet, consumers can form

assumptions and reasonable expectations about the quality, design, and experience of a brand's

---

[66] David Aaker, "The Innovator's Prescription: The Relevance of Brand Relevance," *Strategy+Business*, Special
Report (2004).
[67] David Aaker, *Brand Portfolio Strategy* (New York, NY: Free Press, 2004), p. 103-127.
[68] Kevin Lane Keller, *Strategic Brand Management: Measuring and Managing Brand Equity*, 4th ed. (Harlow:
Pearson, 2013), p. 34.
[69] Nathalie Kylander and Christopher Stone, "The Role of Brand in the Nonprofit Sector," *Stanford Social
Innovation Review* (Spring 2012).
[70] Mariné Aghekyan-Simonian et al., "The Role of Product Brand Image and Online Store Image on Perceived Risks
and Online Purchase Intentions for Apparel," *Journal of Retailing and Consumer Services* 19, no. 3 (2012): p. 325-
331.

products based on what they already know about the brand.[71] It follows logically that factors contributing to brand value and perception, particularly brand awareness and brand loyalty, are strongly correlated with purchase intention.[72]

*Brand Analysis of UGG*

43.    I will now analyze the UGG brand using several scientific frameworks that have been developed and applied over the last 25 years in the research and practice of branding and marketing; most prominently, I will employ the abovementioned Brand Identity System, which has become one of the most significant developments in branding and marketing in the last 25 years because it views brands as a strategic and long-term asset of an organization or firm that requires leadership beyond the mere tactics of brand management.[73] As it is most relevant to this case, I fill focus my analysis primarily on assessing UGG's *intangible* assets, such as associations, imagery, emotions, and benefits that are attributed to it, being often triggered by its *tangible* assets.[74] Next, I will assess UGG's *value proposition*, by analyzing the brand's functional, emotional, and self-expressive benefits. Finally, I will analyze the UGG *brand relationship* with consumers.

*The UGG Brand's Tangible Assets*

44.    A brand's tangible components are its foundation. We also refer to these components as assets because they create value for a company. The tangible brand assets act as a primary signal or cue for the consumer and evoke *intangible assets*, including associations, imagery, emotions, and benefits that a consumer with awareness of the brand would attribute to

---

[71] Kevin Lane Keller, *Strategic Brand Management: Measuring and Managing Brand Equity*, 4th ed. (Harlow: Pearson, 2013), p. 34.
[72] Muhammad Malik et al., "Importance of Brand Awareness and Brand Loyalty in Assessing Purchase Intentions of Consumer," *International Journal of Business and Social Science* 4, no. 5 (2013): p.167–171.
[73] Aaker, David A. and Joachimsthaler, Erich. *Brand Leadership*. Free Press 2000, p. 33-64.
[74] Kevin Lane Keller, "Chapter 4: Choosing Brand Elements to Build Brand Equity," *Strategic Brand Management*, David Parker (Upper Saddle River, New Jersey: Pearson Education, 2008), p. 140.

the brand. A brand's main tangible assets are brand names, logos, symbols, characters, spokespeople, slogans, jingles, packages, color, typography, and signage.[75, 76] Everyone is familiar, for instance, with McDonald's distinctive Golden Arches logo and the associations they can trigger such as quick service restaurants, comfort food on the roadside, convenience and good value for money, example.

45.     Because of their visual nature, a brand's tangible components are very important because they are easy to recognize, and therefore a valuable way to identify products as belonging to one brand versus another. Visual elements "play a critical role in building brand equity and especially, brand awareness," while activating associations that a consumer has with a given brand.[77] In particular, a compelling symbol can enhance the strength of a brand by providing "cohesion and structure to an identity, making it much easier to gain recognition and recall."[78] When a consumer has recognized a symbol on a product or advertisement, it is almost certain that the feelings and experiences he or she holds about the brand will be recalled.

46.     In the footwear category, the design of a shoe is of particular importance in a customer's purchase decision; especially for customers concerned with self-expression, design plays a dominant role in the footwear they select.[79]  Because of this level of salient, this UGG tangible element plays a significant role in my analysis of the brand's intangible elements, which can be read in-dept below.

*The UGG Brand's Intangible Components*

---

[75] Ibid.
[76] Romaniuk, Jenni, "Measure Your Distinctive Assets," *Ehrenberg-Bass Institute for Marketing Science*, (2015), page 1, https://www.marketingscience.info/wp-content/uploads/2015/08/Measure-Your-Distinctive-Assets.pdf.
[77] Kevin Lane Keller, *Strategic Brand Management: Measuring and Managing Brand Equity*, 4th ed. (Harlow: Pearson, 2013), p. 155.
[78] David Aaker and Erich Joachimsthaler, *Brand Leadership* (New York, NY: Free Press, 2000, and republished in Pocketbook London, 2009), p. 54.
[79] Barbra Ross Wooldridge, Kyung-Ah Byun, and Robert Paul Jones, "It is not always about brand: Design-driven consumers and their self-expression," *Journal of Retailing and Consumer Services* 43 (2018): 296-303.

47.     Whilst an important part of a brand are its tangible elements, a brand also generates strength in the marketplace based on the intangible elements that it evokes in the minds of consumers. These intangible elements or components include associations, imagery, emotions, and benefits that are attributed to a brand by those who know it.[80] A formal way to analyze these intangible elements is through a brand strategy framework called the Brand Identity System (BIS).[81] I will use this framework to perform my analyses, and I will describe these analyses in this section.

48.     The BIS is one of the pioneering and most well-known strategy frameworks to understand a brand. The framework defines what a brand stands for and aspires to create, and views a brand as a strategic and long-term asset of an organization requiring leadership, beyond the mere tactics of brand management. It outlines twelve brand identity elements, organized into four primary dimensions: (1) the brand as an *organization* (organizational attributes, local versus global); (2) the brand as a *person* (brand personality, customer/ brand relationships); (3) the brand as a *product* (product scope, product attributes, quality/value, use experience, country of origin); and (4) the brand as a *symbol* (visual imagery/metaphors and brand heritage).

49.     The BIS is an identity-based approach as compared to a design-driven or consumer-driven approach to branding. An identity-based approach to analyzing a brand to be more integrative and inclusive, and hence more appropriate than the typical market-based approaches that are rooted strictly in an "outside-in" perspective.[82] Professor Aaker, Professor Keller, Professor Jean-Noël Kapferer, myself, and others have all conceptualized identity-based

---

[80] Kevin Keller, "Chapter 4: Choosing Brand Elements to Build Brand Equity," *Strategic Brand Management*, David Parker (Upper Saddle River, New Jersey: Pearson Education, 2008), p. 140.
[81] David A. Aaker and Erich Joachimsthaler, *Brand Leadership* (New York: The Free Press, 2000), p. 44.
[82] *e.g.*, Christoph Burmann, Marc Jost-Benz and Nicola Riley, "Towards an Identity-Based Brand Equity Model," *Journal of Business Research* 62, no. 3 (2009): p. 390–397.

approaches, which are consistently and constantly leveraged in the fields of marketing, branding, and business strategy.[83]

50.     In order for a strong brand to emerge and develop both tangible and intangible components, there must be a strong brand strategy, which must be deliberately planned, developed, and nurtured over time. I will now analyze the major dimensions of the UGG brand's brand strategy according to the BIS framework.

*Brand as an Organization*

51.     Some of the most powerful brands in the world are built on organizational dimensions. Apple and Nike are two examples of such brands. Behind these brands there is a compelling and unique value and belief system, culture, or even attitude. Apple, for example, has a set of values and beliefs around creativity, innovation, and the pursuit of excellence. They express these values in a number of statements like "We believe that we are on the face of the Earth to make great products," or "*We believe in the simple, not the complex, or we don't settle for anything less than excellence.*"[84] These values transcend the leaders of the company; they are instrumental, and they are enduring. Apple co-founder and former CEO Steve Jobs considered these principles to be incredibly important not only for the organization itself, but also for how the brands come across in marketing activations and initiatives. That is why he worked so closely with Apple's ad agency to articulate these principles through its "Think Different" branding effort. Similarly, Nike has a belief system surrounding the celebration of athleticism and the drive to win. Consumers buy a lot more than just a new computer or shoe when they buy a

---

[83] Ibid.
[84] Patrick Hull, "Be Visionary. Think Big," Forbes, December 19, 2012, https://www.forbes.com/sites/patrickhull/2012/12/19/be-visionary-think-big/#6256f6a93c17

product from these brands; they buy into the culture, beliefs, and values that these organizations hold dear.

52.    In the same way, UGG has a distinctive belief system: an organizational belief that centers around the idea of "FEEL," which is the powerful feeling they deliver to their customers.[85] In the brand's own words, that UGG feeling is "comfort and support where and when you need it most, and [empowering] you to feel however you want to feel."[86] UGG has also defined an array of brand values that help it deliver this feeling to their customers. These values are (1) *bold* ("We are confident, courageous, and unafraid to take risks."); (2) *provocative* ("We get people's attention and make them think twice about UGG."); (3) *free-spirited* ("We give a nod to our countercultural roots and California heritage story."); (4) *optimistic* ("We are hopeful and invest in our future."); (5) *unapologetic* ("We continue to defy convention and challenge the status quo."); and (6) *real* ("We are authentic, genuine, and true to who we are.").[87]

53.    The UGG brand values guide everything UGG does. The UGG footwear styles are bold and provocative, evident by the oversized fluffiness and the big, clunky construction present across many of their products, laddering up to this ugly-cool identifier.[88] UGG demonstrates their free-spirited and unapologetic values in the influencers they partner with, such as Dennis Rodman, who uses progressive, ever-changing hair color, tattoos, and unorthodox lifestyle to push boundaries and free himself from normative social constructs and embrace a kind of gender fluidity.[89] UGG demonstrates how optimistic the brand is by its corporate responsibility initiatives, like joining the United Nations Global Compact in 2016, the world's

---

[85] 2022 UGG Brand Book 1.25.22, page 4
[86] Ibid.
[87] Ibid, page 3
[88] https://www.refinery29.com/en-us/2017/10/175652/ugg-history-rebranding-sales-interview
[89] AW20-FluffMens-Toolkit-01, page 13

largest corporate sustainability initiative, and adopting its own sustainability development goals in order to make impactful improvements in the areas of waste, water, materials, chemicals, climate and clean energy, human rights, gender equality, and quality education.[90],[91] Finally, UGG demonstrates how real the brand is through its deep focus on curating products, partnerships, and campaigns that elevate the ability for customers to use the brand to express themselves. For instance, as an extension of UGG's objective to deliver FEEL, they launched its "FEEL YOU" campaign which is an "an ongoing, global celebration of individuality and style."[92] UGG uses this campaign to pair its different footwear styles with "a diverse group of tastemakers who express themselves through fashion" to "highlight the many ways to wear UGG."[93] The brand also launched its "FEEL ____" campaign, which is "an ongoing series of authentic stories from icons who make us feel" that recently featured Cher.[94]

54.    UGG's breath of initiatives allows it to deliver the feeling of comfort and support to its customers. First, there are the high quality, bold and provocative sheepskin footwear that delivers physical comfort to customers. In addition to these products, which exist in a range of styles, giving a variety of choice to its customers so they can find something that matches their style, they build highly visible narratives and touchpoints, through partnerships and campaigns, that show its customers how celebrities and influencers that share their values leverage UGG to express their individuality. In conclusion, UGG does not just claim it has values and goals and assume these to be true, it manifests these values and goals continuously through its initiatives.

*Brand as a Product*

---

[90] https://www.ugg.com/doing-good.html
[91] https://www.ugg.com/our-sustainable-journey.html
[92] https://www.ugg.com/feel-you/
[93] Ibid.
[94] https://www.ugg.com/story?id=feel-with-cher

55.     This analysis focuses on understanding the types of products sold by a brand, and the attributes that make these products special and unique, including product quality, value, uses and users.

56.     UGG began in Southern California in 1978 when, on one particularly cold October day after surfing, Australian accountant Brian Smith got the idea to start selling imported sheepskin boots from Australia to surfers at the beach (see **Figure 4** below) — as a sort of "après-surf" shoe, demonstrating a cross-cultural dichotomy early on.[95] This, of course, was the UGG classic boot, which became a symbol of SoCal beach culture by the mid-80s.[96] From there, the UGG classic boot began to expand beyond beaches, to small towns and cities, and to ski resorts like Aspen, where they functioned well for keeping feet warm in extremely cold weather.[97] Through this expansion, the UGG brand "began to symbolize those who embraced sport and a relaxed, active lifestyle."[98] In the 90s, celebrities and tastemakers in the fashion world took notice of UGG as more casual and comfortable clothing took on, and in 2000 the UGG classic boot was featured on Oprah's Favorite Things list, as she declared she "LOOOOOVES her UGG boots."[99] This exposure led to the global proliferation of the UGG brand.[100]

---

[95] 2022 UGG Brand Book 1.25.22, page 2
[96] Ibid.
[97] https://www.ugg.com/story-ugg.html
[98] Ibid.
[99] Ibid.
[100] Ibid.

**Figure 4: Original Ugg Boots Being Worn on the Beach**[101]



57.      In gaining prominence, the UGG brand became synonymous with the UGG classic boot, and while these boots were a hot item in the late 90s and early aughts, by the end of that decade they had become a polarizing fashion item.[102] However, over the last several years, UGG has taken strides to reposition itself from a seasonal footwear brand to a lifestyle brand. This transformation gained momentum in 2016, when Deckers hired Andrea O'Donnell as their new president of fashion lifestyle brands.[103] O'Donnell wanted to elevate UGG to a more fashion forward brand, stating "We wanted fashion designers, not footwear designers. We wanted to connect with creative designers as opposed to leading from a celebrity perspective with the collaborations."[104] However, she also understood what the UGG brand stood for that needed to be maintained, that its "ugly-cool" style is something that "stands out and is very special."[105]

---

[101] https://www.nfsa.gov.au/latest/ugg-boots-birth-aussie-fashion-icon
[102] https://www.refinery29.com/en-us/2017/10/175652/ugg-history-rebranding-sales-interview
[103] Ibid.
[104] Ibid.
[105] Ibid.

58.     Already known for bold styles, UGG began to foray into the higher-end fashion scene with a collaboration with the Belgian designer Glenn Martens of the avant-garde label Y/Project in 2018.[106] This collaboration produced a pair of high-heeled, thigh-high, tan, suede UGG boots and was debuted on the runway during Paris Fashion week.[107] However, the boots did not gain mass exposure until a few months later when Rihanna wore them to Coachella, posting a picture where she sported the pair to Instagram (**Figure 5** below), that amassed 3.3 million likes.[108] This collaboration and exposure was a salient manifestation of O'Donnell's drive to "engage the fashion community about what our brand could be," as this was the first moment since their broad popularity in the early aughts that UGG penetrated the fashion elite scene.[109] However, while the UGG x Y/Project collaboration was making noise in the fashion elite world, UGG transitional (from the sheepskin boot brand to a fashion forward brand) product in the minds of the general consuming population was being unveiled from within the company.

**Figure 5: Instagram Post of Rihanna Wearing the Y/Project + UGG Collaboration Boots**[110]



---

[106] https://www.nytimes.com/2020/12/10/fashion/the-highly-unlikely-yet-totally-predictable-return-of-uggs.html
[107] https://www.vogue.com/article/uggs-yproject-collaboration-at-paris-mens-fashion-week-fall-2018
[108] https://www.nytimes.com/2020/12/10/fashion/the-highly-unlikely-yet-totally-predictable-return-of-uggs.html
[109] Ibid.
[110] https://www.instagram.com/p/BhmhWRzjVtf/

59.    The UGG Fluff Yeah slide has been integral to UGG's repositioning.[111] The UGG Fluff Yeah slide was also launched in 2018 as UGG was setting out to expand from its 40-years-and-older customer base and target consumers 18 to 30-years-old.[112] The slipper was designed as a more "fashion-ized" slipper that leveraged the UGG brand elements including heritage, sheepskin, as well as its design philosophy of being "extra" and "bold," or the ugly-cool style that has been a fixture of UGG products since the beginning.[113] It was also designed to be "fun" and "bring joy" to those who wear it.[114] Thus the UGG Fluff Yeah slide (see **Figure 6** below) was born.

**Figure 6: UGG Fluff Yeah slide**[115]



60.    ██████████████████████████████████████████████████████

████.[116] Additionally, the slipper was incredibly popular with younger consumers, many of whom bough from UGG for the first time when they purchased the slippers.[117] The broad popularity of a product so different from other slippers that were available in the marketplace up

---

[111] Interview with Esther Kim, Senior Footwear Designer at Deckers Brands on 2/2/2022
[112] ibid.
[113] Ibid.
[114] Ibid.
[115] https://www.ugg.com/womens-slippers/fluff-yeah-slide/1095119.html?dwvar_1095119_color=BLK
[116] Interview with Esther Kim, Senior Footwear Designer at Deckers Brands on 2/2/2022
[117] Ibid.

until this point, and different from all of UGG's legacy products, though still clearly inspired by their key design components, helped make the Fluff Yeah a transitional product for UGG.[118] In sum, the Fluff Yeah positively impacted the UGG brand. ███████████████████

███████████████████████"[119] ████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████[120] ████████████████████████████

██████████████████████████████████████"[121] These customers have strong external proof points for their perception of the UGG Fluff Yeah befitting stylish, fashion forward individuals, as style icons such as Gigi Hadid, Hailey Bieber, and Cardi B have all been photographed wearing them.[122, 123]

61.    In conclusion, the UGG Fluff Yeah slider has played a critical role in the evolution UGG in becoming a fashion forward brand. Relying on integral design elements established going as far back at the UGG classic boot, including high quality sheepskin, and extra/bold, ugly-cool style, the success the UGG Fluff Yeah had in tying these elements together to produce a cool, innovative, and trend setting slider has made UGG a brand that trendy and chic consumers and influencers alike use to demonstrate their fashion bona fides.

*Brand as a Personality*

---

[118] AW18 ILR Fluff Power
[119] https://wwd.com/fashion-news/fashion-features/how-ugg-is-building-a-head-to-toe-global-fashion-brand-1234816939/
[120] Consumer Survey_UGG Fluff Yeah Slide Topline_Feb2020, p. 11.
[121] Ibid.
[122] https://www.glamour.com/story/ugg-fluffy-sandals
[123] https://www.ugg.com/story?id=spotted-hailey-bieber-in-the-fluff-yeah

62.     Humanizing a brand involves viewing it as a person by endowing it with psychological values and social demographics.[124] This is important because empirical research has shown that a personality makes a brand memorable and likeable.[125] Just like you are more likely to remember a person that has you met with a strong personality more likely than one with no personality. The motivation to build brands with an attractive personality is the belief that buyers choose products like they choose friends: they select brands that they would want to associate with and be seen with. Personality is especially important for a category like apparel, as clothes are products that consumers are generally attached to.[126] Brand personality can also work to strengthen and reinforce other associations of the brand. For example, an aggressive and achievement-oriented personality goes well along with Nike's beliefs in winning, and performance shoes for athletes.[127] As a result, framing a brand as a person serves as a foundation for guiding relatable communication, creating differentiation that attracts consumers, and building emotional relationships with audiences. There are two key components in the Brand as a Person analysis: Brand personality and brand customer relationships. Both are discussed below with regard to UGG.

63.     Brand personality can be defined as a set of human characteristics associated with the brand. In general, these human characteristics are built or developed in consumers' mind through the consumer experience or marketing and advertising activities.[128,129] Like human personality, brand personality can be helpful when it is both distinctive and enduring.[130] From my analysis of the UGG brand, it is clear that UGG's personality has character traits that of

---

[124] Aaker, David A. *Building Strong Brands*, The Free Press, New York, 1996, p. 229-232.
[125] https://www.acrwebsite.org/volumes/7775/volumes/v22/NA-22/full
[126] Aaker, David A. *Building Strong Brands*, The Free Press, New York, 1996, p. 229-232.
[127] https://www.emerald.com/insight/content/doi/10.1108/JPBM-01-2014-0482/full/html?mobileUi=0&fullSc=1
[128] Aaker, David A. *Building Strong Brands*, The Free Press, New York, 1996, p. 229-232.
[129] Ibid.
[130] Ibid.

authentic, bold, and creative, as I will explain below. These personality elements are derivative of David Aaker's Brand Personality framework and are important to creating depths and textures for the overall UGG brand that lead to feelings of trust and likeability in the minds of customers, just as they would for a friend.[131]

64.    Over time, UGG's personality has been developed as follows:

- *Authentic*: UGG is an original brand. When Brian Smith introduced the UGG classic boot in the United States, there was no other shoe like it in the American market. Fast forward to the past few years, UGG continues to leverage that spirit of originality in the products they introduce, like the UGG Fluff Yeah slider, which evolved to the whole Fluff Power product line.[132] This originality helps upholster the personality trait of authenticity as UGG does not look like anyone else, showing that the brand is not trying to be anyone else. UGG also inspires this same ethos within their customers, as they heavily focus on self-expression and individuality within each product's/collection's story, as well as partnerships and campaigns. Additionally, UGG keeps authenticity to the beliefs it purports to support, clear by its strong action on sustainability, incorporation of pride-themed and non-binary servicing products, and, again, their support for advocates/influencers fighting for a more inclusive, just, and equitable world. From the culmination of these actions, it is clear the UGG takes strides to be an authentic brand from a personality trait perspective.

- *Creative*: UGG is a brand without pretensions about itself. UGG is fully aware that, in a vacuum, its footwear is not classically beautiful nor flattering the people

---

[131] Aaker, David A. *Building Strong Brands*, The Free Press, New York, 1996, p. 231.
[132] FLUFF EVOLUTION

who wear UGG, nor is it trying to be these things. In the words of Andrea O'Donnell on UGG's shoes, "I think there are a lot of iconic shoes out there that are a bit strange and unusual, but there's something quite appealing to that imperfection and strangeness."[133] This imperfection and strangeness has been integral to UGG products from the get-go, which was clear in last year's celebration campaign of the UGG classic boot.[134] This campaign celebrated the democracy of the UGG classic boot as a widely versatile accessory that can be paired with pajamas while lounging around the house, a marquee item in a Paris fashion show ensemble, and everything in between.[135] This kind of versatility is hard to find in the footwear industry and is a testament to the power of individuality that UGG unlocks for their customers.[136] The UGG Fluff Yeah slide also maintains this versatility, with consumers wearing them around the house, while running errands, out with friends, on date, and even at a club.[137] The ability to wear these unique and "strange" UGG styles anywhere speaks to the brands history of "not being defined by convention."[138]

- ***Bold***: Just as unique as UGG products are, so too are they bold. This, again, began with the UGG classic boot, as explained by Esther Kim, Senior Footwear Designer at Deckers "the Classic Mini is a bold shoe, it's oversized and doesn't look like anything on the market."[139] She leveraged this history of boldness when she designed the UGG Fluff Yeah slide, building a slide covered in fur with an

---

[133] https://www.refinery29.com/en-us/2017/10/175652/ugg-history-rebranding-sales-interview
[134] AW21 FLR Marketing OPENING_Final, p. 19.
[135] Ibid.
[136] Ibid.
[137] UGG DTC Updated Quant Report_4 26 21 FINAL.pdf, p. 29.
[138] AW19_ILR_Open_Day_1_AM_06012018.vs.11, p. 24.
[139] Interview with Esther Kim, Senior Footwear Designer at Deckers Brands on 2/2/2022

41

oversized vamp, which was unlike any slipper that had existed until then.[140] In addition to new bold styles that were being generated in-house at UGG, at the same time as the Fluff Yeah was unveiled, UGG was also ramping up its partnerships to produce even more bold footwear. For example, UGG's collaboration with Jeremy Scott, "pop culture's most irreverent designer,"[141] and Phillip Lim, known for cool, easy, chic designs,[142] in 2017 brought flamboyance and edge to the brand, respectively.[143] The following year's collaborations with further showed how bold UGG can be, for instance, when the UGG X Y/Project collaboration produced thigh-high sheepskin boots that even took UGG's CFO by surprise when they were dawned by male models on the catwalk at a Paris fashion show.[144]

65.    A significant part of the UGG brand strategy has involved partnering with influencers that embody the same brand personality traits of authentic, bold, and creative that UGG effuses. In fact, in just the past two years, UGG has partnered with an eclectic list of influencers that are appealingly dissimilar, save for the commonality of these personality traits. For example, in 2020 UGG launched a campaign promoting the Fluff Yeah for men where the brand partnered with NBA superstar Dennis Rodman, model/skateboarder Evan Mock, renowned model Omahyra Mota, and designers/artists Slumpy Kev and Imran Potato to reflects UGG's celebration of the diversity of style, especially facilitated by the Fluff Yeah.[145] Each of these personalities were chosen because they "unapologetic and bold;" Dennis Rodman is known

---

[140] Interview with Esther Kim, Senior Footwear Designer at Deckers Brands on 2/2/2022
[141] https://www.theguardian.com/fashion/2014/sep/14/jeremy-scott-fashion-designer-moschino
[142] https://www.31philliplim.com/about
[143] https://www.refinery29.com/en-us/2017/10/175652/ugg-history-rebranding-sales-interview
[144] https://www.nytimes.com/2020/12/10/fashion/the-highly-unlikely-yet-totally-predictable-return-of-uggs.html
[145] AW20-FluffMens-Toolkit-01, p. 11.

for his "progressive, ever-changing hair color, tattoos, and unorthodox lifestyle" and has been pushing fashion and societal boundaries since the 90s; Evan Mock is representative of the countercultural lifestyle as a surfer and skateboarder and has an up-and-coming fashion icon in streetwear; Omahyra Mota is a double threat as both a model and actress and has become recognized for her "androgynous good looks and tough-girl attitude; Imran Potato is also part of the counterculture, gaining popularity in both the fashion and skate communities for his custom-made bootleg clothing; and Slumpy Kev is a creative known for his hand-painted creations of 2000s-era cartoon characters.[146] From boundary-pushing personalities to leaders in avant-garde communities, as well as unique and expressive creators, all of these influencers showcase "bold and unapologetic" by being just that: boldly and unapologetically themselves. This disposition and creativity are clearly representative of the bold and creative personality traits enumerated above. There is true authenticity in this type of self-expression.

66.     Even partnering influencers from completely different UGG campaigns share the authentic, creative, and bold personality traits. For example, as part of its Feel You campaign last year, UGG partnered with a breadth of lesser known but equally bold, creative, and authentic influencers, like Rhianna Jones, a writer, creative, and advocate for cultural inclusivity, sustainable fashion, and Afrocentric natural beauty; Bri Scalesse, a wheelchair-using model, writer, and disability advocate; and Lachlan Watson, one of the youngest self-identified non-binary actors in Hollywood.[147] Apropos of the Feel You campaign's objective as a "global celebration of individuality and style," these activist influencers are mold-breakers challenging the status quo and building a more inclusive world. It is hard to get more daring than this. Additionally, these activist influencers are clearly imaginative in that they are attempting to

---

[146] AW20-FluffMens-Toolkit-01, p. 11-17.
[147] https://www.ugg.com/story?id=aw21-feel-you

imagine a most inclusively just world by, in large part, being true to themselves, an exercise in authenticity. These select partnerships are representative of UGG's higher-level partnership strategy to align "with multi-hyphenate creatives and activists from around the world, whose stories inspire [them] to celebrate freedom of expression and explore purpose-driven topics."[148]

67.    UGG's influencers do not only personify what it means to be authentic, bold, and creative, they also embody the UGG brand values of bold, provocative, free-spirited, optimistic, unapologetic, and real. For example, Dennis Rodman's dyed-hair, tattoos, and piercing, along with the rest of his fashion sense, and Bri Scalesse's boundary-pushing modeling are bold and provocative in their insistence on being themselves. Lachlan Watson's embrace of their identity and expressive of non-binary fashion and Omahyra Mota androgenous style are unapologetic and free-spirited in the way they challenge traditional conceptions of gender. Rhianna Jones' advocacy for sustainable fashion and cultural inclusivity is an analog in optimism and realness as she has dedicated her life to building a brighter, more inclusive future. This is all to say that regardless of the individual differences between the influencers that UGG partners with, in aggregate they embody the brand's values and encapsulate the brand's personality as authentic, creative, and bold.

68.    UGG has maintained a firm focus on the noted characteristics, expressing with consistency its bold, authentic, and creative personality. The brand's personality supports the organizational belief system as it encompasses the values of the brand. In my opinion, the strong link between the UGG Brand as a Person and Brand as an Organization creates cohesion within the brand.

*Brand as a Symbol*

---

[148] 2022 UGG Brand Book 1.25.22, page 5

69.     I will now focus on UGG's intangible symbols, and the associations that these symbols evoke or express. A symbol can be anything that represents a brand; in the case of UGG, two important symbols are UGG's heritage as a brand originating from the surfer communities of Australia and Southern California, and UGG's signature material, sheepskin (also its most important product feature which embodies the brand's belief system).[149] While generally part of the extended identity of a brand, symbols are important given that in many cases it is easier to use a symbol to communicate an attribute than to use factual information.[150] Furthermore, strong symbols can provide cohesion and structure to an identity, making it much easier for a brand to gain recognition and recall.[151]

70.     An important aspect of UGG's symbolism is its heritage. As I previously addressed, sheepskin boots have a long history in Australia. Gaining popularity within the Australian surfer community in the 1970s, the bold, uncontained style "developed subcultural significance in Australia during the 1980s, when disaffected groups of youths began wearing ugg boots in combination with ripped jeans as they gathered on street corners."[152] Brian Smith's UGG boots also began with countercultural significance in the Unites States in 1978 as no mainstream shoe store he brought the boots to were interested, even as they became popular with the Southern California surfing community and snowboarders.[153] While not juveniles on street corners, surfers and skiers are certainly more bohemian groups on the outside of productive society (think of the term "ski bum" or "surfer dude") and their early adoption of UGG Boots in the United States imbued both the brand and the style with associations around boldness, free-

---

[149] David A. Aaker and Erich Joachimsthaler, *Brand Leadership* (New York: The Free Press, 2000), p. 54.
[150] Ibid, p. 44.
[151] Ibid, p. 54-55.
[152] Rachel Matthews, "Understanding ugg boots: Travels through place, space and time," *Critical Studies in Fashion & Beauty* 11 no. 1, (2020): 77.
[153] Ibid.

spirited, and relaxed.

71.     The California countercultural scene UGG was founded in became integral to the brand's identity. UGG is "continually inspired" by its California roots and celebrates this heritage each season.[154] The importance of this heritage can also be appreciated in UGG's 40th anniversary celebration in 2018. In their 40:40:40 campaign, UGG set out to document and celebrate Californian stories from across the state to celebrate their brand.[155] Additionally, the manifestations of UGG's heritage can be seen in the story of their products, as stated in the UGG design pillars "Heritage and California Lifestyle. Bold, New Fashion."[156] This manifests in different products such as the colors in the women's boot line being inspired by the "colors of California,"[157] and the Art of Motion Fashion Sneakers inspired by "California construction,"[158] and their Lights and Lakes product campaign reflecting the urban-nature duality of California.[159]

72.     In addition to the California heritage that runs through UGG's products, there is another symbol that represents what UGG does and represents the brand: sheepskin/fluff. The comfortable fuzziness and fluff historically offered by UGG through sheepskin, though it has been transitioning to more sustainable, plat-based sources for fluff (which is why I call is sheepskin/fluff) is symbolic of UGG's brand truth: UGG is an emotional brand because of how it makes customers FEEL.[160, 161] FEEL is UGG's objective to deliver comfort and support and "empower [customers] to feel however [they] want to feel."[162] In other words, FEEL is about empowering customers to feel like or be themselves, which they unlock through the comfort and

---

[154] AW18_ILR_Presentations_FINAL, p. 36.
[155] Ibid, p. 31.
[156] 2022 UGG Brand Book 1.25.22, p. 22.
[157] AW18_ILR_Presentations_FINAL, p. 127-128.
[158] Ibid, p. 73.
[159] Ibid, p. 137.
[160] https://feelgoodfuture.ugg.com/pillar/our-innovation
[161] 2022 UGG Brand Book 1.25.22, p. 22.
[162] Ibid, p. 4.

support provided from the quality and cozy sheepskin/fluff that hugs them when they dawn UGG apparel.

73.    Its ability to unlock this FEEL is what makes sheepskin/fluff so important to the UGG brand DNA. This DNA originates, again, with the UGG classic boot which set the tone with its clunky, oversized construction and fuzzy, sheepskin interior.[163] Likewise, as addressed above, the contextual origins of that boot imbue it with countercultural and free-spirited associations. UGG works to bring this DNA out in design of all its products.[164] This DNA can be seen manifested in shoes like the Disquette, the Bailey Bow II, the Fluff Yeah, the Highland Hi Heritage Suede, and even the Tasman X (see **Figure 7** below). Clearly, the sheepskin/fluff material coating and accenting the footwear are core to the UGG brand DNA uniting these products in commonality, as well as the rest of the brand elements.

**Figure 7: Sampling from UGG Footwear Line**[165]



(Disquette)

---

[163] Interview with Esther Kim, Senior Footwear Designer at Deckers Brands on 2/2/2022
[164] Interview with Esther Kim, Senior Footwear Designer at Deckers Brands on 2/2/2022
[165] https://www.ugg.com/womens-slippers/disquette/1122550.html?dwvar_1122550_color=CHE;
https://www.ugg.com/women-boots-classic-boots/bailey-bow-ii/1016225.html?dwvar_1016225_color=CHE;
https://www.ugg.com/womens-slippers/fluff-yeah-slide/1095119.html?dwvar_1095119_color=TYPN;
https://www.ugg.com/women-casuals-sneakers/highland-hi-heritage-suede/1123714.html?dwvar_1123714_color=CFRS



(Bailey Bow II)



(Fluff Yeah)



(Highland Hi Heritage Suede)



(Tasman X)

74.    In conclusion, UGG is a brand with a strong heritage, rooted in Southern California culture, that continues to inform and define UGG today. Further, along with its cultural origins, UGG has a strong heritage of utilizing sheepskin/fluff in its products, which act as a visual metaphor representing the brand in the minds of consumers. However, it is the combination of these two facets of the UGG heritage that symbolize the feeling of comfort and support that allows UGG customer to be authentically themselves as it is the free-spirited Californian allegory and the recognition of the sheepskin/fluff as a cozy and emotionally supportive material that allows UGG to deliver this FEEL to their customers.

*Brand Identity Synthesis*

75.    Having analyzed the intangible brand components using the Brand Identity System, I conclude it is a brand with depths and textures, built on a powerful set of organizational values and beliefs. The following traits that exemplify what the brand stands for, specifically brand as an organization traits *comfort* and *support* (of customers' individuality), personality traits *bold*, *creative*, *and authentic*, and brand as a product trait *style* rise to the fore and carry the most weight. These traits are embodied through the styles and features of the clothing sold.

*Analysis of the UGG Value Proposition*

76.     When tangible and intangible components of the Brand Identity System are combined in a distinctive and cohesive manner, the brand creates value for consumers. This value is defined in terms of *functional benefits, emotional benefits*, and *self-expressive benefits*. The benefits a brand delivers on these three levels make up a brand's *value proposition*.[166]

77.     The value proposition dimensions are built upon one another. As shown in **Figure 8**, a powerful value proposition is based on a brand's functional attributes, which provide functional benefits. However, a value proposition that focuses solely on a functional benefit can be limiting to the brand's potential scope and its consumer relevance. In contrast, a strong brand will build on the foundational functional benefits by creating emotional and, in turn, self-expressive benefits. This additive process is commonly depicted in the form of a pyramid.[167]

**Figure 8: The Value Proposition Pyramid**



78.     On the functional level, a key attribute – distinct from a benefit – is the footwear and apparel sold by UGG. These products, across Women's, Men's, Kid's, All-Gender, and Home departments include footwear, apparel, accessories, bedding, and rugs and serve the most

---

[166] David A. Aaker and Erich Joachimsthaler, *Brand Leadership* (The Free Press, 2000), page 49-50.
[167] Ibid, p. 49-50.

basic function of clothing customers and decorating their homes.[168] In terms of their functional benefit, focusing on footwear and apparel specifically, these UGG products do not only clothe their customers, they are made with soft and cozy materials, primarily sheepskin and other fluff material, that are simultaneously stylish, designed to keep their customers warm, comfortable, and fashionable.[169]

79.    Building upon the functional benefits, emotional benefits relate to a brand's ability to make the buyer feel something during the purchase process or user experience. Emotional benefits are important in terms of creating a strong value proposition. For example, visiting a Walt Disney World resort will leave you with entirely different emotions and feelings than visiting a Universal Studios theme park. In the case of UGG, customers are likely to experience strong and significant emotional benefits throughout their purchase journey. As I have already addressed, the comfortable and supportive feeling UGG delivers its customers is core to the brand. As stated in the UGG brand book, "Like a lasting hug from someone dear, the feeling of UGG is an undeniably authentic attribute of our brand, and the emotional connection we have always held with our consumers."[170] This feeling is, in large part, the result of the cozy products UGG engineers that customers can be comfortable wearing both around the house and out and about.

80.    Both the functional and emotional benefits of the value proposition lead to the brand's self-expressive benefit, meaning they can "provide a vehicle by which a person can proclaim a particular self-image."[171] Put another way, brand not only is a mechanism by which a

---

[168] https://www.ugg.com/
[169] 2022 UGG Brand Book 1.25.22, p. 18-19.
[170] Ibid, p. 4.
[171] David Aaker and Erich Joachimsthaler, *Brand Leadership* (New York, NY: Free Press, 2009), p. 50.

business sends signals to a consumer, but also a mechanism by which the consumer sends signals to the world.

81.    For example, a consumer may express his/her self-image of "environmentally-conscious" by shopping at Patagonia, a brand that focuses on selling sustainable clothing. On the other hand, a purchase from Zara could be a means of projecting a "fashionable" and "trendy" self-image. As with functional and emotional benefits, a question exists to test the presence of a self-expressive benefit: "Because I use Brand X, I am (self-expressive benefit)."

82.    Self-expressive benefits can be credited for much of the value that consumers ascribe to brands. This view is confirmed by leading branding and marketing experts, including Kevin Lane Keller who states:

> [Self-expressive] benefits relate to underlying needs for social approval or personal expression and outer-directed self-esteem. Thus, consumers may value the prestige, exclusivity, or fashionability of a brand because of how it relates to their self-concepts.[172]

83.    It is intuitive that the self-expressive benefits of brand are particularly salient in the apparel, footwear, and accessories categories. One of the best ways to express oneself and communicate and perpetuate one's self-concepts is via one's wardrobe.[173] Getting dressed is an intensely personal act, and the clothing individuals buy reveals a lot about their beliefs, and cultural and social backgrounds, and experiences. Clothes and shoes can be, and are, a powerful tool to convey a certain image or persona to others.

---

[172] Kevin Lane Keller, "Conceptualizing, Measuring, and Managing Customer-Based Brand Equity," *Journal of Marketing* 57, no. 1 (1993): p. 1-22.
[173] Nihan Akdemir, "Visible Expression of Social Identity: The Clothing and Fashion," *Ganziantep University Journal of Social Sciences*, https://dergipark.org.tr/tr/download/article-file/543644.

84.     As previously stated, UGG footwear is uniquely versatile. Customers can easily dress their UGG shoes down, for lounging around the house in pajamas or running errands, or up, for going out with friends or to nightclubs or even to the catwalk. The point being that the UGG styles let their customers be exactly who they want to be in any scenario. This is particularly true of the UGG Fluff Yeah slide, which UGG customers wear around the house, running errands, out with friend, on a date, at a dinner party, and at a club.[174] ███████

████████████████████████████████████████████████████

███████████████ which makes sense as a survey from 2020 showed that Gen-Z consumers aged 13-18 thought UGG to be among the top 15 coolest fashion brands.[175, 176] Younger consumers likely have a greater affinity towards the UGG Fluff Yeah slide because of the popularity the slipper has among celebrity and influencers. Celebrities like Cardi B (123 million followers) and Kylie Jenner (310 million followers) have posted pictures of themselves wearing the UGG Fluff Yeah on Instagram (see **Figure 9** below).[177, 178] A variety of other celebrities have been photographed in public living their every-day lives also wearing the Fluff Yeah, as well as the Fuzz Yeah, including Gigi Hadid, Bella Hadid, Selena Gomez, Sophia Richie (see **Figure 10** below).

---

[174] UGG DTC Report, p. 29.
[175] UGG DTC Report, p. 29.
[176] https://www.ypulse.com/article/2020/03/11/young-consumers-say-these-are-the-15-coolest-clothing-brands-of-2020/
[177] https://www.instagram.com/iamcardib/
[178] https://www.instagram.com/kyliejenner/

**Figure 9: Cardi B and Kylie Jenner wearing UGG Fluff Yeah in Instagram Posts**[179, 180]





[179] https://pagesix.com/2020/04/07/the-best-slippers-according-to-celebrities/
[180] https://www.glamour.com/story/ugg-fluffy-sandals

**Figure 10: Gigi Hadid, Bella Hadid, Selena Gomez, Sophia Richie Wearing UGG Fluff Styles**[181, 182, 183]





---

[181] http://www.starstyle.com/selena-gomez-los-angeles-sp374871/
[182] https://www.glamour.com/story/ugg-fluffy-sandals
[183] https://pagesix.com/2020/04/07/the-best-slippers-according-to-celebrities/





85.    It is particularly significant that these celebrities were candidly photographed dawning these UGG Fluff styles as it demonstrates that they have an authentic affinity for the brand. A lot of these celebrities are known for their style too, like the Hadid sister who accounted for 45 per cent of the media impact value Versace earned over their AW 21 Milan shows.[184] They are also known for their boldness and individuality, like Cardi B, who famously dawns attention-grabbing fashion ensembles a high visibility events, such as last year's American Music awards, and revealed her most recent pregnancy with a performance at last year's BET awards.[185, 186] Selena Gomez is also known for being bold, allowing herself to be vulnerable in public performing her song "Lose You To Love Me," about her heartbreak after her relationship with Justin Bieber ended, at the Video Music Awards immediately after she suffered a Lupus flare up and anxiety attack.[187]

86.    Consumers today are choosing to express elements of themselves that echo, or directly mirror, influencers or opinion leaders. As a result, brands that influencers use and endorse are more likely to be successful than those that are not. This is especially true in the case of apparel, a market that contains a number of different influencer groups, including professional athletes, popular musicians, actors, fashion models, and bloggers.

87.    Influencers also play a role in creating, nurturing, and strengthening the emotional and self-expressive benefits that consumers derive by using certain brands; using a product associated with a prominent public figure can generate certain feelings (e.g., "I feel stronger and tougher wearing the same brand as The Rock") or self-concepts (e.g., "I am like Mike"). It is therefore essential that apparel companies maintain a brand that will attract and retain

---

[184] https://www.vogue.co.uk/fashion/article/gigi-hadid-bella-hadid-fashion-week-influencers
[185] https://www.cnn.com/style/article/cardi-b-amas-host-outfits-fashion-2021/index.html
[186] https://www.nme.com/news/music/watch-cardi-b-reveal-pregnancy-on-stage-at-2021-bet-awards-2979341
[187] https://www.capitalfm.com/artists/selena-gomez/lose-you-to-love-me-ama-2019-performance-justin/

influencers, which requires that the company sustain premium connotations for its brand. If a brand falls out of favor with influencers, there could be adverse consequences at every other level in the hierarchy of influence.

88.    UGG understand the value of the exposure granted by influencers. In addition to the above mentioned celebrities who have been documented wearing products from the UGG Fluff Power collect, UGG collaborates and partners with a variety of influencers across different product lines. For instance, for its campaign debuting its new rainboots, the Drizlita, that "[let] you look good, feel fearless, and make a statement wherever you go," UGG partnered with Parris Goebel, a choreographer, dancer, singer, director and actress know for unapologetically expressing herself.[188] As part of its FEEL YOU campaign celebrating black history month, UGG partnered with fashion entrepreneur and author Brandice Daniel, who works to support designers of color, to focus on the social impact fashion can have.[189] UGG's stated motivation for the partnerships and collaborations it executes is "to elevate our brand, inspire younger generations, and express innovation in craftsmanship and creativity…with cultural pioneers who share our values of sustainability, advocacy, and originality."[190] When UGG partners with influencers like Brandice Daniel and Parris Goebel, it is an expression of its values of sustainability, advocacy, and originality, craftsmanship, and creativity, such that by wearing these same styles, UGG customers can show that they share these same values, that they are creative and original and care about sustainability and inclusivity. This transfer of values also occurs when celebrities like Selena Gomez, Cardi B, and the Hadids show themselves wearing the Fluff Yeahs; customers are

---

[188] https://www.ugg.com/story?id=express-yourself-rain-or-shine-with-parris-goebel
[189] https://www.ugg.com/story?id=feel-you-features-with-brandice-daniel
[190] 2022 UGG Brand Book 1.25.22, p. 14.

able to use the slippers to show they are bold like Cardi B and Selena Gomez or fashion forward like the Hadid sisters as they use the Fluff Yeahs to emulate them.

*Brand Customer Relationship*

89.    The value proposition of a brand that is based on powerful emotional and self-expressive benefits provides a higher-order basis for a relationship with consumers than one that draws solely on functional benefits.[191] This means that the brand transcends the product and is more than the product. The brand is far more important than the product itself.

90.    There are many examples of such brands in the marketplace. Consider, for example, Harley-Davidson or Starbucks. Clearly, there is significantly more to Harley-Davidson than the bike itself. In fact, the bike could potentially be undifferentiated and the same as another bike and it would make no difference to a Harley rider. A Harley owner buys into and belongs to a community, a value and a belief system that is shared. Starbucks, meanwhile, is a coffee brand in a market of coffee brands, but the Starbucks experience is unique. Starbucks is not differentiated by the coffee bean: rather, it is differentiated by the unique Starbucks experience. Howard Schultz, the company's CEO calls it the 'Third Place,' a place between work and home where consumers can connect. In the following two sections, I will analyze the transcendent value UGG provide customers as an authentic brand and as an iconic brand.

*UGG as an Authentic Brand*

91.    Based on the above analysis of the Brand Identity system of UGG, there appears to be several major strong associations, strong elements of the UGG brand. One of these associations is authenticity, defined as a brand's fidelity to the meaningful substance behind its product or service.[192] Today, authenticity is a key element of any strong brand, particularly one

---

[191] David Aaker and Erich Joachimsthaler, *Brand Leadership* (New York, NY: Free Press, 2009), p. 48.
[192] Ibid, p. 296.

that targets a fashion-conscious or fashion-forward consumer that values individuality and tools (apparel, footwear, etc.) with which to express themselves and their identities. I will now assess the UGG brand against the six criteria of authenticity, which can be defined as a holistic consumer assessment determined by six types of loosely related judgements involving: *accuracy, connectedness, integrity, legitimacy, originality,* and *proficiency. Accuracy* refers to the source being transparent and reliable in what is conveyed to consumers. *Connectedness* describes feelings of engagement and at times a sense of transformation. *Integrity* means the source is intrinsically motivated, while acting autonomously and consistently. *Legitimacy* refers to conformity in terms of adhering to norms, standards, rules, or traditions. *Originality* refers to a product or service standing out from the mainstream. Finally, *proficiency* refers to the display of skills, craftsmanship, and/or expertise in the offering.[193]

92.    The UGG brand story began in 1978, landing on the beaches of Southern California by way of Australian accountant-turned-surfer Brian Smith, starting with the core product of a sheepskin boot, that appealed to surfers wanting something warm and cozy to slip their feet into after getting out of the water. To this day, UGG has maintained its *integrity* as a proud Southern California brand, and sheepskin material is still core to the brand's identity. Even when introducing new products, such as the Fluff Power collection — which are described as "transitional products" — there is still a strong connection to UGG's brand heritage.[194]

93.    Also connected to this Southern California heritage is UGG's personality, which as I have described above are *bold, provocative, free-spirited, optimistic, unapologetic,* and *real*.[195] UGG's *originality* comes from the brand's determination to break the status-quo. UGG's

---

[193] Joseph C. Nunes, Andrea Ordanini, Gaia Giambastiani, The Concept of Authenticity: What it Means to Consumers, Journal of Marketing, May 2021 (https://doi.org/10.1177/0022242921997081)
[194] UGG AW18 ILR Presentation, page 129
[195] 2022 UGG Brand Book 1.25.22, page 3

products are bold and provocative, and are created to connect with consumers "who refuse to be defined by convention: for those who do things their way."[196] One particular example of UGG's connection to its heritage and consumers was the 2018 "40:40:40" campaign, which was "40 Days. 40 California Stories. 40 Styles." to celebrate UGG's 40th Anniversary.[197] The campaign was an embodiment of the UGG brand because it was a celebration of the brand's history and heritage, as well as "the icons of our brand today and the icons of the future, laying the groundwork for the path to the next 40 years."[198] UGG's *connectedness* is both deep and broad: Whether it's using celebrities — such as Cardi B, Lil Nas X, among others — to represent the brand on social media, or sponsoring local events and artists – such as the "Made in L.A. 2020" exhibit at the Hammer Museum — the brand is extremely dedicated to connecting and partnering with unique individuals who share the same values as the UGG brand.[199]

94.    Furthermore, UGG's journey in recent years to become a more fashion-forward brand has contributed to the brand's *legitimacy*. Recently, UGG upped its street cred in the fashion world through collaborations with fashion designers such as Jeremy Scott (creative director of luxury brand Moschino) and Phillip Lim (creative director of 3.1 Phillip Lim), as well as luxury brands with cult followings, such as Y/Project, Sacai, and BAPE, among others.[200] Critical to this has been the brand's long-standing commitment to premium products, which highlights the *proficiency* of the products. ██████████████████████████, signaling the time, attention, and detail that goes into perfecting the designs and ensuring the quality of the product.[201] As the brand has evolved and grown over the years, its commitment to

---

[196] 2022 UGG Brand Book 1.25.22, page 5
[197] UGG AW18 ILR Presentation, page 31
[198] Ibid
[199] UGG August 2020 Executive Summary, page 5
[200] UGG AW19 ILR Presentation 6.12.18, page 30
[201] Interview with Esther Kim, Senior Footwear Designer at Deckers Brands on 2/2/2022

quality products has remained at the core. This consistency also highlights the *accuracy* of the brand, and it still remains the brand's core focus for the future. UGG's dedication to quality products is the core of its sustainability journey. UGG's Spring/Summer 2021 collection marked the first time UGG went to market with sustainable products, signaling the brands deep dedication to staying true to the brand now and in the future.[202]

95.     In conclusion, throughout UGG's history, the brand has created a unique identity and presence within the fashion industry, all which has contributed to solidifying UGG as an authentic brand.

*UGG as an Iconic Brand*

96.     In business, few achievements are more prized than creating an iconic brand. After all, iconic brands are cultural innovators: They transcend the conventions of their categories to champion new ideologies that are meaningful to consumers, leading to increased customer loyalty and superior sales and profits, not to mention the added benefit of tons of free media coverage.[203] In cultural branding, inverting marginal ideologies is one of the tricks of the trade. Recall how Under Armour's "I Will What I Want" campaign pushed gender boundaries and challenged conventions: It featured Gisele Bündchen (a Brazilian supermodel) and Misty Copeland (the first African American Female Principal Dancer with the American Ballet Theatre) as muscular, strong, and engaged in workouts (kickboxing and *en pointe* in a studio, respectively) — thereby subverting traditional ideals of femininity and smashing stereotypes of models and ballet dancers as waifish or dainty. A brand can also sustain its cultural relevance by continually innovating, using cultural flashpoints. Take, for example, Dove's famous "Campaign for Real Beauty", which tapped into an emerging crowd culture at the time of celebrating the

---

[202] UGG SS21 ILR Marketing Presentation 2.4.20, page 7
[203] Douglas Holt, *Branding in the Age of Social Media*, Harvard Business Review, March 2016, p. 8

diversity of real women's physiques — young, old, curvy, smooth, wrinkled, short, tall, etc. — and eschewing the ultra-skinny, size 0 model look popularized by the fashion industry. It was a campaign that emerged as an icon of body-positive feminism.

97.     ███████████████████████████████████████

████████████████████████████████████████████████

████.[204] But how is UGG iconic? According to Holt, brands are most powerful "when they are advancing new ideas in society… It's not any ideology, but the right ideology at the right historical moment."[205] These new ideas, and their accompanying influences on society, cause individuals to grasp onto cultural symbols that help express their own identity, and as a result, "iconic brands are powerful brands because they are cultural symbols that people identify with."[206] There are four inter-connected components that must come together at the same time to a brand *iconic*: It (1) advances an ideology that (2) resolves a profound cultural tension, (3) at a particular moment in history, due to societal shift, (4) via content repurposed from subcultural 'source materials.'[207]

98.     I will now assess the UGG brand against these four inter-connected components to explore its status as an *iconic* brand. When Smith founded UGG in 1978, "surfing was adopted by rebels and activists, and became a countercultural movement," whilst "the beaches of Southern California had long been an epicenter of a relaxed, casual lifestyle."[208,209] This laidback lifestyle and surfer culture — what Holt would classify as 'source material' — was the main influence for the UGG brand going forward.[210] Whereas these sheepskin boots were actually

---

[204] 2022 Brand Book 1.25.22.pdf, p. 6
[205] https://maeda.pm/2018/07/08/doug-holts-cultural-branding-framework/
[206] Ibid
[207] Ibid
[208] https://www.ugg.com/story-ugg.html
[209] UGG SS20 ILR Global Marketing Plan Presentation, page 5
[210] https://maeda.pm/2018/07/08/doug-holts-cultural-branding-framework/

considered "daggy" (Australian slang for unfashionable) back Down Under, they became popular among surfers as "après-surf" beach wear for the warmth and water-wicking attributes of natural wool fleece. UGG's sheepskin boots flourished in this free-spirited environment, and "by the mid 1980's, the UGG brand became a symbol of relaxed southern California culture, gaining momentum through surf shops... up and down the coast of California."[211]

99.    The UGG brand spread among likeminded adventure-seekers and nature-lovers in the 1980s, but it was an emerging cultural shift of the 1990s that acted as a catalyst for UGG's mainstream adoption and *iconic* status. During the 1990s, the unconventional, laid back lifestyle that UGG symbolized was becoming more and more mainstream: "People were embracing, and feeling empowered, by living a more casual lifestyle and UGG became one of the symbols of this lifestyle."[212] By the 2000s, UGG had become an icon of this casual lifestyle with UGG boots being worn and loved by consumers and countless celebrities, including Kate Moss, Oprah, and Beyoncé.[213,214] The UGG brand purpose and products aligned perfectly with this emerging style and way of living.

100.    Even today, UGG is still pushing the boundaries and connecting with the brand's "rebel" origin story of being a brand that represents authenticity and challenging social norms. UGG's 2020 "Chaotic Fun" campaign, featuring "eccentric NBA legend" Dennis Rodman modeling UGG's "Fluff You" slipper in Samba Red is the perfect example: Because even though UGG has established itself as a truly iconic brand in mainstream contemporary society, UGG is

---

[211] https://www.ugg.com/story-ugg.html
[212] https://www.ugg.com/story-ugg.html
[213] https://www.ugg.com/story-ugg.html
[214] https://graziadaily.co.uk/fashion/trends/celebrities-ugg-boots/

still looking for ways to push the boundaries and celebrate individuals that are unapologetically themselves and "live by their own rules."[215]

101.    In conclusion, UGG is an iconic brand because it has a clear story from its heritage as a brand for the outsider, surfer culture to today as a widely accepted, mainstream brand that still pushes the boundaries and celebrates challenging the status-quo.

*Deckers/UGG/FLUFF Brand Hierarchy*

102.    As mentioned before, Deckers owns and manages several brands, but UGG is undoubtedly the most important one, contributing roughly 70% to the group's top line. From a consumer perspective, this may not matter much, but from a brand perspective, it is imperative: As the owner of UGG, Deckers is the corporate brand, which means it sets the tone, context, and strategy for which all brands in the portfolio are managed. In a portfolio, the leading brands generate the profits to carry the company forward in the future, so how well UGG does certainly affects Deckers' performance. Consider the way companies have hierarchies; brands have hierarchies too — and they are part of what I call brand architecture, a structure through which we can understand how brands identify their products and/or services, as well as how they are all connected and linked to one another (i.e., a brand hierarchy helps organize the vital brand elements and modifications within the products).[216] For example, the BMW Group (corporate brand) owns BMW, Mini, and Rolls-Royce (three masterbrands). Under BMW, there are the range brands of BMW i (its electric vehicle division) and BMW M (its well-known performance vehicles).

103.    As explained in **Figure 11** below, at Deckers (corporate brand), UGG is the Masterbrand, and Fluff can be considered both a range brand and a subbrand.

---

[215] https://www.complex.com/style/2020/11/dennis-rodman-co-stars-in-ugg-fluff-you-campaign
[216] Aaker, David A. & Erich Joachimsthaler, *Brand Leadership*, New York: The Free Press, 2000.

**Figure 11: Deckers / UGG / Fluff Brand Hierarchy**

| | | |
|---|---|---|
| Corporate Brand | Deckers | The overall corporate brand, of which the masterbrands are part of its portfolio |
| Masterbrand | UGG | The most important brand in the portfolio in terms of revenues (UGG is nearly 70% of group sales) |
| Range Brand | Fluff | A collection brand that has a strategic role for Deckers (expands across seasons) |
| Subbrand | Fluff | The subbrand that has a particular role (e.g., driving new consumers to the masterbrand UGG) |
| Variant | Yeah | A variant of the subbrand that appeals to a particular segment or audience |

104.    Figure X makes clear that the brand promise and value proposition of UGG is contained in products at all levels: the masterbrand UGG, the range brand/subbrand Fluff, and the variant Yeah. When a consumer buys a pair of Fluff Yeah slides, they are effectively buying a piece of the history or heritage of UGG. ███████████████████████

████████████████████████████████████████████████████

███████████████████████████[217] Having been driven to the UGG masterbrand by the Fluff subbrand, the latter group of consumers may then go on to buy other best-selling UGG styles, such as the UGG Classic Short, or the Ugg Bailey Bow.

105.    In this way, it is easily seen that Fluff, through its design, look and feel, is the subbrand that plays the driver role (i.e., driving consumers to UGG). The reason the Fluff Yeah slide is so successful lies not merely with the functional reason that it has an open-toe construction and elastic strap, allowing the wearer's foot to stay cool in it even when wearing it in the summer. In my interview of Kim, she attributed the explosive success of Fluff Yeah

---

[217] UGG DTC Updated Quant Report_4 26 21 FINAL.pdf, pp. 27, 57

largely to its statement-making qualities and strong recall ability to the UGG brand. First, despite being a slipper, it is not sleek or meek; instead, its design of an oversized vamp evoked the not-particularly-slim silhouette of UGG's classic boot styles, effectively making it "the same expression of boldness in a slipper way," said Kim. Second, it was effectively endorsed by the celebrities with bold personalities — namely hip-hop artist Cardi B and Canadian pop star Justin Bieber — who were early and vocal adopters of the Fluff Yeah, posting pictures of their feet in the slipper on social media. Third, and perhaps most important, it was an expression of the brand in an unexpected, unapologetic, and fashion-forward way. As Kim said: "The logo back-strap made it an item and set it apart. You can wear it around the house, but if you wear it outside, you are expressing your *fashionability* [emphasis added]."

106. ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████

████████████████████████████████

███████████

107.    In conclusion, UGG is a brand with depths and textures that, create across the dimension of its Brand Identity System, which encompasses a unique belief system of delivering the feeling of comfort and support their customers need to express themselves through premium quality, sheepskin/fluff material, bold styles, and authenticity. That authenticity is seen in its

commitment to staying true to the brand's heritage — including its Southern California roots and use of sheepskin as a core material — and has allowed UGG to create a unique identity and presence in the footwear industry. It is also an iconic brand, because of its origins as a brand popular among outsiders and its current efforts to push boundaries and celebrate challenging the status-quo. Last but not least, there is a brand hierarchy at Deckers, where Deckers is the corporate brand, UGG is the Masterbrand, Fluff as a collection is the range brand that strategically helps UGG reach a younger consumer all year round, and Fluff is also the subbrand whose role is to drive consumers toward UGG in general.

## **VI.    HARM CAUSED TO THE UGG BRAND BY WALMART**

*How Consumers Can Be Fallible*

108.    In this section, I will discuss how Walmart's infringing actions can harm the UGG brand. In order to determine how Walmart's actions harm the UGG brand, it is useful to understand how consumers learn about brands in the marketplace and in the ordinary course of their lives, and how they make decisions towards a purchase. They will help elucidate the impact that Walmart and its sale of the Accused Products have on: (1) the UGG Fluff Yeah slide, (2) consumers' perceptions of the UGG brand, and (3) Deckers overall.

109.    One important aspect is how consumer perceptions of brands or brand associations are formed or created. Scientific research has proven that these processes happen consciously or subconsciously. A significant part of the information that consumers learn and store about a brand is not acquired in the context of a specific decision, but rather acquired incidentally, without a specific intention to learn that information.[218] A consumer can

---

[218] Herbert E. Krugman, "The Measurement of Advertising Involvement," *The Public Opinion Quarterly, 30*(4) 1966, pp. 583-596.

incidentally acquire information about brands through indirect exposure, such as seeing ads on social media, passing by different labels in brick-and-mortar stores, or observing what friends or influencers wear. This information that is now stored will resurface when the consumer is actually going through their own search or purchase journey when shopping for or researching shoes, for example. If a consumer misattributes information about Walmart to UGG (or vice versa) and incorrectly stores information about each in their memories, that information may later arise when they are next considering purchasing an item from UGG (or Walmart, in the reverse scenario). In the next section, I will discuss the potential for these scenarios to occur based on well accepted scientific principles grounded in comprehensive empirical psychological and consumer research and the implications for harm.

110.    Memory plays an important role in the consumer decision making process and the way a brand is "stored" in consumers' minds.[219] Memory traces for brands include associations that could be a thought or belief, an emotion, a product feature or advertising — things that are all linked to the brand identity. The brand associations that consumers hold in memory are important for establishing and maintaining a brand's identity and equity.[220] Therefore, weakening of these associations, through the presence of similar looking brands, brand cues, or products, can directly harm a brand.[221]

111.    Cognitive psychologists and marketers often conceptualize the storing of information in people's memories as a network of nodes, representing individual memory elements that are connected to one another.[222] It is generally believed that the brand name serves

---

[219] Hoyer, Wayne D. and MacInnis, Deborah J. *Consumer Behaviour,* Hougthon Mifflin, 4th Edition, p. 170-171, 2007
[220] Keller, Kevin L. "Conceptualizing, Measuring, and Managing Consumer-Based Brand Equity," *Journal of Marketing*, 1993, 57 (1), p. 1-22
[221] Keller, Kevin L. *Strategic Brand Management*, Prentice Hall, 4th Edition, 2013
[222] Andersson, John R. *The Architecture of Cognition*, Harvard University Press, 1983; Collins, Allan M. and Loftus, Elizabeth F. "Spreading Activation Theory of Semantic Processing," *Psychological Review*, 1975, 82 (6) l. 407-428

as the central node in consumer's memory. At the same time, core elements of the brand identity, such as a brand's logo, design, colors, and features, can be so closely connected to the brand name that they operate virtually the same way as the brand's central node.[223] This is illustrated in Figure 12 below.

**Figure 12: Illustrative Associative Memory Network**



112.    A typical way to analyze such a map is to look at several dimensions of the associative memory network. These dimensions include: the number of links between the principal memory node and the associated ones, the degree to which associations are linked more closely to the principal memory node, and the degree to which associations are linked to one another. When comparing two associative memory networks, we also look at the degree to which these dimensions are similar to or different from each other.

113.    Based on my analysis of the UGG brand in Section V, we can build an example of an associative memory network for the UGG brand, which would include associations such as: its core and consistent use of sheepskin as a material in its products; its premium position in the market, its bold styling in its products. It could also include associations such as: "cute," "style,"

---

[223] Keller, Kevin L. *Strategic Brand Management*, Prentice Hall, 4th Edition, p. 268, 2013

"comfy," and "comfort" — all top reasons for buying UGG products cited in studies conducted by UGG.[224]

114.    On the other hand, we can build an example of an associative memory network for Walmart, which would include associations such as "everyday low price," "trash quality," and "Get the Look for Less".[225,226] These associations are *prima facie* inconsistent with the associations with UGG that consumers hold in their heads. According to retail industry research from IBISWorld, shopping at a Walmart is anything but a premium experience: Shoppers sometimes have trouble finding what they need thanks to the fact that "some shelves aren't stocked [correctly], items are missing, shelves are messy, merchandise may be in a different spot than last time [you shopped there]."[227] And even though the item may cost only a few dollars, Walmart customers are sometimes still disappointed they don't get the right bang for that buck: If it falls apart, doesn't work well, or something else goes wrong, the customer may feel that they would have been better off paying a little more elsewhere for something else that functioned better.[228]

115.    In the case of fashion or lifestyle footwear, consumers tend to make inferences about the quality of a shoe based on elements such as its style and appearance, or whether, quite importantly, it is comfortable to wear. High product satisfaction may result in consumers telling others about how pleased they are with the product through, for instance, word-of-mouth or social media postings; strong product dissatisfaction may have mirroring results. ██████

████████████████████████████████████████████████████████

---

[224] UGG DTC Updated Quant Report_4 26 21 FINAL
[225] WM-DECKERS0000342
[226] https://katiecouric.com/katies-picks/cheap-designer-walmart-womens-clothes/
[227] https://www.marketwatch.com/story/4-reasons-walmart-is-the-most-hated-retailer-in-america-2015-02-18
[228] Ibid.

████████████████████████████████████████████████████ [229] UGG

itself is very aware of this, saying: "Negative claims or publicity regarding us, our products, our brands, our marketing campaigns, or our celebrity endorsers, could adversely affect our reputation and sales regardless of whether such claims are accurate. If consumers begin to have negative perceptions of our brands, whether or not warranted, our brand image would become tarnished and our products would become less desirable, which could have a material adverse effect on our business."[230] Meanwhile, at Walmart, where product differentiation is low, reviews can make or break a product or brand and have the power to influence consumer decisions both negatively and positively: A third of Walmart customers said they are influenced to purchase the product with the best ratings or reviews (32%) and product reviews that contain photos or videos in them (29%).[231]

*Retrieval*

116.    In order to further understand the learning, storing and retrieval of brand associations, it is helpful to consider specific cognitive processes that are taking place when consumers engage with brands when making a purchase decision.

117.    *Retrieval* is the process of activating stored information, bringing it into consciousness, or the "working memory." During that process, consumers can either expand or modify the contents of the memory, for example by adding new associations or updating existing associations to reflect newly acquired information.

---

[229] UGG DTC Updated Quant Report_4 26 21 FINAL.pdf, p. 29
[230] https://www.sec.gov/ix?doc=/Archives/edgar/data/0000910521/000091052121000017/deck-20210331.htm
[231] https://marketplace.walmart.com/9-things-about-walmart-customers/

118.    When embarking on their purchase journey, the consumer goes through the process of retrieval, or the accessing of what they have stored in memory.[232] In order for consumers to retrieve information about a brand, it is important that each of the network elements or a combination of elements can evoke the brand correctly. One factor affecting retrieval is the strength of the links between a brand's core tangible assets (i.e., name, logo or design) or intangible assets and their perceptions and associations in the minds of their consumers called a brand's "memory trace." These traces represent beliefs about the brand's main attributes and benefits (e.g., functionality, quality); experiences with the products or services, whether direct (e.g., personal experience) or indirect (e.g., word-of-mouth, influencers, advertising); and other beliefs or feelings about the brand (e.g., popularity with peers, relevance to personality). The stronger the link that connects information to the brand, the easier it is to retrieve from memory.[233] Thus, the structure and content of a brand in consumers' memory is critical to a brand owner like UGG. Brand owners invest time and significant resources (i.e., advertising spend, sponsorships, messaging strategies, etc.) in creating and sustaining the types of associations in consumers' minds that translate into a strong brand identity and, ultimately, consumers' decisions to purchase products or services offered under the brand. Activities by competitors — in this case, Walmart —that weaken those brand associations can result in weaker brand identity.[234]

_Recognition and Recall_

---

[232] Wayne D. Hoyer and Deborah J MacInnis, Consumer Behavior (3rd ed.) Boston, MA: Houghton Mifflin, 2003.
[233] Kevin L. Keller, Conceptualizing, Measuring, and Managing Consumer-Based Brand Equity, Journal of Marketing, 1993, 57 (1) pp. 1-22.
[234] Ibid.

119.    The retrieval process can generally take two forms: *recognition,* or *recall.*[235] Both of these processes are important in this case, as false recognition and recall can lead to wrong information being stored in the consumer's memory, which will go on to negatively impact associations with the UGG brand and its product offerings.

120.    *Recognition* is the process of consumers recognizing something they have seen before, allowing any stimulus (e.g., a name, logo, advertising, product) to find a match within an existing reference in memory.[236,237] Consumers may only glance at such a stimulus or see a fraction of it but still recognize it as something familiar based on what is stored in memory. If there is a high degree of similarity between such a stimulus and the information stored in memory, the likelihood of false recognition is high.

121.    Based on an expert report of a comparison of UGG's Fluff Yeah slide and Walmart's Accused Products (also known as the Kendall + Kylie "Shani" slipper), it is clear that the two pieces of footwear share many common features.[238] For example, the UGG Fluff Yeah slide is described on the UGG website as "combining slipper and sandal into a cozy statement shoe", as well as featuring UGG's signature "plush sheepskin" and a "slip-on entry" into the shoe.[239] Meanwhile, Walmart's description of the Kendall + Kylie "Shani" slipper on its website includes the strikingly similar adjectives of "plush" (when describing "faux fur") and "slip-on" (when describing "styling").

122.    A side-to-side comparison of the two shoes in Figure X reveals that a number of visual elements are similar, including but not limited to:

---

[235] Anderson, John R. *The Architecture of Cognition*, Harvard University Press, 1983
[236] Anderson, John R. *The Architecture of Cognition*, Harvard University Press, 1983.
[237] Gertner and Markman, A. B. "Structural alignment in analogy and similarity" *American Psychologist*, 1997, 52(1), p. 45-46.
[238] Expert report of Caroline de Baëre, filed Feb 11, 2022, pp. 6-7
[239] https://www.ugg.com/womens-slippers/fluff-yeah-slide-ombre/1122990.html?dwvar_1122990_color=SPMM,

a) a platform sole with a furry footbed and furry perimeter sides;

b) a wide vamp having a furry exterior;

c) an open toe; and

d) an elastic heel strap extending from one side of the vamp to the other.[240]

**Figure 13: Visual Comparison of UGG's Fluff Yeah and Walmart's Accused Products**



123.    Additionally, I observe that, in both examples, the elastic strap sports a logo in large font; as well, the amount of surface area taken up by the design of the furry upper is strikingly similar in both designs, and this makes two shoes appear similar, especially at a distance.

124.    Now, this is where the importance of design and style comes into our discussion of *recall*. *Recall* involves a more extensive activation of the network in memory than *recognition*. It requires more effort and more elaborate processing because consumers need to reproduce the information from memory, not merely recognize or identify the information.

---

[240] Expert report of Caroline de Baëre, filed Feb 11, 2022, p. 9

Regardless of how strong a brand is defined in a consumer's memory, recall errors can occur: This happens when *new* information is *wrongly* encoded. One example is a scenario in which a consumer who is familiar with UGG and its oversized fluffy slipper sees an extremely similar oversized fluffy slipper in the footwear section at Walmart. Due to the visual similarity of the shoes, there is potential for the consumer to encode information about Walmart by recalling the UGG brand in their memory. As a consequence, the consumer will now mistakenly recall perceptions about UGG and knowledge about the UGG brand identity — such as its well-made products or good-quality materials, its image as an iconic or countercultural brand with "ugly is cool" products, a neatly laid out in-store experience at a branded store or better department store — because they are now inconsistent with what they have seen at Walmart — if it is the case that the products are poorly-made and "feel like cardboard covered in fake fur" with low-quality straps that are barely sewn on, a mass-market, "Get the Designer Look for Less" ethos, and a messily-stocked in-store experience.[241,242] Thus, brand cues can lead to consumers learning and storing incorrect information about UGG that is retrieved at a later stage, when this consumer is actively considering purchasing items from the brand.

125.    Design and style also make the retrieval process, as described earlier, easier. This is because consumers access memory using cues, which are akin to mental shortcuts that help them quickly retrieve information; the extent to which they use these cues also varies, according to how motivated and able they are to do summon them.[243] Design and style are also important triggers of recognition, which generally takes place very quickly and very easily. Consumers may have a glance at something, or see a fraction of it, before recognizing it as something

---

[241] WM-DECKERS0000342
[242] https://katiecouric.com/katies-picks/cheap-designer-walmart-womens-clothes/
[243] Hoyer, Wayne D., MacInnis, Deborah J., and Pieters, Rik. Consumer Behavior, Cengage Learning, 6th Edition, p. 46, 2012

familiar. As the saying goes, "a picture paints a thousand words" — this is backed by research

has shown that design and style, including visual imagery, have a higher ability of discrimination

as compared to words.[244] Hence, design and style are very powerful in differentiating a brand

from competitors and are key determinants of marketing and sales success.[245]

126.    Not to be discounted is the fundamental and indisputable fact that design and style

hold intrinsic value to consumers. Empirical research shows that consumers take pleasure in

aesthetically pleasing designs.[246] *Ceteris paribus*, consumers prefer the brand that they perceive

as more attractive.[247] This is particularly the case in the premium footwear category where

products and brands are a means of self-expression or a means of expressing membership in a

community.[248] Footwear is worn on the person, and, in that sense, is "on display" to others.

127.    As mentioned earlier, consumers form perceptions and associations around

brands, especially through an evaluation of their design and style. Brands and visual cues help

consumers connect these perceptions and associations with their previous experiences with that

brand. These recalled experiences are then used to guide future decisions, and this process is

referred to as "judgement-by-exemplar."[249] This process enables consumers to take more rapid

decisions after the initial interaction has been experienced, especially in situations where

consumers are not consciously making an active purchase decision, but rather relying on a quick

information processing for their evaluation and assessment of their surroundings. However,

---

[244] Henderson, Pamela W. and Cote, Joseph A. "Guidelines for Selecting or Modifying Logos," Journal of Marketing, 62(2), p. 14-30, 1998
[245] Bloch, P. H. "Seeking the Ideal Form: Product Design and Consumer Response," Journal of Marketing, 59, p. 57-71, 1995
[246] Jordan, P. W. Designing pleasurable products: An introduction to the new human factors. CRC Press, 2002
[247] Creusen, M. E. H. and Schoormans, J. P. L. "The Different Roles of Product Appearance on Consumer Choice," Journal of Product Innovation Management, p. 63-81, 2005
[248] McAlexander, James H. and Schouten, John W. "Building Brand Community." Journal of Marketing (66) Winter, p. 8, 2002
[249] Pham, Michel T., Cohen, Joel B., Pracejus, John W., and Hughes, David G. "Affect Monitoring and the Primacy of Feelings in Judgment," Journal of Consumer Research Vol 28, Issue 2, p. 167-188, 2001

when doing so, human judgement also becomes subject to cognitive limitations / biases, which can have significant implications — both positive and negative — for what and how brand associations are stored in a consumer's memory network.[250] Significant harm can occur to footwear brands such as UGG because many of the decisions that consumers make can be unplanned (called a variety-seeking purchase), or habitual. Often these decisions are made on impulse. Empirical research shows that brands that are linked to products that are high on identity expressions — like UGG or Fluff — are more likely purchased as an impulse purchase, even at higher price levels.[251] Significant harm to Deckers occurs because shoe purchases tend to be relatively frequent. Consumers spent $5,400 per year on average on impulse purchases of food, clothing, household items, and shoes.[252]

_Contextual Cueing_

128.    In order to better understand the cognitive process of false recall and recognition, it is important to understand how consumers evaluate brands from a cognitive science or psychology perspective, as well as a brand and consumer behavior perspective. Daniel Kahneman separates the human thinking process into two systems: System 1, and System 2.

129.    System 1 is the overarching definition of _fast_ thinking, meaning thought processes involved in making immediate assessments of the world around us. System 1 is constantly alert and is working relatively effortlessly in processing information or cues about a brand, such as visual logos/names/symbols, with all senses, often without conscious control. System 2 is the rational, controllable side of decision-making and is often associated with a person's true self.

---

[250] https://www.verywellmind.com/what-is-a-heuristic-2795235
[251] https://link.springer.com/article/10.1007/s11747-019-00670-w
[252] O'Brien, S. (2018). Consumers Cough Up $5,400 a Year on Impulse Purchases. _CNBC.com_ , February 23, Retrieved July 30, 2018 from https://www.cnbc.com/2018/02/23/consumers-cough-up-5400-a-year-on-impulse-purchases.html. Accessed 30 Jul 2018.

System 2 consumes a large amount of cognitive energy; it is *slow* and therefore not amenable to being constantly "switched on." Consumers rarely use System 2 to make decisions; in fact, up to 90% of decisions or the processing of information is actually made unconsciously, meaning that consumers rely on System 1 the vast majority of the time.[253] However, when consumers make a decision in System 1, System 1 passes it on to the consumer's System 2 — their conscious mind — so that consumers feel that they have consciously made a decision, even though by the time they are aware of that decision, it had already been made subconsciously.[254] The problem is that since System 1 is always on autopilot and most information processing takes place there, consumers can easily process and encode incorrect information into their memory of UGG that they have actually received from branded marketing material using confusingly similar visual cues of a brand, like oversized fluffiness. This means that the potential harm to the UGG brand through Walmart's use of these highly similar brand elements is clear and present.

*Cognitive Laziness, Effort Reduction, and Inferences*

130.    Consumers frequently make judgments and decisions based on limited information and knowledge, i.e., *inferences*.[255] Inference formation typically involves the creation of "if-then" linkages between information (e.g., visual cues, heuristics, arguments, knowledge) and conclusions.[256]

131.    There are two basic inference processes: (1) *induction* (the process of generalizing based on specific information to form general conclusions), and  (2) *deduction* (process of

---

[253] Kahneman, Daniel. *Thinking Fast and Slow*, Farrer Strauss Giroux, 2011.
[254] Ibid.
[255] Kardes, Frank R., Posavac, Steven S., and Cronley, Maria L. "Consumer Inference: A review of Processes, Bases and Judgement Contexts," *Journal of Consumer Psychology*, 14(3), p. 230-256.
[256] Kardes, Frank R. "Consumer Inference: Determinants, consequences and implications for advertising," in Mitchell, Andrew A. (eds.), *Advertising Exposure, Memory and Choice,* Erlabum; Kruglanski A.W. and Webster D. M. "Motivated closing of the mind: Seizing and freezing," *Psychological Review*, 103, 1996, p. 263-283.

deriving specific conclusions from general principles or assumptions).[257] Information to base inferences on can either be situationally available or retrieved from memory (examples of the latter being previously formed beliefs, attitudes, categories, or schemata).[258] Inductive-memory-based inferences involve the use of specific cues — such as price, brand reputation, style and design, and logo — to draw general conclusions about benefits that are difficult to assess directly — such as quality, reliability, or utility. This process involves previously formed theories or explanations to link the specific cues to general conclusions.[259] UGG and Walmart, and their respective names and logos, serve as important cues for consumers to make inferences about their respective product quality, brand identity, values, etc. These conclusions can be formed either automatically or deliberately, depending on whether the person assessing the visual cue is using Kahneman's System 1 or 2, as described above.

132.    Meanwhile, memory-based inferences are more likely to happen when the product category is similar — in which case it will trigger consumers to rely on heuristics or heuristic cues to help aid memory.[260] Problems arise, however, when the information presented to consumers is not consistent with the inferences that aid their judgement: Subsequent messages from the brand might be dismissed, and loyalty to the brand might decrease.[261] In other words, when consumers mistakenly associate the UGG Fluff Yeah with Walmart's Accused Product, the perceptions held by consumers familiar with UGG (e.g., UGG's premium positioning in the market and authentic identity) will be harmed — first by being deemed less distinct and then by

---

[257] Beike, D.R. and Scherman, S. J. "Social Inference: Inductions, deductions, and analogies," in Wyer, R.S. and Srull, T.K. (eds.), *Handbook of social cognition,* Erlbaum, 1994 p. 209-285.
[258] Lynch, J.G. and Scrull, T.K. "Memory and attentional factors in consumer choice: Concepts & research methods," *Journal of Consumer Research*, 9, 1982 p. 18-37.
[259] Kardes, Frank R., Posavac, Steven S. and Cronley, Maria L. "Consumer Inference: A review of Processes, Bases and Judgement Contexts," *Journal of Consumer Psychology*, 14(3), p. 230-256.
[260] Ibid.
[261] Hoyer, Wayne D. and MacInnis, Deborah J. *Consumer Behaviour,* Hougthon Mifflin, 4th Edition 2007, p. 155.

being associated with the mass-market merchandiser and retailer that is Walmart. (Consumers perceive brands to be inauthentic when "they ooze with the commercial intent of their sponsors."[262] As a ubiquitous, mass-market, multi-billion-dollar company, Walmart's commercial intent as it pertains to footwear is self-evident.)

*Categorization*

133.    Another important element of brand associations is categorization, which is the process of placing services or products that we encounter into a category of services that we already know something about. For instance, when a child encounters a golden retriever for the first time, he or she may rely on categorization processes to identify that it is a "dog." Categorization allows us to learn more efficiently about the environment by allowing inferences based on the already known characteristics of a category ("category-based" inferences).[263] In the example above, this allows the child to infer that, given the golden retriever is a dog, it can bark and bite if it is annoyed.

134.    Brands can function as categories. For example, if UGG introduces a new shoe style, a piece of information will be stored in consumers' UGG brand memory, and here it is critical that the consumer categorizes this shoe style as a part of the UGG brand's offering. In order to do so, the consumer does not need to verify every single feature of the shoe. Instead, the consumer can make an inductive memory-based inference, and by simply recognizing a visual cue — in this case, UGG shoes' oversized fluffiness — the consumer is able to place this shoe in their UGG brand memory. The fact that only a few key features of a product or service are reviewed (e.g., fabric quality, style) during the process of categorization increases the chance

---

[262] Douglas B. Holt, "Why Do Brands Cause Trouble? A Dialectical Theory of Consumer and Branding Culture," Journal of Consumer Research 29, (2002): p. 83.
[263] Cohen, J. B. and Basu, K. "Alternative models of categorization – toward a contingent processing Framework," *Journal of Consumer Research*, 13 (4), 1987, p. 455-72.

that a product or service offered with lookalike visual cues will be mistaken for the original, or incorrectly associated with each other. This is especially true when the common element (again, here, oversized fluffiness) is one of the core features of the original brand's product that consumers rely on to identify that brand and the services or products with which it is used.

135.    As explained above, consumers naturally can become subject to cognitive biases as they are instinctively looking for ways to reduce their effort in the purchase decision-making process – making their judgments and inferences more prone to cognitive biases. This process is further fueled by consumers' categorization process, which may lead them to categorize Walmart's footwear offering as being connected to UGG's footwear offering, based on similarities of the core visual element that consumers rely on in the categorization process.

136.    It is not necessary that there is a specific design element or a single brand element that potentially cues the brand incorrectly; rather it is the "whole package," the collection of similarities. For example, both Deckers (UGG's parent company) and Walmart sell large volumes of footwear and both target a broad audience of consumers. UGG's customers likely shop at Walmart, whilst Walmart customers potentially can and do like UGG footwear. Both brands also use celebrities in their marketing efforts. These are brand elements that apply to both UGG and Walmart, in addition to the close similarities of the UGG Fluff Yeah and Walmart's Accused Products. According to Gestalt psychology, a dominant theory that has influenced the frameworks and models of branding discussed earlier, it is not any individual design element (such as the design of the shoe) but rather the elements working together that produces an effect on the viewer.[264] Individual design elements are organized by consumers into more complex

---

[264] Aaker, D.A. (1996). Building Strong Brands, NY: The Free Press, p. 93.

components allowing them to make sense of the visual object.[265,266,267] Therefore, given the visual similarities between the two products, there is the distinct potential for consumers to make mistakes in choosing one of the two, and therefore for harm to occur to UGG.

### *How the Actions of Walmart Can Harm the UGG Brand*

137.    The differences in business model and value proposition of UGG and Walmart, coupled with the similarities between the UGG Fluff Yeah and Walmart's Accused Product, viewed through the lens of consumer psychology constructs and biases as described above, all come together to create significant potential for harm to the UGG brand.

138.    One way this is going to happen is because there is potential for consumers to wrongfully assume that UGG has collaborated with Walmart on, for example, a diffusion line of its best-selling furry slipper, the UGG Fluff Yeah. I believe the proper term used here is that consumers might see Walmart's Accused Products to be offered in association with, or in collaboration with, or with a license from, UGG and/or Deckers.

### *Harm due to Positioning*

139.    There are several areas of significant potential harm that the actions of Walmart cause to UGG and Deckers. In the next paragraphs I will describe these harms. First is the harm of lowering the fundamental positioning of UGG as a premium lifestyle brand, one that is also a recognized symbol of luxury and style (see p. 3 of the complaint). In my industry analysis above, I have clearly established how differentiating and unique a position for a brand is. A brand that

---

[265] Koffka, K. (1922). "Perception: An Introduction to the Gestalt-Theories," *Psychological Bulletin*, 19 (October), 531–85.
[266] Wertheimer, M. (1925), "Untersuchungen zur Lehre von der Gestalt: II (Investigations in Gestalt Theory: II)," *Psychologische Forschung*, 4 (2), 301–350.
[267] Veryzer, R W. (1999). "A Nonconscious Processing Explanation of Consumer Response to Product Design," *Psychology and Marketing*, 16 (6), 497–522.

assumes this position has a significant competitive advantage.[268] This area of the footwear industry is ultracompetitive, but it also is a market that grows well and that is essentially key to success of Deckers as a company. Walmart causes significant harm to Deckers by retailing the Accused Products. This is so because Walmart's position in the footwear industry is one of a mass-market retailer that provides value to consumers through an everyday low price strategy, a broad assortment, and extremely high convenience. It is easy to shop at Walmart, as it has so many locations throughout the United States; if you don't live near a Walmart store you can definitely shop it online. Walmart's positioning and competitive advantage is apparent in the broad and pervasive availability of the Accused Products. As mentioned before, Walmart has nearly 5,000 stores across the United States, and its ecommerce sales tripled in its most recent fiscal year. In the first 2 weeks of its launch, Walmart's Accused Products had a 16% sell-through rate.[269] Harm occurs here because the premium part of the footwear market addresses different needs than those of the mass-market, as discussed above. Competitiveness in the premium footwear market requires brands to address the consumer's need to express a part of their self-concept or identity. This will be significantly harder to do when the same product or similar product is available in the marketplace.

*Harm of the Authenticity Associations*

140.    One of the success factors of UGG is that it is perceived as an authentic and even iconic brand. There are many elements of authenticity mentioned above, including its history and heritage and its brand and marketing efforts around a particular UGG boot. Walmart does not have, as far as I know, the same history and heritage. Hence, consumers are likely to believe that

---

[268] Bridson, Kerry and Evans, Jody. *The Secret to a Fashion Advantage Is Brand Orientation*, International Journal of Retail & Distribution Management, Vol. 34, Number 8, 2004
[269] WM-DECKERS0000132

Walmart's Accused Products are marketed by license from, or endorsed by, UGG and/or Deckers. This allows Walmart to benefit from UGG's awareness and reputation it has developed in the lifestyle footwear category and misleads consumers.[270]

141.    Scientific research shows that when a product mimics a feature of another product, the copycat undermines not only the distinctiveness of the feature, but also the differentiating potential of the underlying theme.[271] Thus, Walmart not only diminishes the uniqueness of the Fluff Yeah brand and harms its authenticity, but it also acquires awareness for its brand in the lifestyle footwear category. Walmart's imitation of the unique and distinctive design features of UGG over the many years that are encoded in Fluff harms the uniqueness and power of the UGG brand. This ultimately affects Deckers' ability to build strong awareness for UGG or Fluff through the consistent usage of the design as a powerful visual cue in marketing efforts, as it immediately triggers a recognition in consumer's mind and activates their UGG memory network. As it is well established that brand awareness drives sales, the purposeful strategy that UGG has taken over time to reach new target consumers with the Fluff, will go to waste, and sales may decrease as they are transferred to Walmart, who is now able to "freeride" on UGG' high brand awareness.[272] This is especially true if consumers become subject to cognitive biases in a post-purchase situation and recalls the UGG or Fluff brands through a

---

[270] Pullig, Chris, Simmons, Carolyn J. and Netemeyer, Richard G. "Brand Dilution: When Do New Brands Hurt Existing Brands," *Journal of Marketing Research,* Vol. 70, p. 52-66, 2006; Morrin, Maureen. "The impact of brand extensions on parent brand memory structures and retrieval processes," *Journal of Marketing Research,* 36, p. 517-25, 1999; Peterson, Robert, Smith, Karen H. and Zerrillo, Philip C. "Trademark dilution and the practice of marketing," *Journal of the Academy of Marketing Science,* 27 (2), p. 255-68, 1999; Choy, Minkyung and Kim, Jay II. "New brands diluting the personality of existing brands," *Journal of Brand Management*, 20 (7), p. 590-607, 2013

[271] Van Horen, Femke and Pieters, Rik. "Consumer evaluation of copycat brands: the effect of imitation," *International Journal of Research in Marketing*, 29 (3), p. 246-255, 2012

[272] Keller, K. Conceptualizing, Measuring, and Managing Customer-Based Brand Equity. *Journal of Marketing, 57*(1), 1-22, 1993,, MacLeod, A., "Naïve Intent: The Correlation between Brand Awareness and Sales in an Identical Product Category," unpublished thesis, London Metropolitan University, 2014

memory-based inference caused by the recognition of the unique design or its heritage. However, this is also the case in situations where the consumer actually is capable of recognizing that the Walmart's Accused Products belong to Walmart. According to Warlop and Alba (2004), there is a risk that consumers might interpret similarity in terms of substitutability.[273],[274] This is especially true as a "blatant imitation of a market leader," can in fact benefit the imitator, if the visual similarity of the copied feature, here the design, can be interpreted as a valid signal of benefit similarity based on the imitator's attempt to communicate competitive parity.[275],[276] This indicates that Walmart is able to freeride on UGG brand awareness not only in situations where there is post-sale context, but also in situations where the consumer is in fact aware that these shoes are produced and sold by Walmart. Due to their high awareness of the UGG brand, and consumers ability to become subject to cognitive biases, consumers will start infusing their Walmart associative memories with associations that originally belong to UGG.

### *Harm to Social Identity*

142.    Similarly, due nature of the category, and footwear's role as a means for consumers to express their identity, a brands perceived quality plays an important role in this process. From the above discussion on the UGG brand, it is clear that quality, premium and perceptions of style, and authencity are closely related and make up the core of the UGG brand. This is an essential asset that is harmed by Walmart. As consumers use products to construct and express their desired identities, a pair of shoes can be a crucial element to building and

---

[273] Warlop, L., and Alba, J.W., "Sincere Flattery: Trade-Dress Imitation and Consumer Choice," *Journal of Consumer Psychology*, Vol. 14, p. 21-27, 2004
[274] Henard, D.H., and Szymanski, D.M., "Why some new products are more successful than others, *Journal of Marketing Research*, 2001
[275] Friedstad, M., and Wright, P. "The persuasion knowledge mode: How people cope with persuasion attempts. *Journal of Consumer Research*, 21, p.1-32, 1994
[276] Campbell, M.C., and Kirmani, A. Consumers use of persuasion knowledge: The effects of accessibility and cognitive capacity on perceptions of an influence agent. *Journal of Consumer Research*, 27, p. 69-83, 2000

communicating identities. According to Escalas and Bettmann (2005), some products are more easily able to communicate things about their users, such as symbolic products, versus the ones that are more instrumental or utilitarian.[277] As previously mentioned, shoes play an important role as identity-signaling products that can unlock identity inferences about others. Social identity theory generally breaks identity into two components: personal identity (i.e. identity related to an individual's sense of self) and social identity (i.e. the various identities that are related to groups which a person belongs to or is affiliated).[278] Reference group literature typically distinguishes between three types of reference groups: membership groups (groups that an individual belongs to, i.e. women, students, family), aspirational groups (i.e. celebrities, famous athletes) and dissociative groups, that are negative groups which a person wishes to avoid being associated with.[279]  In the case of UGG, consumers are likely to seek and portray an identity of being "fashionable," "stylish," "trendy," "bold," "provocative," "cool," and "authentic." Research shows that the associations to a certain positive reference group can have significant impact on consumers attitudes and behavior.[280] These associations allow consumers to connect and identify with a positive reference group of other consumers who share similar attitudes or beliefs, which allow them to establish a certain social identity or "status of belonging to a certain social group."[281] UGGs ambitious influencer strategy, leveraging top influencers in the entertainment and lifestyle category, is a thoughtful strategy that have been shown to guide

---

[277] Escalas, J.E., and Bettman, J.R., "Self-Construal, Reference Groups, and Brand Meaning," *Journal of Consumer Research,* 32 (2), p. 387-389, 2005
[278] Tajfel, H., and Turner, John., *"An integrative theory of intergroup conflict,"* in *"The Social Psychology of Integroup Relations,"* ed. Austin, W.G., and Worschel, S., 1979
[279]Englis, B.G and Solomon, M.R., "To Be and Not to Be: Lifestyle Imagery, Reference Groups and the Clustering of America," *Journal of Advertising*, 24 (1), p. 13-28. 1995
[280] Bearden, W.O, and Eztel, M.J. "Reference Group Influence on Product and Brand Decisions," Journal of Consumer Research, p. 183-194, 1982
[281] [281] White, K., Argo, J.J., and Sengupta, J.," Dissociative versus Associative Responses to Social Identity Threat: The Role of Consumer Self-Construal," Journal of Consumer Research, Vol 39. p.704-719, 2012

consumer preferences.[282] Research focused on the use of celebrities to create an aspirational reference group and influence consumers, shows that there is a direct link between the level to which consumers identify with the admired groups and increased purchase intensions.[283] People are often motivated to achieve a positive social identity and avoid negative social identity. They use various strategies to achieve that, such as decreasing affiliations with groups that do not confer positive associations, and avoiding products associated with negatively viewed social identities. Thus, according to White and Dahl (2007), consumers will be "particularly motivated to avoid dissociative associations."[284] In a likely post-sale scenario, when an UGG consumer who strongly identify with the UGG brand and community and share their attitudes and beliefs, sees another consumer with the Walmart's Accused Products that closely resembles UGG, but does not express an identity that resembles to belong to the membership group, or the aspirational reference group that UGG have built through their successful influencer strategy, it is likely that the UGG consumer will lower his or her evaluation of UGG or even avoid it all together. It has been proven in multiple scientific studies, that: 1) self-identity seeking consumers will avoid products that threaten what the identity is, and 2) status seeking, or social identity seeking consumers will devalue products that are used by others in a dissociative reference group.[285]

---

[282] Batra, R., and Homer, P.M., "The Situational Impact of Brand Image Beliefs," *Journal of Consumer Psychology* 14(3), p.318-330, 2004., Erdogan, B.Z., Baker, M.J., and Tagg, S., "Selecting Celebrity Endorser: The practitioner's perspective," *Advertising Research Foundation*, 2001

[283] Madrigal, R. "The Role of Corporate Associations in New Product Evaluation," in *NA - Advances in Consumer Research* Volume 27, eds. Stephen J. Hoch and Robert J. Meyer, Provo, UT: *Association for Consumer Research*, Pages: 80-86, 2000

[284] White, K. and Dahl, J.J., "Are all Outgroups Created Equal? Consumer Identity and Dissociative Influence," Journal of Consumer Research, 34 (4), p. 525-536, 2007

[285] White, Katherine, Argo, Jennifer J. and Sengupta, Jaideep. "Dissociative versus Associative Responses to Social Identity Threat: The Role of Consumer Self-Construal," Vol 39, p. 704-719, 2019; Wang, Wan. "The Impact of Status Seeking and Product type on the Purchase of Luxury Goods and Luxury Experiential Services," unpublished doctoral thesis, Pennsylvania State University, 2012

143.    Due to this post-sale situation caused by Walmart, UGG' strong and consistent brand image is harmed. With new associations entering the self-identity consumers memory, tied to possibly to lower perceived quality, harm is likely to cause self-identity seeking consumers to hesitate in a purchase decision, as it is no longer clear to them what the UGG brand stands for. The risk of self-identifying with a less "cool," "bold" or "premium" brand is too high and can harm their self-identity. White and Argo (2009) finds that consumers seek to maintain a positive self-worth, by protecting the self from negative information, resulting in consumers avoiding identity linked-products.[286] By dissociating from a negatively viewed identity (e.g. avoiding products that threaten their self-identity), consumers are able to see the self in a more positive light.[287]

144.    Similarly, for the status-seeking consumers, who highly identify themselves with the UGG community and positive reference group, the perceived quality of UGG will be harmed if they see other consumers who they do not believe to be identified as belonging to the UGG positive reference group, wearing a UGG shoe. It has been scientifically proven, that when an aspect of the social identity becomes temporarily threatened, consumers often respond by avoiding the identity related products, and thus avoid an association with a dissociative or negatively perceived reference group.[288] This will furthermore lead to a devaluation of their perceived quality of the UGG brand and highly influence their brand perception, purchase intention, and loyalty. This effect has greater impact when "the product is publicly rather than

---

[286] White, K. and Argo, J.J., "Social Identity Threat and Consumer Preferences." Journal of Consumer Psychology, 19 (3), p. 313-325, 2009

[287] White, K., Argo, J.J., and Sengupta, J.," Dissociative versus Associative Responses to Social Identity Threat: The Role of Consumer Self-Construal," Journal of Consumer Research, Vol 39. p.704-719, 2012

[288] Branscombe, N.R, and Wann, D.L., "*Collective Self-esteem Consequences of Outgroup Derogation When a Valued Social Identity Is on Trial,*" European Journal of Social Pshychology, 24 (6), p.641-57, 1994., Doosje, B., Elmers, N., and Spears, R. "*Perceived Intragroup Variability as a Function of Group Status and Identification.*" Journal of Experimental Social Psychology, 31(5), p. 410-36, 1995

privately consumed," which is the case for shoes that are worn as a publicly visible piece of style and taste. Today, in a pandemic world, public visibility might as well include the Fluff sliders. According to Bourne (1957), this is when people are most "concerned with self-presentation," and the concerns that arise from being associated with a dissociative referent are too risky for the consumer to engage, although the product might still deliver the same functional benefits as before.[289],[290]

145.    Therefore, I conclude that, as a consequence of Walmart's actions, future purchase intentions of UGG consumers will be harmed, as their perceived quality of UGG might decrease, thus infusing perceived risk into the consumer decision-making process. Deckers' ability to leverage this strong, unique and differentiated UGG brand identity, strongly tied to the success of Fluff with some major segments of consumers, as a key driver to lower perceived risk in purchase decisions and tap into the consumers desire to establish their self-identity and portray a social-identity by purchasing or wearing the UGG brand or Fluff brand is harmed, and thus UGG' brand strength is eroded. This is especially true for UGG' ability to drive sales through establishing positive associative reference groups through their use of influencers, which is significantly harmed by Walmart' actions.

*Harm to the Nature of the UGG Brand*

146.    It might be reasonable to conclude that both brands are strong brands for consumers which would suggest that it is less likely that Walmart harms the UGG brand. There are several reasons why this is not true. In fact, the potential harm to the UGG brand is high. This follows from empirical scientific research that has shown that design-dominant consumers

---

[289] Bourne, F.S. Group influence in marketing and public relations. In R. Likert & S.P. Hayes, Jr. (Eds.), "*Some applications of behavioral research.*" p. 207–257 (1957).
[290] White, K. and Dahl, D.W.,"*To be or not to be? The influence of Dissociative Reference Groups on Consumer Preferences,*" Journal of Customer Psychology, p.404-411, 2006

leverage their need-for-uniqueness as a conduit for social identity expression. In plain words, younger consumers that are attractive target markets for both UGG and Walmart such as Gen Z are often said to be more visually-oriented, or are more design-dominant consumers who seek to define their identity and what they stand for uniquely. The empirical research shows that when design-dominance is strong, consumers exhibit a reduced reliance on brands to express their social identity, thus weaking brand loyalty. This means consumers that are part of the large and important Gen Z generation, are likely to rely more on the design, and buy an affordable Walmart's Accused Products, when the design appeals to them, even if they know that it is a Walmart branded shoe.

147.    Another reason has to do with the fact that the nature of the brands are different. In our book, Brand Leadership, David A. Aaker and I described research by an advertising agency that classified brands into four types of leadership brands. First is the power brand. Walmart is an example. This brand is one that owns a central category benefit such as low price and makes continuous improvements. Other example brands are Gillette and FedEx. The second type is an explorer brand that taps into people's desire to grow and learn, to achieve their potential. Nike is such a brand. The third type is an icon brand that symbolizes some aspect of a country's national image and history that consumers share emotionally. Coca-Cola and universal friendship, or McDonald's and kids, and family values are examples. The fourth type of brand is an identity brand which builds connections through user imagery, helping express people who they are. UGG is such as brand. As UGG writes in their brand statement, for those who refuse to be defined by conventions. UGG expresses these values and beliefs through its positioning as a premium brand, through its product and design qualities, and aesthetic appeal.

148.    In conclusion, after analyzing the available facts and evidence in this case, and applying proven frameworks, models and principles in my field concerning how brands are harmed and how consumers process information about brands and make choices, I conclude that Walmart's Accused Products have created a situation in which UGG can be harmed. The type of harm has significant implications for Deckers who seeks to develop and grow the brand through managing and protecting its brand:

a)   There will be weaker consolidation of any new information about UGG into consumers' memory. This weakening happens because memory storage and retrieval processes will be harmed.

b)   Consumers will have less ability to learn new information or knowledge about the UGG brand, such as for example new products, as their ability to recall the memory network is weakened.

c)   UGG will lose the ability to attract consumers' attention in a crowded stimulus-choice environment, and hence there will be lower chances of brand building and eventually purchase.

d)   UGG will experience decreased ability to stand out in consumer's memory in memory-based choices, and therefore lower likelihood of brand consideration and eventually purchase.

e)   There will be less receptivity to information or knowledge about the UGG brand. This means that the marketing effectiveness of UGG will decrease.

f)   And finally, lower ability to deliver self-expressive benefits to consumers, causing lower brand appeal, especially in a category that is strongly associated with self-expressive needs.

## VII.    CONCLUSIONS

149.    Based on the materials I have reviewed, the frameworks and methodologies I have applied, my extensive expertise in the fields of branding and marketing, and my in-depth analyses, I have formed the following opinions:

a)    The footwear industry is an extremely competitive one, in which innovation is key to any brand's success. An example of product innovation is the Fluff Yeah slide/slipper. To differentiate itself from the field, UGG plays in the premium category of the industry, manufacturing and retailing design-driven footwear that range from slippers to sneakers to cold-weather boots. The two companies, Deckers and Walmart create value to consumers along the footwear value chain differently. These differences set the stage for significant harm to the UGG brand and Deckers.

b)    At Deckers, UGG is a well-established, powerful, and authentic brand, with tangible brand assets, including its name, logo and design, that are memorable, meaningful, and unique. They serve as salient brand identifiers in the minds of consumers when encountered in the marketplace. The Fluff Yeah slide/slipper design is one such strong tangible brand identifier. UGG manages these assets proactively (there is history, investments, and they have an integrated brand management system). UGG also has intangible brand assets — including imagery, emotions, and benefits associated with its authenticity as a brand — that evoke its brand in the minds of consumers and that create significant value for UGG and for Deckers.

c)    The journey of discovery (shopping) that consumers undertake when purchasing a shoe is such that the key elements of the brand, including its symbolic attributes, play an important role at each juncture or consumer touchpoint, particularly

because of the sheer volume of products that compete for their attention. Consumers pursue different paths toward a purchase — some put in very little effort whilst others exert significantly more — in researching available alternatives, evaluating their footwear options, before eventually making purchase decisions. At every juncture of their decision-making process, visually similar products can activate psychological biases that damage consumers' associations with the UGG brand.

d)    Walmart's Accused Products show a high degree of similarity in design to UGG's Fluff Yeah slides. Because of this, and the nature of this industry, how Walmart creates value compared to Deckers, the nature and strength of the UGG brand and the role of Fluff Yeah Slides within the brand hierarchy of UGG, and the psychological biases of consumer decision-making in discovering, shopping and purchasing footwear, Walmart's Accused Products, have likely harmed and will continue to harm, not only sales of UGG's Fluff Yeah, but in fact the entirety of UGG's brand and Deckers' business.

**Executed February 11, 2022 in New York, New York**

**Erich Joachimsthaler, Ph.D.**

## Exhibit 1

**FULL RESUME, PUBLICATIONS, AND ACADEMIC CREDENTIALS**

**ERICH A. JOACHIMSTHALER, Ph.D.**

30 W 21st Street, 12th Floor
New York, NY 10010

Tel. 1-646-278-2950
Cell 1-646-400-1102

Email: ej@vivaldigroup.com

U.S. Citizenship and German Citizenship

**Education**

| | | | |
|---|---|---|---|
| Post-Doctoral Research Fellow | 1987 - 1988 | Harvard Business School |
| Doctor of Philosophy | 1981 - 1985 | University of Kansas<br>Business Administration<br>Specialization: Marketing and<br>Quantitative Methods |
| Master of Science | 1980 - 1981 | University of Kansas<br>Marketing Research |
| Vordiplom | 1979 - 1980 | University of Frankfurt<br>Economics |
| Diplom Betriebswirt | 1976 - 1979 | University of Applied Sciences<br>Giessen-Friedberg<br>Business Administration and<br>Computer Science |

**Doctoral Dissertation**          "Lp-Norm Estimation in Discriminant Analysis."
                                                   Chairs: John L. Lastovicka and Kenneth O. Cogger

**Academic Experience**

| | |
|---|---|
| 2004 - 2015 | Visiting Adjunct Professor of Business Administration<br>Department of Marketing, Instituto Estudios Superios de la Empresa<br>(IESE), Barcelona |
| 1994 - 1998 | Rust Visiting Professor of Business Administration<br>Colgate Darden Graduate School of Business Administration |

University of Virginia, Charlottesville

| 1989 | - | 1994 | Associate Professor of Marketing<br>Department of Marketing, Instituto Estudios Superios de la Empresa (IESE), Barcelona |
|------|---|------|------|
| 1985 | - | 1987 | Assistant Professor of Marketing<br>Department of Marketing, University of Houston, Houston |
| 1982 | - | 1984 | Adjunct Professor of Management<br>Institute of Safety and Systems Management, University of Southern California, Los Angeles |
| 1981 | - | 1985 | Graduate Instructor in Marketing<br>School of Business and School of Journalism, University of Kansas, Lawrence |

**Work Experience**

| 2003 | | Co-Founder and Managing Director, E-Edge Company, Management Development and Executive Education, New York and London. This business was merged with Vivaldi Group in 2009. |
|------|--|------|
| 1999 | | Founder and Chief Executive Officer, Vivaldi Partners (now Vivaldi Group), New York, London, Munich, Hamburg & Düsseldorf |
| 1998 - 1999 | | Chairman, Prophet Brand Strategy, New York and San Francisco. |
| 1995 - 1998 | | Aaker-Joachimsthaler & Partners (AJ&P), Charlottesville and Berkeley. AJ&P was acquired by Prophet Brand Strategy in January of 1999. |
| 1990 - 1994 | | Alza Limited - Strategic Marketing and Research Consultancy, Barcelona. |

**Professional Memberships**

American Marketing Association (AMA)

**Publications**

Brand Strategy, Digital, Innovation and Marketing

The New Consumer Contract Explained, **Newsweek**, June 2021

Building Platform Brands, **WARC**, June 2021

What has made Tesla is the most valuable car company in the world, **CEO Today**, May 3, 2021

Beyond platforms: The next generation of digital business models, **Management Today** UK,
April 20, 2021

The House that Ant Financial Built, **LinkedIn Pulse**, November 19, 2020

Interactions are the source of value in platform business, **LinkedIn Pulse**, August 3, 2020

Should you become a platform?, **LinkedIn Pulse**, July 18, 2020

The Brand Purpose Crisis, **LinkedIn Pulse**, June 28, 2020

How to Create Gravitational Pull Part I, **LinkedIn Pulse**, June 18, 2020

How to Design a Platform Business?, **LinkedIn Pulse**, June 16, 2020

What is Platform Thinking?, **LinkedIn Pulse**, June 9, 2020

How to Recognize an Interaction Field Company, **LinkedIn Pulse**, June 6, 2020

How to Build Strong Brands in a Platform World?, **LinkedIn Pulse**, May 31, 2020

We All Live in an Interaction Field, **LinkedIn Pulse**, May 23, 2020

Shared Value not Shareholder Value – Platforms and Digital Ecosystems need to grow up,
**LinkedIn Pulse**, May 15, 2020

Can traditional companies become platform business?, **LinkedIn Pulse**, July 14, 2020

Construccion De Marca: De Los Mad Men A Los Math Men, **Marketers by AdLatina**,
March 2019

Think Tank: Looking Back at 2018's Brand Winners and Losers, **WWD**, January 2019

Brand Architecture: New Solutions to Old Problems, **AdMap**, October 2018

It's a Brand-New World When It Comes to Building Brands, **AdWeek**, October 2018

Think Tank: Lessons Learned From Nike's Colin Kaepernick Campaign, **WWD**,
September 2018

Think Tank: Ratcheting Up Platform Businesses With 'Superconsumers', **WWD**, August 2018

Hidden in Plain Sight: How to Create Your Company's Next Big Growth Strategy: 10 Years
Later, in: *Marketing Wisdom*, Kartikeya Kompella (ed.) Springer Verlag, 2018.

How to Fix MoviePass, **Harvard Business Review,** May 2018 (with Eddie Yoon)

How to Become a Platform Business, **ISBM Research Newsletter**, November 2017, 5 – 6.

The Power of Social Currency, **AdWeek**, November 2017

"Die Brücke zwischen CMO und CIO – Rollenverteilung und Zusammenarbeit in Zeiten des digitalen Wandels," August 2015 (co-written with Roland Bernhard, Christian Wank, Marian Sander)

"The Always-On Consumer Report," February 2014 (co-written with Dr. Markus Zinnbauer, Agathe Blanchon-Ehrsam, and Tobias Honer)

Driving New Growth Through Big Data, **Harvard Business Review**, September 2013

Is Your Company Listening To Social-Media Chatter For All The Wrong Reasons? **Forbes**, August 2013

"Social Currency in the B2B World: Building Strong Brands," April 2013, as covered in *Adweek*, April 2013, "Brands Make Strides in Social Media Still Lag Their Consumer Cousins, Though"

"Social Currency Impact Study 2013: What it takes to create lasting impact" as covered in *Forbes* March 2013 in the article "Subway, Google and Target are top brands for Social Currency", by Kurt Badenhausen, among others

Building a Better Business: Using Social Currency to Grow in Today's Hyper-Connected World, **MWorld,** Winter 2012-2013

Why Social Currency becomes a Key Driver of a Firm's Brand Equity – Insights from the Automotive Industry, **Long Range Planning** (co-written with Lara Lobschat, Markus A. Zinnbauer, Florian Pallas), December 2012

What's the Right Entry Point for Emerging Markets? **Harvard Business Review** insert, April 2012

DemandFirst: Wie man erfolgreich für Kunden innoviert, **Innovations-Forum: Magazin für Ideenfindung und Produktentwicklung** (co-written with Kristina Stroedter and Markus Zinnbauer), February 2012

How Brands can set the Lead in Digital Information Overflow, **Werben & Verkaufen Digital**, 2011

Decoding Demand Opportunities, **Business Strategy Review**, 2010

Von Kommunikation zu Konversation, **Virale Kommunikation**, 2009

Was bleibt nach 20 Jahren Markendifferenzierung?, **Absatzwirtschaft**, 2009

Innovationsfähigkeit Schweizer Unternehmen, **Marketing**, 2008

What's Your Company's Growth Playbook?, **American Management Association**, 2008

Room to Grow, **Marketing Management**, 2007

Making the Most of Customers, **strategy+business magazine**, 2007

Profitable Growth Through Easy Answers, **Absatzwirtschaft**, 2006

Power Brands der nächsten Generation, **Absatzwirtschaft Sonderheft**, 2005

Profitabel wachsen mit einfachen Antworten, **Absatzwirtschaft Sonderheft**, 2005

Der Zweck heiligt die Mittel, **Absatzwirtschaft**, 2004.

Ist das Markenarchitektur-Konzept noch zeitgemaeß?, **Absatzwirtschaft Online**, 2004.

Muessen die Marken in Zukunft ihre Herkunft verleugnen?, **Absatzwirtschaft**, 2003.

Mitarbeiter: Die vergessene Zielgruppe fuer Markenerfolge, **Absatzwirtschaft**, 2002.

Je kleiner desto besser, **Absatzwirtschaft**, 2002.

Getting the Most Out of Your Branding Effort, **Markenartikel,** 2002.
Aufbau von Marken im Zeitalter der Post-Massenmedien, **Moderne Markenfuehrung,** 2001, 3. Auflage, Franz-Rudolf Esch (Eds), Gabler Verlag, Wiesbaden, with David Aaker.

Top Marken Strategien: Markenwert schaffen und absichern, **Absatzwirtschaft,** 2000.

The Branding Relationship Spectrum: The Key to the Brand Architecture Challenge, **California Management Review**, 2000, with David A. Aaker.

Brand Leadership, **Brandweek,** 2000, with David A. Aaker.

Brand Leadership, **The Free Press**, New York, 2000, with David A. Aaker. Translated in German, Spanish, Italian, Finnish, Japanese, Korean, and Portugese.

The Lure of Global Branding, **Harvard Business Review,** 1999, with David A. Aaker.

Building Brands without Mass Media Advertising: Lessons from Europe, **Harvard Business Review**, 1997, with David A. Aaker.

IMOS: An International Market opportunity Screening System, **Journal of International Marketing**, 1994, with Antonie Stam and V. Kumar.

After the Wall: Marketing Guidelines for Eastern Europe, **Sloan Management Review,** 1991, with John A. Quelch; reprinted in: Después del Muro: Pautas de Comercialización para Europa del Este, **Alta Dirección**, 1992 and European Marketing: Readings and Cases, Chris Halliburton and Reinhard Hünerberg, Addison-Wesley, 1993.

El Valor del País de Origin (The Value of Country of Origin Information), **Actualidad de Economia**, 1991.

Methodology

New Answers for Old Questions: Conjoint Analysis Takes the Guess Work out of Marketing
Decisions, **Dirección Farmaceutica**, 1994, with Paul Green.

Mathematical Programming Procedures for the Classification Problem in Discriminant
Analysis: A Review, **Multivariate Behavioral Research**, 1990, with Antonie Stam.

A Robust Mixed-Integer Approach to Establish Classification Rules for the Discriminant
Problem, **European Journal of operational Research**, 1989, with Antonie Stam.

Solving the Classification Problem in Discriminant Analysis Via Linear and Nonlinear
Programming Methods, **Decision Sciences**, 1989, with Antonie Stam.

Four Approaches to the Classification Problem in Discriminant Analysis, **Decision Sciences**,
1988, with Antonie Stam.

4MODE1 AND 4MODE2: Fortran IV Programs for the Four-Mode Components Analysis
Problem, **Journal of Marketing Research**, (Computer Abstracts), 1985, with John Lastovicka.

RELCON: A Program for the Estimation of Internal Consistency of Composites with
Congeneric Measurement Properties, **Journal of Marketing Research**,  (Computer Abstracts),
1985, with Lane Curtis.

Technology, Strategy and Industrial Marketing Buying/Selling

Decision Support System Implementation: A Meta Analysis, **Management Information
Systems (MIS) Quarterly**, 1992, with Maryam Alavi.

Sales Resource Allocation with Multiple Conflicting Objectives: An Interactive Decision
Support Aid, **Decision Sciences,** 1991, with Antonie Stam and Lorraine Gardiner.

Order (Market) Selection Given Multiple Conflicting Objectives and Goals: An Interactive
Marketing-Manufacturing Decision Model, **Decision Sciences**, 1989, with Antonie Stam and
Lorraine Gardiner.
Influence of Formalization on the Organizational Commitment and Work Alienation of
Salespeople and Industrial Buyers, **Journal of Marketing Research,** 1988, with Ronald
Michaels, William Cron, and Alan Dubinsky.

Multicriteria Issues in Marketing: A Sales Resource Allocation Example and Potential Areas of
Future Research, **Lecture Notes in Economics and Mathematical Systems Series**, 1988,
Springer Verlag, with Lorraine Gardiner and Antonie Stam.

Individual Difference Factors in the Satisfaction and Usage of a Marketing Decision Support
System, **Journal of Marketing Research**, 1987, with George Zinkhan and Thomas C. Kinnear.

Role Stress Among Industrial Buyers: An Integrative Model with Implications for Marketing,
**Journal of Marketing**, 1987, with Ronald E. Michaels and Ralph L. Day.

Methodology and Consumer Behavior

Measurement Validity of VALS and a Custom Lifestyle Typology with Multiplicative Factoring of Multimethod- Multitrait Matrices, **Journal of Marketing Research**, 1990, with John Lastovicka and John P. Murry.

Improving Personality-Behavior Relationships, **Journal of Consumer Research**, 1988, with John Lastovicka.

A Lifestyle Typology to Model Young Male Drinking and Driving, **Journal of Consumer Research**, 1987, with John Lastovicka, John P. Murry, and Gaurav Bhalla.

Optimal Stimulation Level, Exploratory Behavior Models, **Journal of Consumer Research**, 1984, with John Lastovicka.

**Books & Book Chapters**

*Branding and Digital Business Models,* in Business to Business Marketing Handbook, ed. Gary L. Lilien, Edward Elgar Publishing, forthcoming, 2021 with Anne Olderog.

*The Interaction Field: The Revolutionary New Way to Create Shared Value for Businesses, Customers and Society,* Hachette Book Group, September 2020

*Hidden in Plain Sight: How to Create your Company's Next Big Growth Strategy: 10 Years Later* Chapter for forthcoming book: Marketing Wisdom, Kartikeya Kompella (ed.) Springer Verlag, 2018

*Social Currency: How to Build Strong Brands and Businesses in the Digitally-connected World*, in Ralf T. Kreutzer and Karl-Heinz Land, Digital Darwinism: Der stille Angriff auf Ihr Geschaeftsmodell und Ihre Marke, 2. Edition, 2016 and 2013.

*Marketing Effectiveness and the New World of Brand Building (2018 forthcoming); Anchoring Customer Experience in the Social Experience (2017); Designing a Marketing Organization for the Digital Age (2015); Micro-Moments and the Shopper Journey (2015); and What is the right entry point for emerging markets: Targeting customers at the bottom or the middle of the pyramid (2012),* White paper series by Harvard Business School, Boston.

*Brand Leadership: The Next Level of the Brand Revolution,* Simon & Schuster, 2000. Republished, PocketBooks, April 2009.

*Hidden in Plain Sight: How to find and execute your company's next big growth strategy,* Harvard Business School Press, 2007.

"*Strategie und Architektur fuer Markenportfolios*" in Handbuch Markenführung, Band 2, 2004, Manfred Bruhn, Gabler Verlag, Wiesbaden, with Markus Pfeiffer.

*Brand Leadership*, The Free Press, New York, 2000, with David A. Aaker. Translated in German, Spanish, Italian, Finnish, Japanese, Korean, and Portugese.

"Building Brands Without Mass Media" in *Harvard Business Review on Brand Management*, Harvard Business School Press, 1999.

"Branding Challenges For Transitional Economy Firms in Local Markets," in *Marketing Issues in Transitional Economies*, 1999, Rajeev Batra, Kluwer Academic Publishers, Norwell, Massachusetts, with Jordi Garolera and Dana Pillsbury.

"Nestle Buitoni: The House that Mamma Built," in *Relationship Marketing: Strategy and Implementation*, 1999, Helen Peck, Adrian Payne, Martin Christopher, and Moira Clark, Butterworth-Heinemann, Oxford, with Edward Hickman.

**Working Papers & Teaching Notes, etc.**

Business Transformation Through Greater Customer Centricity: The Power of Social Currency, August 2016

"The Always-On Consumer," February 2014

"Brands & Social Networks: New findings on how consumers connect with brands," February 2013

"Social Currency 2012: How brands and businesses can prosper in a digitally connected world," September 2012

"Social Currency: Why brands need to build and nurture Social Currency," May 2010, as covered in *Fast Company*, "Five Steps for Consumer Brands to Earn Social Currency," May 2010, and "How to Measure Brand Value: Likes, Followers, Influencers, Views? No, Social Currency", July 2010

Eastman Kodak: Digital & Applied Imaging, Darden Educational Material, 1996.

Energia General (Eg3): Retail Service Stations in Argentina, Darden Educational Material, 1996.

Nike Europe, IESE Case Publication No. M-968, 1995.

Renault SA, IESE Case Publication No. M-966, 1995.

Hugo Boss AG, IESE Case Publication No. M-965, 1995.

IBM Ambra, IESE Case Publication No. M-963, 1995.

ABB: Electrical Motors, Case Study, 1995.

CCNR-Coca-Cola Nestlé Refreshments, Case Study, 1995.

Corporate Brands, IESE Working Paper.

The Andrex Case Story, IESE Case Publication No. M-952, 1994.

The Nestlé Buitoni Case Story: The House that Mamma Built, IESE Case Publication No. M-953, with Edward Hickman, 1994.

Marketing Metamorphosis: From Products to Brands to Consumers, IESE Working Paper No. MN-282, 1994.

Building Global Brand-Consumer Relationships, IESE Working Paper No. MN-294, 1994.

Maintaining Global Brand-Consumer Relationships, IESE Working Paper No. M-293, 1994.

Conjoint Analysis Takes the Guess Work Out of Pharmaceutical Marketing Decisions, IESE Publication No.: MN-284, with Paul Green, 1994.

The Häagen-Dazs Story, IESE Case Publication No. M-940, with Peter Taugbol, 1994.

The Swatch Story, IESE Case Publication No. M-930, 1993.

Anfi del Mar, S.A., IESE Case Publication No. M-888, with Madhur Mehta 1993; Teaching Note No.: MT-8, and Supplementary Material No.: M-924.

RCI: Service Quality and Its Measurement, IESE Case Publication No. M-905 with Brian Hare, 1993; Teaching Note for RCI M-10.

**Podcasts & Livestreams**

Q&A Session, **Digital Brand Summit**, May 2021

Platforms – Success Factors and Winning Strategies, **WCNY**, April 2021

How to Humanize Digital Transformation with Martin Lindstrom, **LinkedIn Live**, April 2021

Reframing Problems to Solve Tough Issues with Thomas Wedell-Wedellsborg, **LinkedIn Live**, March 2021

Tech is Not the Answer, or Is It? A Panel Discussion on Blockchain and AI, **LinkedIn Live**, March 2021

Erich Joachimsthaler on his book The Interaction Field, **The Conference Board**, February 2021

Erich Joachimsthaler: the CEO of the future works with a logic of openness and sharing, **Il Sole 24 Ore,** January 2021

Erich Joachimsthaler on New Ways To Create Real Value In Business Today, **Six Pixels of Separation**, January 2021

Beth Comstock On Leading With Imagination In Uncertain Times, **LinkedIn Live**, December 2020

What Drives Breakthrough Innovation With Melissa Schilling, **LinkedIn Live**, December 2020

Live Radio: The Interaction Field - The Revolutionary New Way to Create Shared Value for Businesses, Customers, and Society, **KPCW-FM Mountain Money**, December 2020

How Brand & Culture Powers Great Companies with Denise Lee Yohn, **LinkedIn Live**, December 2020

New Brand Business Models with Erich Joachimsthaler, **Marketing Today Podcast with Alan Hart**, November 2020

The Interaction Field, **CAMP&NED 2020**, November 2020

The Interaction Field by Erich Joachimsthaler, **The BeanCast Podcast**, November 2020

How Joy of Work Creates Employee Shared Value with Bruce Daisley, **LinkedIn Live**, November 2020

New Brand Business Models with Erich Joachimsthaler, **The Marketing Book Podcast,** October 2020

WCBS CEO Radio Podcast with Ray Hoffman, **CEO Radio**, October 2020

Cracking Complexity: Solve Challenges Fast with Syntegrity CEO David Komlos, **LinkedIn Live**, October 2020

A Platform Thinking, **Liquid Webinar**, October 2020

A New Business Model: The Interaction Field with Erich Joachimsthaler, **Brainfluence Podcast**, October 2020

Book on Interaction Fields: New Ways to Create Shared Value, **The Innovator**, September 2020

The Interaction Field Book Launch with Jenny Rooney, **Linked Live**, October 2020

The Interaction Field: Creating Shared Values to Succeed with Erich Joachimsthaler, **Take the Lead Podcast**, September 2020

Intelligent Growth: A Conversation with Salesforce Evangelist Tiffani Bova, **LinkedIn Live**, September 2020

Why is the future of business about creating shared value for everyone?, **Forbes**, September 2020

Is Strategy Really Dead?: A Conversation with Harvard Professor David Collis, **LinkedIn Live**, September 2020

104

A New Business Model, **School for Startups Radio**, September 2020

The Revolutionary New Way to Create Shared Value with Erich Joachimsthaler, **NASDAQ Entrepreneurial Center**, September 2020

Inverted Firm: A Conversation with Platform Strategy Scholar Geoffrey Parker, **Linked In Live**, September 2020

Inflection Points: A Conversation with Rita McGrath, **LinkedIn Live**, September 2020

What do Successful Companies of Tomorrow Have in Common, **FutureProof Podcast**, September 2020

The Brand Imperative: A Conversation with Kevin Lane Keller of Dartmouth, **LinkedIn Live**, September 2020

The Interaction Field: Creating Shared Values To Succeed With Erich Joachimsthaler, **Take the Lead with Diane Hamilton**, September 2020

From Transactions to Interactions: Conversation with Julie Roehm of Party City, **LinkedIn Live**, August 2020

Get Ahead of the Game: What Brands Can Learn From Esports, **LinkedIn Live**, August 2020

Hope is not a Strategy: Three Ways to Evolve Your Strategic Planning in a Time of Crisis, **LinkedIn Live**, July 2020

The Interaction Field, **The Masters Speaks Session: Future Generali,** July 2020

Building Your Business Strategy Through Branding, **THINK Business with Jon Dwoskin**, May 2020

**Media Interviews**

Chobani just confidentially filed to go public. Here's how the Greek yogurt maker took off on its grassroots and cause-led marketing., **Business Insider**, July 2021

The Business Model of the Future, **Entrepreneur's Organization**, November 2020

Interview with Erich Joachimsthaler, Author of The Interaction Field, **Innovation Management**, November 2020

The New Brand Model — Are you Creating Brands or Consumers?, **Times of India**, February 2020

How Sweden's Oatly Came to Dominate the Oak Drink Market, **Business Insider**, August 2019

Nike's Fix For Boosting Sales At Home – Women, **CNBC,** April 2019

From Shinola to West Elm, Retailers Find Hotels Make Great Stores, **Travel Weekly**, January 2019

Which Streaming Platform Will Emerge as Netflix's Biggest Threat in 2019?, **Observer**, January 2019

Farfetch Acquires Stadium Goods for $250M, **Retail Dive**, December 2018

How Food and Beverage Companies Score Celebrity Investments, **Deep Dive**, November 2018

Bugatti: The Rebirth of the World's Fastest, Most Beautiful Cars, **CNN Business**, October 2018

Ihop, Or If You Prefer, Ihob, Bets Big On Name-Change Burger Stunt, **USA Today**, June 2018

Millennials Continue To Be In Vanguard Of Industry Trends, **Beverage Industry Magazine**, May 2018

68 Experts Share The Top 3 Things an Entrepreneur Needs To Know About Branding, **Thrive Global**, March 2018

Alfa Romeo Giulia Leads Sputtering Revival Plan And Its Impossible Targets, **Forbes**, March 2018

Interview with Erich Joachimsthaler, Founder and CEO at Vivaldi, **USA Weekly**, February 2018

Nordstrom Family Reportedly Near Take-Private Offer, **Retail Dive**, February 2018

Gap CEO's Exit Raises Questions On Future Of The Struggling, Iconic Brand, **Forbes**, February 2018

How Amazon's Healthcare Plans Could Impact Retail, **Retail Dive**, February 2018

Mobile, Marketing, & Technology Podcast From Venturebeat, **VB Engage**, November 2017

The SMCP guide for building a modern affordable luxury brand, **Glossy**, October 2017

Dove's 'Racist' Ad Might Have Cost The Brand An Advantage It Spent 13 Years Building, **Business Insider**, October 2017

Walmart Buys Delivery Company Parcel In Next Round Of Delivery Wars, **USA Today**, October 2017

Automakers Plan Electric Car Blitz as Tesla Burns Billions, **Bloomberg**, October 2017

Ikea Buys Odd-Job Service Taskrabbit, **Retail Dive**, September 2017

Google and Walmart Partner With Eye on Amazon, **New York Times**, August 2017

Update 3-Nordstrom Family Explores Taking Retailer Private, **CNBC**, June 2017

Nordstrom Family Explores Taking Retailer Private, Shares Surge, **Reuters**, June 2017

What Drove Mickey Drexler Out? Retail Experts Weigh In, **Retail Touch Point**, June 2017

Nordstrom to Explore Going Private, Shares Soar 20%, **Retail Dive**, June 2017

This is How Long It Could Take for United to Recover From Its PR Disaster, **MarketWatch**, April 2017

The United Airlines boycott is not backing down — here's how it could affect sales, **Business Insider**, April 2017

Mall Retailers are Competing on Speed to Stay Relevant, **Glossy**, March 2017

Zauberkraefte fuer Jedermann, **Lead,** February 2017

Why TV Still Makes Sense for E-commerce Brands, **Ad Age**, February 2017

What Leading Brand Thinkers Really Think, **Branding Magazine**, Chuck Kent, November 2016

The Impact of Social Currency on Branding with Erich Joachimsthaler, **On Brand Podcast**, November 2016

Tesla Beats Wall Street Expectations, But Consumer Plagued by Car's Unreliability, **NBC News**, October 2016
More Trouble for Tesla: Consumer Report Trashes Reliability, **The Detroit Bureau**, October 2016

Samsung's Challenge: Rebuilding Its Brand In Apple's Shadow, **CNBC Online** and **Yahoo Finance**, October 2016

It's Official:  Samsung Permanently Halts Production of Note 7, **Silicion Angle**, October 2016

Samsung (SSNLF) Brand Will Have to Work to Win Back 'Fickle' Consumers, **The Street**, October 2016

Rebuilding Samsung's Brand, **CBS Power Lunch, MSN TV** and **AOL Huffington Post**, October 2016

A Veggie Burger That 'Bleeds' Might Convince Some Carnivores to Eat Green, **The Moderate Voice**, September 2016

Will Anyone Want To Stay In A West Elm Hotel, **Bloomberg**, September 2016

Dos Equis Brews Intrigues In New 'Most Interesting Man', **USA Today**, September 2016

Tequila Sunrise: Insider Patron's Renaissance,' **Digiday**, September 2016

10 Retailers Make More Money Than Amazon, **USA Today**, August 2016

Report: 24% of Digital Ad Budgets Go to Social Media, **Marketing Dive**, August 2016

How Ford's Marketing The Fusion With Fashion Partnerships, **Digiday**, July 2016

Can Cadillac Be Cool Again?, **Quartz**, June 2016

Volkswagen Pushes for Redemption With Electric Cars, Robo-Taxis, **Bloomberg**, June 2016

Lattes, Art and Fashion: Cadillac House isn't the car lot you're used to, **Digiday**, June 2016

VW Doubles Provisions for Cheating Scandal to $18.2 Billion, **Bloomberg**, April 2016

Volkswagen Doubles Dieselgate War Chest to $18.2 Billion, **BrandChennel,** April 2016

Volkswagen agrees to repurchase "diesel-gate" cars in U.S., **CBS News**, April 2016

The Sports Car Is in Serious Trouble, **Bloomberg**, April 2016

Tesla is in danger of becoming the new Saturn, **Business Insider,** April 2016

Target revamps Cartwheel app to include third-party coupons, **Retail Dive,** April 2016
Moment of truth arrives for Tesla, Elon Musk, **MarketWatch,** March 2016

The Abercrombie & Fitch you know is gone, **Business Insider,** March 2016

Does Emotion Sell?, **CMO.com,** March 2016

Fiat Looks to SUV to Lift Maserati Sales, **Wall Street Journal**, February 2016

Consumers view influencer content almost 7 times longer than display ads, **Retail Dive**, February 2016

Don't Bother To Advertise In Super Bowl 51, **Forbes**, February 2016

Toyota's Super Bowl Hail Mary Is a Sporty Prius, **Bloomberg,** February 2016

Why Uber's major rebrand appears to have backfired, **Marketing Dive**, February 2016

Why influencer marketing has a metrics problem — and how we can solve it, **Marketing Dive**, February 2016

Volkswagen Given Deadline to Come Clean by No. 2 Shareholder, **Bloomberg,** January 2016

What Branding Experts Think About Coca-Cola's New Product-Centric Campaign 'Taste the Feeling' replaces 'Open Happiness,' **Adweek**, January 2016

Lululemon hires former Target digital exec, **Retail Dive**, January 2016

11 predictions for the future of retail in 2016, **Retail Dive**, January 2016

How Target's bet on digital helped in its turnaround, **Digiday**, January 2016

CVS Health and Target Merger is a Win-Win Deal, **Bidness ETC**, December 2015

How marketers are tapping into the 'emotional pull' of the holiday season, **Retail Dive**, December 2015

L'hospitalité au cœur des discussions au HX : The Hotel Experience, **HRI**, November 2015

PlayStation gets dinged by false rumors after the Paris terror attacks, **Digiday**, November 2015

Branding Experts on Guest Reactions to Marriott-Starwood Acquisition, **Skift**, November 2015

Urban Outfitters Bought A Pizza Company... And Reported Q3 Results: Here Are How Experts Reacted, **Benzinga**, November 2015

How To Catch A Bumblebee: Marketing In The Age Of Micro-Moments (Byline), **CMO**, November 2015

Shares of Weight Watchers Jump as Oprah Winfrey Takes a Stake, **The New York Times**, October 2015

Here's what Kit & Ace will have to do to replicate Lululemon's success, **Business Insider**, October 2015

The Under Armour guide to building an underdog brand that beats Adidas, **Digiday**, October 2015

Designing a Marketing Organization for the Digital Age, **A Harvard Business Review Analytic Service Report**, October 2015

Micro-Moments and The Shopper Journey, **A Harvard Business Review Analytic Service Report**, October 2015

American Apparel made one mistake that led to its downfall, **Yahoo! Finance Germany**, October 2015

Maximum Shopping Happiness in the Halo, **Advertising Week**, September 2015

VW brand under repair, **Boston Herald**, September 2015

"Why an Airbnb app is coming to Apple TV, **Digiday**, September 2015

From Subway's Jared to Bill Cosby: How Do You Make Hiring a Spokesperson Worth the Risk?, **Entrepreneur**, August 2015

Weekly Tech Highlights: The Power Of Tesla's Powerwall And Google Sings The ABCs, **Yahoo! Finance**, August 2015

Interview with Erich Joachimsthaler, Founder & CEO of Vivaldi, **The Branding Journal**, August 2015

The Pros And Cons Of Google's Alphabet Holding Company, **Yahoo! Finance**, August 2015

The Ronda Rousey guide to building a brand, **Digiday**, August 2015

Luxury Branding Roundtable, **The Branding Magazine**, August 2015

Abercrombie Has Stopped Offending Its Most Important Customers, **Business Insider**, August 2015

Lululemon's Secrets For Beating All The Competition, **Business Insider**, July 2015
A Marketer's Guide To Digital Rewards, **The Ragan Report**, June 2015

When Will Mobile Marketing Break Out, **1to1 Media**, June 2015

As the McDonald's vs. Taco Bell Breakfast War Rages On, More Brands Join the Fight, **AdWeek**, May 2015

Marketing Chiefs Need To Embrace Technology, **Forbes**, April 2015

Hats Off To Angela Ahrendts, **Fortune**, April 2015

Pepsi's NBA Partnership Makes It The Beverage King Of Sports, **Forbes**, April 2015

Only 1 In 20 Americans Wanted To Buy Apple Watch: Is It Big Or Small For Apple?, **InsiderMonkey**, April 2015

Seriously, Who's Buying The Apple Watch?, **NBC News,** April 2015

Apple Watch And The Strategy Of Exclusivity, **The Epoch Times**, April 2015

How Adidas Aims to Get Its Cool Back, **Wall Street Journal**, March 2015

How The Role Of The Cmo Is Changing (But Not The Way You Think), **The Business Journals**, March 2015

9 Brands Running Super Bowl Ads For The First Time, **Digiday**, January 2015

Target Canada: A Lesson In Brand Marketing?, **Digiday**, January 2015

4 Lessons For All Retailers In Target's Failure In Canada, **The Business Journals**, January 2015

## **Exhibit 2**

**EXPERT WITNESS EXPERIENCE LAST FOUR YEARS TESTIMONY
(DEPOSITION OR TRIAL)
ERICH A. JOACHIMSTHALER, PH.D.
Date: February 11, 2021**

## **2021**

**HONEY BAKED HAM INC. v. HONEY BAKED HAM COMPANY LLC**
United States District Court for the Central District of California Southern Division
Case No. 8:19-CV-01528-JVS (DFMx)
June 2021: Designated as Branding Expert for Claimant, submitted expert report, testified in August 2021.

**CAPRI SUN GMBH v. AMERICAN BEVERAGE CORPORATION**
United States District Court for the Southern District of New York
Case No. 1:19-cv-01422 (PAE)
January 2021: Designated as Branding Expert for Defendant, submitted expert report, testified on February 2021.

**TRUE HOMES, LLC v. CMH MANUFACTURING, INC. AND CMH SERVICES, INC.**
United States District Court for the Western District of North Carolina
Civil Action No. 3:18-cv-345
December 2019: Designated as Branding Expert for Defendant, submitted expert report, testified during a jury trial in March 2021.

## **2020**

**NEW ORLEANS LOUISIANA SAINTS, LLC v. WHO DAT, INC.**
American Arbitration Association
Case No. 01-19-0002-2628
September 2019: Designated as Branding Expert for Claimant, submitted expert report, testified on July 2020 (arbitration) and in court (damage hearing) in June 2021.

**GIRL SCOUTS OF THE UNITED STATES OF AMERICA v. BOY SCOUTS OF AMERICA**
United States District Court for the Southern District of New York
Case No. 1:18-cv-10287 (AKH)
January 2020: Designated as Branding Expert for Plaintiff, submitted expert report, testified in October 2020.

**AMERICAN DAIRY QUEEN CORPORATION v. W.B. MASON CO., INC.**
United States District Court for the District of Minnesota
Civ. Act. No. 0:18-cv-00693-SRN-ECW
March 2020: Designated as Branding Expert for Plaintiff, submitted expert report, testified in September 2020.

**PENN ENGINEERING & MANUFACTURING CORP v. PENINSULA COMPONENTS, INC.**
United States District Court for the Eastern District of Pennsylvania
Case No. 2:19-cv-00513-GEKP
September 2020: Designated as Branding Expert for Claimant, submitted
expert report, testified on August 2021.

## 2019

**THE REINALT-THOMAS CORPORATION DBA DISCOUNT TIRE v. MAVIS TIRE SUPPLY LLC**
United States District Court for the Northern District of Georgia, Atlanta Division
Case No. 1:18-cv-05877-TCB
November 2018: Designated as Branding Expert for Plaintiff, submitted expert
report, deposed on April 2019, submitted supplemental report in May 2019

**GREEN JACKET AUCTIONS, INC. ET. AL., v. AUGUSTA NATIONAL, INC.**
United States District Court, for District of Arizona
Case No. 2:18-cv-000084-GMS
August 2018: Designated as Branding Expert for Defendant, submitted expert report, case settled
on January 2019.

## 2018
**FAIRFAX FINANCIAL HOLDINGS LTD., v. S.A.C. CAPITAL MANAGEMENT, LLC**
Superior Court of New Jersey Law Division: Morris County
Docket No. MRS-L-2032-06
Docket No. MRS-L-5000-06
Civil Action
September 2018: Testimony in Court.

**ADVICE INTERACTIVE GROUP, LLC, v. WEB.COM GROUP, INC.,**
United States District Court, for the Middle District of Florida Jacksonville Division
Case No. 3:17-CV-00801-BJD-MCR
May 2018: Designated as Branding Expert for Defendant, submitted expert report, conducted
survey, deposed on August 2018, case settled.

## Exhibit 3

### COMPREHENSIVE REVIEW OF MATERIALS

#### ***Books***
Aaker, David A. *Building Strong Brands.* NY: The Free Press, 1996.

Aaker, David A. and Erich Joachimsthaler, *Brand Leadership.* NY: The Free Press, 2009.

Aaker, David A. and Erich Joachimsthaler. *Brand Leadership.* NY: The Free Press, 2000.

Aaker, David A. *Managing Brand Equity.* NY: The Free Press, 1991.

Aaker, David. *Brand Portfolio Strategy.* NY: The Free Press, 2004.

Anderson, John R. *The Architecture of Cognition.* MA: Harvard University Press, 1983.

Beike, D.R. and Scherman, S. J. "Social Inference: Inductions, deductions, and analogies," in Wyer, R.S. and Srull, T.K. (eds.), *Handbook of social cognition: Basic processes; Applications.* Lawrence Erlbaum Associates, Inc., 1994.

Hoyer, Wayne D. and Deborah J. MacInnis, *Consumer Behavior, 3rd Ed.* Houghton Mifflin, 2003.

Hoyer, Wayne D., Deborah J. MacInnis and Rik Pieters, *Consumer Behavior,* 6th Ed. MA: Cengage Learning, 2012.

Joachimsthaler, Erich. *The Interaction Field: The Revolutionary New Way to Create Shared Value for Businesses, Customers, and Society.* NY: PublicAffairs, 2020.

Kahneman, Daniel. *Thinking Fast and Slow*, Farrer Strauss Giroux, 2011

Kardes, Frank R. "Consumer Inference: Determinants, consequences and implications for advertising." In Andrew A. Mitchel (eds.), Advertising Exposure, Memory and Choice. NJ: Erlbaum, 1993.
Keller, Kevin L. and Vanita Swaminathan, *Strategic Brand Management,* 5th Ed. NJ: Pearson Education, 2020.

Keller, Kevin L. *Strategic Brand Management*, Prentice Hall, 2nd Ed. NJ: Pearson, 2003.

Keller, Kevin L. *Strategic Brand Management: Measuring and Managing Brand Equity*, 2nd Ed. NJ: Pearson, 2013.

Keller, Kevin. *Strategic Brand Management*, David Parker. NJ: Pearson Education, 2008.

Kerlinger, Fred and Howard Lee, *Foundations of Behavioral Research,* 4th Ed. CA: Wadsworth/ Thomson Learning, 2000.

Kerlinger, Fred. *Foundations of Behavioral Research,* 2nd ed. NY: Holt, Rinehart and Winston, 1973.

Kotler, Phillip and Kevin Lane Keller, *Marketing Management*, 14th Ed. NJ: Pearson, 2012.

Lewicki, P. *Nonconscious Social Information Processing.* Academic Press, 1986.

Lindemann, Jan. "The Financial Value of Brands" in *Brands and Branding* (*Economist Book Series,)* ed. Rita Clifton. NY: Bloomberg Press, 2009.

Ogilvy, David, *Confessions of an Adman,* Southbank Publishing, New Edition, 2004.

Porter, Michael E. *Competitive Strategy: Techniques for Analyzing Industries and Competitors.* NY: The Free Press, 1980.

Porter, Michael E. *The Competitive Advantage: Creating and Sustaining Superior Performance*. NY: The Free Press, 1985, Republished with a new introduction, 1998.

Rothbauer, Paulette. "Triangulation," in *The SAGE Encyclopedia of Qualitative Research Methods,* ed. Lisa Given. NY: Sage Publications, 2008.

Russo, J. Edward and Abraham D. Horowitz, *Expert Systems for Consumers,* in Beherns, G., K.P. Kaas, B. Neibecker, V. Trommsdorff, and P. Weinberg (eds.), *Konsumentenforschung. Munich: Verlag-Vahlen*, 1994.

Silverstein, Michael, Neil Fiske, and John Butman, *Trading up: Why consumers want new luxury goods—And how companies create them*. NY: Penguin/Portfolio, 2008.

Solomon, Michael. *Consumer Behavior*, 10th ed. NJ: Prentice Hall, 2012.


*__Journals__*
Balcetis, Emily and Dunning, David. "See What You Want to See: Motivational Influences on Visual Perception," *Journal of Personality and Social Psychology*, Vol. 91, No. 4 (2006): 612-625

Batra, R., and Homer, P.M., "The Situational Impact of Brand Image Beliefs," *Journal of Consumer Psychology* 14(3), 2004: 318-330

Bearden, W.O, and Eztel, M.J. "Reference Group Influence on Product and Brand Decisions," *Journal of Consumer Research*, 1982: 183-194

Bloch, P. H. "Seeking the ideal form: product design and consumer response," *Journal of Marketing* (1995): 16-29

Bourne, F.S. Group influence in marketing and public relations. In R. Likert & S.P. Hayes, Jr. (Eds.), "*Some applications of behavioral research*." (1957): 207–257

Branscombe, N.R, and Wann, D.L., "*Collective Self-esteem Consequences of Outgroup Derogation When a Valued Social Identity Is on Trial,*" European Journal of Social Pshychology, 24 (6), 1994: 641-57

Burmann, Christoph, Marc Jost-Benz and Nicola Riley, "Towards an Identity-Based Brand Equity Model," *Journal of Business Research* 62, no. 3 (2009): 390–397.

Campbell, M.C., and Kirmani, A. Consumers use of persuasion knowledge: The effects of accessibility and cognitive capacity on perceptions of an influence agent. *Journal of Consumer Research*, 27 (2000): 69-83

Choy, Minkyung and Kim, Jay II. "New brands diluting the personality of existing brands," *Journal of Brand Management*, 20:7 (2013): 590-607

Chris Pullig et al., "Brand Dilution: When do New Brands Hurt Existing Brands," *Journal of Marketing,* 70 (2006)

Cohen, J. B. and Basu, K. "Alternative models of categorization – toward a contingent processing Framework," *Journal of Consumer Research*, 13:4 (1987): 455-72

Doosje, B., Elmers, N., and Spears, R. "*Perceived Intragroup Variability as a Function of Group Status and Identification.*" Journal of Experimental Social Psychology, 31(5), 1995: 410-36

Englis, B.G and Solomon, M.R., "To Be and Not to Be: Lifestyle Imagery, Reference Groups and the Clustering of America," *Journal of Advertising*, 24 (1), 1995: 13-28

Erdogan, B.Z., Baker, M.J., and Tagg, S., "Selecting Celebrity Endorser: The practitioner's perspective," *Advertising Research Foundation*, 2001

Escalas, J.E., and Bettman, J.R., "Self-Construal, Reference Groups, and Brand Meaning," *Journal of Consumer Research,* 32 (2), 2005: 387-389

Friedstad, M., and Wright, P. "The persuasion knowledge mode: How people cope with persuasion attempts. *Journal of Consumer Research*, 21, 1994: 1-32

Gertner, D. and Markman, A. B. "Structural alignment in analogy and similarity" *American Psychologist*, 52(1), 1997: 45-46

Hauser, John R. "Testing Accuracy, Usefulness, and Significance of Probabilistic Choice Models – Information-Theoretic Approach," *Operations Research*, 26 (3), 1978: 406-21

Henard, D.H., and Szymanski, D.M., "Why some new products are more successful than others, *Journal of Marketing Research*, 2001

Henderson, Pamela W. and Cote, Joseph A. "Guidelines for Selecting or Modifying Logos," *Journal of Marketing*, 62(2), 1998: 14-30

Holt, Douglas B. "Why Do Brands Cause Trouble? A Dialectical Theory of Consumer and Branding Culture," *Journal of Consumer Research,* 29 (2002)

Kardes, Frank R., Posavac, Steven S. and Cronley, Maria L. "Consumer Inference: A review of Processes, Bases and Judgement Contexts," *Journal of Consumer Psychology*, 14(3): 230-256

Keller, Kevin L. "Conceptualizing, Measuring, and Managing Consumer-Based Brand Equity," *Journal of Marketing*, 57 (1), 1993: 1-22

Kotler, Philip and Rath, G. Alexander. "Design – A powerful and neglected strategic tool," Journal of Business Strategy (1984): 16-21

Kruglanski, A.W. and Webster D. M. "Motivated closing of the mind: Seizing and freezing," Psychological Review, 103 (1996): 263-283

Krugman, Herbert E., "The Measurement of Advertising Involvement." *The Public Opinion Quarterly, 30*(4), 1966: 583-596

Kylander, Nathalie and Christopher Stone, "The Role of Brand in the Nonprofit Sector," *Stanford Social Innovation Review* (Spring 2012)

Lynch, J.G. and Scrull, T.K. "Memory and attentional factors in consumer choice: Concepts & research methods," *Journal of Consumer Research*, 9 (1982): 18-37

Madrigal, R. "The Role of Corporate Associations in New Product Evaluation," in *NA - Advances in Consumer Research* Volume 27, eds. Stephen J. Hoch and Robert J. Meyer, Provo, UT: *Association for Consumer Research (2000)*: 80-86

Marconi, M., Marilungo E, Papetti A, Germani M. "Traceability as a means to investigate supply chain sustainability: the real case of a leather shoe supply chain." *International Journal of Production Research*, Vol.55, Issue 22 (2017): 6638–6652

Mariné Aghekyan-Simonian et al., "The Role of Product Brand Image and Online Store Image on Perceived Risks and Online Purchase Intentions for Apparel," *Journal of Retailing and Consumer Services* 19, no. 3 (2012): 325-331

Matthews, Rachel. "Understanding ugg boots: Travels through place, space and time," *Critical Studies in Fashion & Beauty* 11(1), 2020: 77

Morrin, Maureen. "The impact of brand extensions on parent brand memory structures and retrieval processes," *Journal of Marketing Research,* 36 (1999): 517-25

Muhammad Malik et al., "Importance of Brand Awareness and Brand Loyalty in Assessing Purchase Intentions of Consumer," *International Journal of Business and Social Science* 4, no. 5 (2013): 167–171

Nunes, Joseph C., Andrea Ordanini, Gaia Giambastiani, "The Concept of Authenticity: What it Means to Consumers," *Journal of Marketing*, May 2021 (https://doi.org/10.1177/0022242921997081)

Payne, John W. *"Task Complexity and Contingent Processing in Decision Making: An Information Search and Protocol Analysis," Organizational Behavior and Human Performance*, Vol. 16 (1976)

Peterson, Robert, Smith, Karen H. and Zerrillo, Philip C. "Trademark dilution and the practice of marketing," *Journal of the Academy of Marketing Science,* 27 (2), 1999: 255-68

Pullig, Chris, Simmons, Carolyn J. and Netemeyer, Richard G. "Brand Dilution: When Do New Brands Hurt Existing Brands," *Journal of Marketing Research,* Vol. 70 (2006): 52-66

Russo, J. Edward and France Leclerc, "An Eye-Fixation Analysis of Choice Processes for Consumer Nondurables," *Journal of Consumer Research*, Vol. 21 (1994)

Tajfel, H., and Turner, John., *"An integrative theory of intergroup conflict,"* in "*The Social Psychology of Integroup Relations,"* ed. Austin, W.G., and Worschel, S., 1979

Van Horen, Femke and Pieters, Rik. "Consumer evaluation of copycat brands: the effect of imitation," *International Journal of Research in Marketing*, 29 (3), 2012: 246-255

Vriens, Marco, Chen, Song, and Schomaker, Judith. "The Evaluation of a Brand Association Density Metric," *Journal of Product & Brand Management*, Vol 28 Issue: 1 (2019): 104-116

Warlop, L., and Alba, J.W., "Sincere Flattery: Trade-Dress Imitation and Consumer Choice," *Journal of Consumer Psychology*, Vol. 14 (2004): 21-27

White, K. and Argo, J.J., "Social Identity Threat and Consumer Preferences." Journal of Consumer Psychology, 19 (3), 2009: 313-325

White, K. and Dahl, D.W.,"*To be or not to be? The influence of Dissociative Reference Groups on Consumer Preferences,"* Journal of Customer Psychology, 2006: 404-411

White, K. and Dahl, J.J., "Are all Outgroups Created Equal? Consumer Identity and Dissociative Influence," Journal of Consumer Research, 34 (4), 2007: 525-536

White, K., Argo, J.J., and Sengupta, J.," Dissociative versus Associative Responses to Social Identity Threat: The Role of Consumer Self-Construal," Journal of Consumer Research, Vol 39 (2012): 704-719

White, K., Argo, J.J., and Sengupta, J.," Dissociative versus Associative Responses to Social Identity Threat: The Role of Consumer Self-Construal," Journal of Consumer Research, Vol 39. (2012): 704-719

White, Katherine, Argo, Jennifer J. and Sengupta, Jaideep. "Dissociative versus Associative Responses to Social Identity Threat: The Role of Consumer Self-Construal," Vol 39 (2019): 704-719

***Web Sources***

http://www.starstyle.com/selena-gomez-los-angeles-sp374871/

https://corporate.walmart.com/about/history

https://corporate.walmart.com/newsroom/2020/03/26/we-mean-it-when-we-say-it-every-day-low-prices-anytime-anywhere

https://econreview.berkeley.edu/paying-attention-the-attention-economy/

https://en.wikipedia.org/wiki/UGG_(brand)

https://fashinza.com/textile/fashion-industry/the-fashion-pyramid-of-brands/

https://fashionretail.blog/2019/03/11/the-fashion-pyramid-of-brands/

https://feelgoodfuture.ugg.com/pillar/our-innovation

https://graziadaily.co.uk/fashion/trends/celebrities-ugg-boots/

https://katiecouric.com/katies-picks/cheap-designer-walmart-womens-clothes/

https://landor.com/the-essentials-of-branding

https://link.springer.com/article/10.1007/s11747-019-00670-w

https://maeda.pm/2018/07/08/doug-holts-cultural-branding-framework/

https://marketplace.walmart.com/9-things-about-walmart-customers/

https://marketplace.walmart.com/9-things-about-walmart-customers/

https://news.climate.columbia.edu/2021/06/10/why-fashion-needs-to-be-more-sustainable/

https://pagesix.com/2020/04/07/the-best-slippers-according-to-celebrities/

https://pagesix.com/2020/04/07/the-best-slippers-according-to-celebrities/

https://wwd.com/fashion-news/fashion-features/how-ugg-is-building-a-head-to-toe-global-fashion-brand-1234816939/

https://www.31philliplim.com/about

https://www.bloomberg.com/news/features/2022-02-03/how-uggs-hoka-and-tevas-helped-build-deckers-2-5-billion-ugly-shoe-empire

https://www.businessinsider.com/walmart-fortifies-its-position-as-a-one-stop-shop-2018-3

https://www.capitalfm.com/artists/selena-gomez/lose-you-to-love-me-ama-2019-performance-justin/

https://www.cnbc.com/2018/02/23/consumers-cough-up-5400-a-year-on-impulse-purchases.html

https://www.cnn.com/style/article/cardi-b-amas-host-outfits-fashion-2021/index.html

https://www.complex.com/style/2020/11/dennis-rodman-co-stars-in-ugg-fluff-you-campaign

https://www.ey.com/en_gl/tmt/how-brands-can-attract-and-keep-customers-in-micro-moments

https://www.glamour.com/story/ugg-fluffy-sandals

https://www.iese.edu/stories/mba-financial-times-ranks-fourth-world/

https://www.instagram.com/iamcardib/

https://www.instagram.com/kyliejenner/

https://www.instagram.com/p/BhmhWRzjVtf/

https://www.investopedia.com/terms/w/walmart-effect.asp

https://www.marketresearch.com/MarketLine-v3883/Global-Footwear-Profile-Value-Chain-11554743/

https://www.marketwatch.com/story/4-reasons-walmart-is-the-most-hated-retailer-in-america-2015-02-18

https://www.nfsa.gov.au/latest/ugg-boots-birth-aussie-fashion-icon

https://www.nme.com/news/music/watch-cardi-b-reveal-pregnancy-on-stage-at-2021-bet-awards-2979341

https://www.npd.com/news/press-releases/2021/us-footwear-sales-revenues-to-rise-16-percent-by-2023-says-npd/

https://www.nytimes.com/2020/12/10/fashion/the-highly-unlikely-yet-totally-predictable-return-of-uggs.html

https://www.nytimes.com/2021/05/10/business/uggs-lawsuit-australia.html

https://www.refinery29.com/en-us/2017/10/175652/ugg-history-rebranding-sales-interview

https://www.searchenginewatch.com/2020/11/20/how-social-media-influence-71-consumer-buying-decisions/

https://www.sec.gov/Archives/edgar/data/0000910521/000091052119000011/deck331201910-kdocument.htm

https://www.sec.gov/ix?doc=/Archives/edgar/data/0000103379/000010337921000006/vfc-20210403.htm#i2ccf4c6ed8bd4763ae9df071fb16adf4_40

https://www.sec.gov/ix?doc=/Archives/edgar/data/0000320187/000032018721000028/nke-20210531.htm#ibe46f16d2db0431aa4fa39b5b30b6f15_76

https://www.sec.gov/ix?doc=/Archives/edgar/data/0000910521/000091052120000016/deck331202010-k.htm

https://www.sec.gov/ix?doc=/Archives/edgar/data/0000910521/000091052121000017/deck-20210331.htm

https://www.sec.gov/ix?doc=/Archives/edgar/data/0000910521/000091052121000017/deck-20210331.htm#ie3667e1f233c4dab8702b6f3cedc17da_37

https://www.sec.gov/ix?doc=/Archives/edgar/data/0001065837/000156459021009442/skx-10k_20201231.htm#ITEM_8_FINANCIAL_STATEMENTS_SUPPLEMENTAR

https://www.sec.gov/ix?doc=/Archives/edgar/data/0001334036/000133403621000035/crox-20201231.htm#i88ff86fb9439436f8153c7992ae45ca3_79

https://www.statista.com/statistics/1120128/number-social-buyers-united-states/

https://www.statista.com/statistics/192068/us-ad-spending-of-walmart/

https://www.statista.com/statistics/976367/footwear-market-size-worldwide/

https://www.theguardian.com/fashion/2014/sep/14/jeremy-scott-fashion-designer-moschino

https://www.ugg.com/doing-good.html

https://www.ugg.com/our-story.html

https://www.ugg.com/our-sustainable-journey.html

https://www.ugg.com/policies-and-principles.html

https://www.ugg.com/story-ugg.html

https://www.ugg.com/story?id=aw21-feel-you

https://www.ugg.com/story?id=express-yourself-rain-or-shine-with-parris-goebel

https://www.ugg.com/story?id=feel-you-features-with-brandice-daniel

https://www.ugg.com/what-we-make.html

https://www.ugg.com/women-boots-classic-boots/bailey-bow-ii/1016225.html?dwvar_1016225_color=CHE

https://www.ugg.com/women-casuals-sneakers/highland-hi-heritage-suede/1123714.html?dwvar_1123714_color=CFRS

https://www.ugg.com/womens-slippers/disquette/1122550.html?dwvar_1122550_color=CHE

https://www.ugg.com/womens-slippers/fluff-yeah-slide/1095119.html?dwvar_1095119_color=BLK

https://www.ugg.com/womens-slippers/fluff-yeah-slide/1095119.html?dwvar_1095119_color=TYPN

https://www.vogue.co.uk/fashion/article/gigi-hadid-bella-hadid-fashion-week-influencers

https://www.vogue.com/article/uggs-yproject-collaboration-at-paris-mens-fashion-week-fall-2018

https://www.washingtonpost.com/opinions/2020/03/17/your-favorite-nikes-might-be-made-forced-labor-heres-why/

https://www.ypulse.com/article/2020/03/11/young-consumers-say-these-are-the-15-coolest-clothing-brands-of-2020/

### *Other External Sources*
Aaker, David. "The Innovator's Prescription: The Relevance of Brand Relevance," *Strategy+Business*, Special Report (2004).

BigCommerce. *2018 Omnichannel Buying Report*, Report (2018). https://grow.bigcommerce.com/rs/695-JJT-333/images/report-2018-omnichannel-buying.pdf

Holt, Douglas B. "Branding in the Age of Social Media," *Harvard Business Review (March* 2016). https://hbr.org/2016/03/branding-in-the-age-of-social-media

MacLeod, A., "Naïve Intent: The Correlation between Brand Awareness and Sales in an Identical Product Category," unpublished thesis, London Metropolitan University, 2014

Nihan Akdemir, "Visible Expression of Social Identity: The Clothing and Fashion," Ganziantep University Journal of Social Sciences. https://dergipark.org.tr/tr/download/article-file/543644

Patrick Hull, "Be Visionary. Think Big," Forbes (2012). https://www.forbes.com/sites/patrickhull/2012/12/19/be-visionary-think-big/#6256f6a93c17

Romaniuk, Jenni, "Measure Your Distinctive Assets," *Ehrenberg-Bass Institute for Marketing Science* (2015). https://www.marketingscience.info/wp-content/uploads/2015/08/Measure-Your-Distinctive-Assets.pdf

Sheridan, Adam. *The Power of You: Why distinctive brand assets are a driving force of creative effectiveness*, IPSOS (2020). https://www.ipsos.com/en/power-you-why-distinctive-brand-assets-are-driving-force-creative-effectiveness

Silverstein, Michael and Neil Fiske, The New Luxury: Trading Up and Trading Down, The Boston Consulting Group (2002). https://web-assets.bcg.com/img-src/BCG_New_Luxury_Trading_Up_Trading_Down_Dec2002_ENG_tcm9-162076.pdf

Sonja Christina Sperber, The Luxury Market in the Fashion Industry: A Conceptual Segmentation, IGI Global (2016). https://www.igi-global.com/chapter/the-luxury-market-in-the-fashion-industry/151733

Walmart Annual Report 2021. https://s2.q4cdn.com/056532643/files/doc_financials/2021/ar/WMT_2021_AnnualReport.pdf

Wang, Wan. "The Impact of Status Seeking and Product type on the Purchase of Luxury Goods and Luxury Experiential Services," unpublished doctoral thesis, Pennsylvania State University, 2012

**Exhibit 4**

**DOCUMENTS PROVIDED BY COUNSEL**

2022 UGG Brand Book 1.25.22

AW18_ILR_Presentations_FINAL

AW19_ILR_Open_Day_1_AM_06012018.vs.11

AW20-FluffMens-Toolkit-01

AW21 FLR Marketing OPENING_Final

Deborah E. Jay, Ph.D., "Shoe (UGG) Survey Report," Vol. 1: Report & Appendices A-G, June 2017

DECKERS-Complaint-2020.10.16

Deposition of Charlene Nevada Efird, January 7, 2022

Expert report of Caroline de Baëre, Feb 11, 2022

Feb '21 Deckers Monthly Fashion Footwear Snapshot

Monthly Fashion Footwear Snapshot - Nov '20

UGG August 2020 Executive Summary

UGG AW19 ILR Presentation 6.12.18

UGG AW21 ILR Womens_Category

UGG DTC Report

UGG DTC Updated Quant Report_4 26 21 FINAL

UGG SS20 ILR Global Marketing Plan Presentation

UGG SS21 ILR Marketing Presentation 2.4.20

US DTC Exec Dashboard June FY20

WM-DECKERS0000222

WM-DECKERS0000342