Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Jamie Fountain (SBN 316567)
jfountain@blakelylawgroup.com
Tara A. Currie (SBN 323984)
tcurrie@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br>WALMART INC., and DOES 1-10, inclusive,<br>　　　　　Defendants. | CASE NO. 2:20-cv-09521-FLA (Ex)<br><br>**JOINT PROPOSED STATEMENT OF THE CASE**<br><br>Final Pretrial Conference:<br>Date:　　Friday, May 13, 2022<br>Time:　　1:30 p.m.<br>Courtroom: 6B – First Street Courthouse<br><br>**Hon. Fernando L. Aenlle-Rocha**<br><br>Trial Date:　May 24, 2022 |

　　　The parties cannot at this time come to an agreement on a joint statement of the case because of disagreement over whether the invalidity of the alleged trade dress and design patent should be referenced in the statement. Based on the foregoing, the parties each submit their respective proposed statements of the case Pursuant to the Court's Scheduling Order (Docket No. 29).

| | | | |
|---|---|---|---|
| DATED: | April 29, 2022 | | BLAKELY LAW GROUP |
| | | By: | /s/Brent H. Blakely<br>Brent H. Blakely |
| | | | *Attorneys for Plaintiff*<br>*Deckers Outdoor Corporation* |
| DATED: | April 29, 2022 | | GS2 LAW PLLC |
| | | By: | /s/ Robert D. Garson<br>Robert D. Garson (admitted *pro hac vice*)<br>John R. Lane (admitted *pro hac vice*) |
| | | | THE LAW OFFICES OF BENJAMIN TAYLOR<br>Benjamin Taylor (Bar No. 240636)<br>E-mail: btaylorlawfirmpc.com<br>*Attorneys for Defendants*<br>*Walmart Inc.* |

## L.R. 5-4.3.4 ATTESTATION

All signatories set forth above and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

| | | | |
|---|---|---|---|
| DATED: | April 29, 2022 | | BLAKELY LAW GROUP |
| | | By: | /s/ Brent Blakely<br>Brent H. Blakely<br>*Attorneys for Plaintiff*<br>*Deckers Outdoor Corporation* |

**DECKERS' PROPOSED STATEMENT OF THE CASE**

Ladies and Gentlemen of the Jury,

We are here today on a trade-dress and design patent infringement case. The plaintiff is Deckers Outdoor Corporation, owner of the UGG® brand of footwear. The defendant is Walmart Inc.

Deckers contends that certain footwear sold by Walmart infringe Deckers' alleged UGG Fluff Yeah trade dress and a design patent identified by U.S. Patent No. D866,941, and that Walmart willfully infringed said trade-dress and design patent. Walmart denies any claims of infringement.

# DEFENDANTS' PROPOSED STATEMENT OF THE CASE

Ladies and Gentlemen of the Jury,

We are here today on a trade-dress and design patent infringement case. The plaintiff is Deckers Outdoor Corporation. The defendant is Walmart Inc.

Deckers contends that certain footwear sold by Walmart infringes alleged unregistered trade dress rights and a design patent identified by U.S. Patent No. D866,941, and that Walmart willfully infringed said trade-dress and design patent. Walmart denies all claims of infringement and also asserts that Deckers' trade dress and design patent are both invalid.