# EXHIBIT B

# REDACTED FILE PLACEHOLDER