1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

11  DECKERS OUTDOOR                  Case No. 2:20-cv-09521-FLA (Ex)
    CORPORATION,
12                                   **ORDER CORRECTING APRIL 9,**
                     Plaintiff,      **2024 ORDER [DKT. 112]**
13
           v.
14

15  WALMART STORES, INC., *et al.*,
16                   Defendants.
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

On April 9, 2024, the court issued the Order Granting in Part and Denying in Part Defendant's Motion for Summary Judgment ("Order").  Dkt. 112.  The Order includes the following language on page 21:

> Defendant contends there can be no likelihood of confusion between the Fluff Yeah Trade Dress and the KK Sandal, because the latter prominently and conspicuously displays the "KENDALL + KYLIE" mark on the band. Mot. at 20–21 (citing *e.g.*, *L.A. Gear, Inc. v. Thom McAn Shoe Co.*, 988 F.2d 1117, 1133 (Fed. Cir. 1993)), 32.  In *L.A. Gear*, 988 F.2d at 1132–34, the Federal Circuit held that the conspicuous placement of well-known trademarks, combined with other factors, established that purchasers of the accused shoes would be likely to be confused, deceived, or believe mistakenly they were buying the plaintiff's shoes.

*Id.* at 21.

This passage contained a typographical error and should read:

> Defendant contends there can be no likelihood of confusion between the Fluff Yeah Trade Dress and the KK Sandal, because the latter prominently and conspicuously displays the "KENDALL + KYLIE" mark on the band. Mot. at 20–21 (citing *e.g.*, *L.A. Gear, Inc. v. Thom McAn Shoe Co.*, 988 F.2d 1117, 1133 (Fed. Cir. 1993)), 32.  In *L.A. Gear*, 988 F.2d at 1132–34, the Federal Circuit held that the conspicuous placement of well-known trademarks, combined with other factors, established that purchasers of the accused shoes would be **un**likely to be confused, deceived, or believe mistakenly they were buying the plaintiff's shoes.

The court, therefore, AMENDS the April 9, 2024 Order to reflect the corrected language (underlined and bolded above).

IT IS SO ORDERED.

Dated: August 28, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge