1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

11 | DECKERS OUTDOOR CORPORATION, | Case No. 2:20-cv-09521-FLA (Ex)
12 | | **CORRECTED ORDER RESETTING PRETRIAL AND TRIAL DATES [DKT. 178]**
13 | Plaintiff, |
14 | v. |
15 | WAL-MART STORES, INC., *et al.*, |
16 | Defendants. |

# CORRECTED ORDER

On April 9, 2024, the court issued an Order, granting in part and denying in part Defendant Walmart Inc.'s ("Defendant") Motion for Summary Judgment ("MSJ Order"). Dkt. 112. In relevant part, the court reopened in part fact and expert discovery, and granted Defendant leave to file a second motion for partial summary judgment ("Second MSJ") on limited issues. *Id*. at 25.

On June 7, 2024, Plaintiff Deckers Outdoor Corporation ("Plaintiff") filed a Motion to Strike Defendant's Affirmative Defenses ("Motion to Strike"). Dkt. 120.

On August 28, 2024, the court vacated deadlines related to expert discovery and Defendant's anticipated Second MSJ, with these dates to be reset once the court issued a ruling on Plaintiff's Motion to Strike. Dkt. 163. The court issued its ruling on the Motion to Strike on November 4, 2024. Dkt. 176.

Accordingly, the court RESETS pretrial dates and deadlines as follows:

- Expert Disclosure (Initial): 11/22/24
- Expert Disclosure (Rebuttal): 12/13/24
- Expert Discovery Cut-Off: 1/3/25
- Defendant's Deadline to file Second MSJ: 1/10/25
- Plaintiff's Deadline to file Opposition to Second MSJ: 1/31/25
- Defendant's Deadline to file Second MSJ Reply: 2/14/25
- Hearing on Second MSJ: 3/7/25 at 1:30 p.m.

IT IS SO ORDERED.

Dated: November 19, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge