UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>                 Plaintiff,<br><br>   v.<br><br>WALMART INC., *et al.*,<br><br>                 Defendants. | Case No. 2:20-cv-09521-FLA (Ex)<br><br>**ORDER APPROVING JOINT STIPULATION TO AMEND THE SCHEDULING ORDER [DKT. 188]** |

**ORDER**

On December 19., 2024, the parties filed a Joint Stipulation to Amend the Scheduling Order (the "Stipulation").  Dkt. 188.  The parties state they have agreed to mediate this action, along with *Deckers Outdoor Corp. v. Walmart Inc.*, Case No. 2:23-cv-00575-AB (AFMx), on January 8, 2024, and request the court continue pretrial dates and deadlines related to Defendant's anticipated second motion for summary judgment ("Second MSJ") by two weeks.  *Id.* at 2.

The court, having considered the Stipulation and finding good cause therefor, hereby APPROVES the Stipulation and EXTENDS pretrial dates and deadlines related to the Second MSJ to the following dates:

- Expert Discovery Cut-Off: 1/17/25
- Defendant's deadline to file Second MSJ: 1/24/25
- Plaintiff's deadline to file Opposition: 2/14/25
- Defendant's deadline to file Reply: 2/28/25
- Hearing on Defendant's Second MSJ: 3/21/25 at 1:30 p.m.

IT IS SO ORDERED.

Dated: December 23, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge